Plaintiff's Name **Charles Robert Gorton**
Inmate No. **T-43446**
Address **Mule Creek State Prison**
    **P.O. Box - 409040; B10-116L**
      **Ione, CA 95640-9040**

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Charles Robert Gorton**
(Name of Plaintiff)

**2:08- CV - 3069 GGH (PC)**
(Case Number)

vs.

COMPLAINT

**Physicians' Assist. Todd (MCSP)**
**"        " Houser (MCSP)**
**R/N Kelly Martinez (MCSP)**
**DR. Hawkins (MCSP)**
**Dr. Smith, C.J. (MCSP)**
**Dr. Nale (MCSP)**
**(Continued Pg. 1b)**
(Names of all Defendants)

Civil Rights Act, 42 U.S.C. § 1983

**FILED**

DEC 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I. **Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A.    Have you brought any other lawsuits while a prisoner? Yes _**x**_ No ___

B.    If your answer to A is yes, how many? _**4**_
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to this previous lawsuit:

    Plaintiff **Charles Robert Gorton, In Re Habeas Corpus**

    Defendants **Mule Creek State Prison**

    2. Court (if Federal Court, give name of District; if State Court, give name of County)
    **Amador Superior Court**

    3. Docket Number **08HC1036**    4. Assigned Judge **Susan C. Harlan**

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    **Pending**

    6. Filing date (approx.) **5/19/2008**    7. Disposition date (approx.) **Pending**

1a

Name of all Defendants (continued)
Dr. Williams, B. (MCSP)
U.C. Davis Medical Center
Dr. Rad, H. (UCD)
Dr. Chin, A.I. (UCD)
Dr. Pappoe, A. (UCD)
Dr. XXXXXXXXXXXXXXXXX
Dr. Don, B.R. (UCD)
Doctor's Hospital (Manteca, CA)
Dr. Kahn (DHM)


Additional Cases (continued)

Plaintiff:   Charles Robert Gorton

Defendant:   C/O Bick

Court:   Eastern District Court (Fresno)

Docket#   1:05-CV-00354-LJO-DLB-P

Disposition: Pending

Filing Date: 3/9/2005

Judge:   The Honorable Dennis L. Beck


Plaintiff:   Charles Robert Gorton

Defendant:   James Tilton; Secretary of Cal. Dept. of Corr.

Court:   U.S. Central District Court; Sentencing

Docket#   CV-07-1019-ODW-AWJ; 9th Cir. # 08-56157

Disposition: Pending

Filing Date: 08/14/2007

Judge:   The Honorable Otis D. Wright II


Plaintiff:   Charles Robert Gorton

Respondent:   Sheryl Ann Martin-Gorton

Court:   Orange County Superior Court; Divorce

Docket#   08D007221

Disposition: Pending

Filing Date: 08/11/2008

Judge:   The Honorable Josephine S. Tucker

## II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes _X_ No ___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes _x_ No ___

If your answer is no, explain why not __N/A__

C. Is the process completed?

Yes _X_ If your answer is yes, briefly explain what happened at each level.
__03/27/07 - Initial Filing: 04/10/07 - Informal Level: Granted__
__6/15/07 - First Level: Will attempt to have referral appt. sooner.__
__7/23/07 - Second Level: Partially Granted__
__10/19/07 - Director's Level: Granted: 12/19/07 - Tort Claim: Denied__
No ___ If your answer is no, explain why not.
__N/A__

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _P.A. Todd_ is employed as _Physicians' Assistant_
at _Mule Creek State Prison, Ione, CA_.

2

B.	Additional defendant Physicians' Assist. Houser, at Mule Creek State Prison

Doctor Hawkins, at Mule Creek State Prison

Doctor Smith, C.J., at Mule Creek State Prison

Doctor Nale, at Mule Creek State Prison

Doctor Williams, B., at Mule Creek State Prison

Registered Nurse Kelly Martinez, at Mule Creek State Prison

University of Cal., Davis Medical Center

Doctor Rad, H., at U.C. Davis Medical Center

Doctor Chin, A.I., at U.C. Davis Medical Center

Doctor Pappoe, A., at U.C. Davis Medical Center

(Continued on page 3b)

## IV.	Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I, Charles Robert Gorton, herein Plaintiff, has been diagnosed with medical conditions related to improper kidney functions, specifically Nephrotic Syndrome, Membranous Nephropathy, and Chronic Kidney Disease Stage III.

This disease is classified as Auto-immune. Hence the body's immune system is attacking the kidneys, and is considered life-threatening. The prescribed treatment is to administer immune-suppressant drug therapy in order to dampen the bodies natural immune system. Therefore, the longer diagnosis and treatment are delayed, the more damage is incurred to the kidneys'.

To assist the court in understanding the medical terminology and the general meaning of various lab results, Plaintiff has attached information from the on-line medical encyclopedia of the U.S. National Institute of Health. (Ex. A)

(Continued on Page 4)

## V.	Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff Prays this Court to award Plaintiff the following monetary damages damages as described in this complaint, for deliberate medical indifference and medical malpractice, which directly lead to repeated excessive delays for receiving proper diagnosis and treatment of Plaintiff's kidney deterioration and permanent damage. These delays in treatment have also caused Plaintiff undue pain and suffering, which is Cruel and Unusual Punishment, in violation of Plaintiff's 8th Amendment Rights. (see page-3b, for a list of requested monetary damages.)

I declare under penalty of perjury that the foregoing is true and correct.

Date December 11, 2008	Signature of Plaintiff _____

(revised 6/01/04)

B. Additional Defendants

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

Doctor Don, B.R., at U.C. Davis Medical Center

Doctor's Hospital, at Manteca, California

Doctor Kahn, at Doctor's Hospital, Manteca


V. RELIEF

| | |
|---|---|
| Physicians' Asst. Todd – | $    75,000 |
| Physicians' Asst. Houser – | $    75,000 |
| R/N Kelly Martinez – | $    10,000 |
| Dr. Hawkins – | $ 2,500,000 |
| Dr. Smith – | $ 3,000,000 |
| Dr. Nale – | $    75,000 |
| Dr. Williams – | $ 7,000,000 |
| U.C. Davis Medical Center | $ 2,500,000 |
| Dr. Rad, H. – | $ 5,000,000 |
| Dr. Chin, A.I. – | $ 5,000,000 |
| Dr. Pappoe, A. – | $ 5,000,000 |
| ~~XXXXXXXXXXXXXX~~ – | ~~XXXXXXXXXX~~ |
| Dr. Don, B.R. – | $ 5,000,000 |
| Doctor's Hospital (Manteca, CA) | $ 2,500,000 |
| Dr. Kahn – | $ 5,000,000 |

1 In summary that information states that:

2 • Nephrotic Syndrome is a group of symptoms including protein in the

3 urine ("proteinuria"), low blood protein levels, high cholesterol

4 levels ("hyperlipidimia"), and swelling ("edema"). It may be cause by

5 various kidney disorders, including membranous glomerulnephritis (also

6 called, Membranous Nephropathy). The goals of treatment should be to

7 relieve symptoms, prevent complication and delay progressive kidney

8 damage. (see Ex. A, pp. 1-3.)

9 • Membranous Nephropathy, is a kidney disorder which involves

10 inflammation of the structures inside the kidney that help filter

11 wastes and fluids. The inflammation lease to problems with kidney

12 function. Tests used to monitor the condition include urinalysis to

13 determine whether serum albumin is low. Although the outlook varies,

14 the majority of patients will have some degree of irreversible kidney

15 damage within 2-20 years and about 20% of those will progress to

16 end-stage renal disease. (see Ex. A, pp. 4-6.)

17 The medical symptoms of this disease were first detected and seen by

18 Mule Creek State Prison physicians back in December 2006, when Plaintiff had

19 requested medical care for swelling in his legs and had low energy.

20 After filing numerous Medical Sick-call slips (CDC-7362), blood tests

21 verified the classic symptoms of Nephrotic Syndrome. (see Ex. B; Medical

22 Sick-call Slips, CDC-7362)(Ex. C, pp. 1-2; 3/7/2007, Blood Lab results).

23 On 3/27/07, Plaintiff filed his initial Inmate Appeal (CDC-602), due to

24 Mule Creek State Prison (MCSP), medical department's deliberate indifference

25 towards Plaintiff's condition. (Ex. D, pp. 1; Inmate Appeal, Log#

26 MCSP-B-07-1183).

27 However these symptoms were virtually ignored by both Physicians'

28 Assistances Todd and Houser, as well as, Dr. Hawkins. Plaintiff holds these

(4)

1    medical professionals responsible for medical malpractice for failing to

2    take actions to seek the assistance of a specialist, especially when they

3    had no idea what Plaintiff's medical problem was.   This contributed to

4    Plaintiff's prolonged time to receive treatment, which added to Plaintiff's

5    kidney deterioration, and prolonged pain and suffering, and is cruel and

6    unusual punishment in violation of Plaintiff's 8th Amendment Right.

7         On 4/25/2007, Plaintiff was seen for chest pains and the Doctor stated,

8    "Noted Hypertension and Edema, more concerned with edema and 2nd blood

9    results". (Ex. E, pp. 7; MCSP Medical Records).

10        On 4/27/2007, Plaintiff Was seen by Dr. Hawkins, who confirmed

11   Plaintiff had High Cholesterol and noted severe swelling.   Dr. Hawkins

12   admitted to Plaintiff that he, "Had **NO IDEA WHAT WAS CAUSING THIS ALARMING**

13   **CONDITION.**"

14        On 5/8/07, Plaintiff filed the Formal Level Inmate Appeal, Log#

15   MCSP-B-07-1183, Part-D. (see Ex. D, pp.1; Inmate Appeal.)

16        On 5/9/07, more blood/urine tests were taken, which clearly indicate

17   kidney problems, and were again ignored by Dr. Hawkins. (Ex. C, pp. 2-4; Lab

18   Results).

19        On 5/16/07, Plaintiff was rushed to Doctor's Hospital in Manteca, due

20   to complete renal failure.   Initial tests confirmed Nephrotic like Syndrome.

21   Additional tests were ordered, including blood-work and 24hr urine test.

22   Dr. Khan, the attending physician, stated the results of those tests would

23   take "some time" for results, and that depending on the results, a kidney

24   biopsy would be necessary.   Those test results were ignored by Doctor's

25   Hospital and they failed to follow through with the diagnostic process.

26   (Ex. F; pp. 3;Doctor's Hospital Medical Reports.)

27        The fact that Doctor's Hospital and Dr. Kahn failed to follow-up on the

28   Lab. results and to notify Mule Creek State Prison of those results,

(5)

1  demonstrates medical malpractice. This neglect contributed to Plaintiff's

2  prolonged time for receiving treatment which added to Plaintiff's kidney

3  deterioration, and prolonged pain and suffering, and is cruel and unusual

4  punishment in violation of Plaintiff's 8th Amendment Right.  T

5      On 5/18/07, Dr. Hawkins wrote an order for referral to U.C. Davis

6  Nephrology, and prioritized it on a "Routine" basis.  Considering the

7  severity of the life-threatening symptoms of Nephrotic Syndrome, any

8  'Lay-person' with this fore knowledge would have marked this request as

9  "URGENT".  But Dr. Hawkins chose to prioritize the request as "Routine."

10  This act prolonged Plaintiff's ability to received needed medical diagnosis

11  and treatment.  It also contributed to the continued deterioration of

12  Plaintiff's kidneys.  This clearly demonstrates medical malpractice and

13  deliberate indifference, even though Plaintiff level of care had been

14  categorized as a "High-risk Patient."  It also prolonged Plaintiff's pain

15  and suffering, and is cruel and unusual punishment in violation of

16  Plaintiff's 8th Amendment Right.  (Ex. G, pp. 2; Physician's Referral

17  Request, [RFS] CDC-7243.)

18      It should be noted that according to the California Department of

19  Corrections (CDCR), Health Care Services Manual, "The ordering Primary Care

20  Physician (PCP) shall complete a CDCR Form 7243, Request for Services (RFS),

21  for each specialty service desired and shall indicate the time frame in

22  which the service is necessary (Emergent, Urgent/High Priority, or Routine."

23  These time frames are specified as follows:

24          "Emergent," consultations  or  procedures  shall  be  provided

25          'IMMEDIATELY'.

26          "Urgent/High Priority," consultations  or  procedures,  shall  be

27          provided within fourteen (14) calendar days of PCP order."

28  //

(6)

| | |
|---|---|
| 1 | "Routine", consultations or procedures shall be provided within |
| 2 | ninety (90) calendar days of PCP order." |

(see Ex. H, pp.1, Part-III(A), General Procedures, Items 1 & 2.)

While it is up to each Physician's discretion to choose the level of priority, it is Mule Creek State Prison's standard operating procedure to prioritize every RFS as "Routine," no matter what how urgent the consultation need is. This can be seen by reviewing each of Plaintiff's RFS requests. (see Ex. G, pp. 1-10; [RFS] Physician's Referral Requests.)

The only time Plaintiff's PCP wrote a RFS and prioritized it as "Urgent," was when the priority was an Emergency. It is obvious therefore that MCSP's medical Staff are following their own independent Health Care Guide Lines. (see Ibid, pp. 1; RFS).

This practice of choosing "Routine," when the medical need was a "High-Priority," clearly demonstrates deliberate medical indifference in light of the Urgent/High Priority of Plaintiff's condition and clearly established guidelines of CDCR's Health Care Services Manual. Plaintiff holds Dr. Smith, MCSP Chief Medical Officer, responsible for upholding and condoning this practice by his physicians, which is in direct contradiction to CDCR's Health Care Service Manual. This contributed to Plaintiff's prolonged time to receive treatment, which added to Plaintiff's kidney deterioration, and prolonged pain and suffering, and is cruel and unusual punishment in violation of Plaintiff's 8th Amendment Right.

Plaintiff also holds Dr. Hawkins responsible for deliberate medical indifference and malpractice, for choosing to handle Plaintiff's need for referral to a Nephrology Specialist on a "Routine" basis; in light of the severity of his condition. This contributed to Plaintiff's prolonged time to receive diagnosis/treatment, which added to Plaintiff's kidney deterioration, and prolonged pain and suffering, and is cruel and unusual

(7)

1 | punishment in violation of Plaintiff's 8th Amendment Right.

2 | To demonstrate MCSP's blatant disregard to follow State Procedures and

3 | create deception, Plaintiff wrote the MCSP Utilization Management Nurse (UM

4 | Nurse), Kelly Martinez, R/N, and requested a copy of MCSP's policy that

5 | explains the prioritization of the RFS: "Emergent, Urgent, and Routine"

6 | selection.

7 | In her response, R/N Martinez stated, "I do not have access to this

8 | information, nor do I know where to find it." This statement is not only

9 | hard to believe, but it is ludicrous considering the professional position

10 | R/N Martinez holds as is the Prison's UM Nurse. The CDCR Health Care

11 | Service Manual clearly identifies the duties of the UM Nurse, relating to

12 | the RFS. Plaintiff holds R/N Martinez responsible for dereliction of duty as

13 | the UM Nurse and for withholding vital medical information from Plaintiff.

14 | (Ex. H, pp.1, #A[4,6], pp.2, #B[3], pp.3 #B[9,10], #C[4]) (also see Ex. I:

15 | Request For Interview, To: Kelly Martinez.)

16 | On 6/25/07, Plaintiff was interviewed by Dr. Nale concerning the Formal

17 | Level response for the CDC-602 Inmate Appeal, to receive proper medical

18 | care. Dr. Nale stated he would attempt to make the appointment sooner, but

19 | that Plaintiff should remember it was up to availability of outside

20 | contractors.

21 | This again was a deception considering that, (1) There are more than

22 | one Hospital providing Nephrology services, (2) Dr. Nale could have

23 | rewritten an RFS, changing the priority to "Urgent/High Priority". (see Ex.

24 | H, RFS Procedure #2).

25 | Plaintiff holds Dr. Nale responsible for deliberate medical

26 | indifference and malpractice, for choosing to handle Plaintiff's need for

27 | referral to a Nephrology Specialist on a "Routine" basis; in light of the

28 | severity of his condition. This contributed to Plaintiff's prolonged time

(8)

1    to receive treatment, which added to Plaintiff's kidney deterioration, and

2    prolonged pain and suffering, and is cruel and unusual punishment in

3    violation of Plaintiff's 8th Amendment Rights.

4    On 7/23/07, Plaintiff received the 2nd Level response to Plaintiff's

5    Appeal. In it Dr. Williams, MCSP Health Care Manager, compared Plaintiff's

6    health care needs to that of the other 4000 inmates housed at the prison.

7    Then Dr. Williams states how MCSP Staff have no control over the scheduling

8    of appointment by outside contractors.    Dr. Williams then mentioned

9    Plaintiff's need to treated for Diabetes. However, Plaintiff has never been

10   treated for diabetes.

11   Dr. Williams also states that outside consultation requires a minimum

12   of eight (8) to twelve (12) weeks to arrange an appointment, due to

13   transportation and scheduling requirements, 'which is consistent with

14   community standards. (Ex. D, pp. 6-7; 2nd Level Response, Inmate Appeal.)

15   (also see Ex. D, pp.11-12; Director's Level Decision.)

16   Plaintiff considers Dr. Williams' response as callous, demonstrates

17   deliberate medical indifference and malpractice towards the severity of

18   Plaintiff's condition.    This is demonstrated by his comparison of

19   Plaintiff's medical needs to that of '4000 other inmates,' but also stating

20   that the Mule Creek has no control over scheduling of outside contractors.

21   This statement contradicts the use of the prioritization procedures of the

22   RFS according to the CDCR Health Care Service Manual, since urgent demands

23   medical service within fourteen (14) calendar days.   (Ex. H, pp.1; Health

24   Care Service Manual.)

25   It is obvious that Dr. Williams had not reviewed Plaintiff's medical

26   records, referring to Plaintiff's continued treatment for diabetes, when

27   Plaintiff has never been a diabetic patient. (see Ex. D, pp.12; Director's

28   level Decision, Part III, (C).)

(9)

| 1 | Plaintiff therefore holds Dr. Williams liable for deliberate medical |
| 2 | indifference and malpractice for contributing to Plaintiff's extended delays |
| 3 | for diagnostics/treatment, which has contributed to the deterioration of his |
| 4 | kidneys, and prolonged pain and suffering, and cruel and unusual punishment |
| 5 | in violation of Plaintiff's 8th Amendment Right. |

On 7/27/07, Plaintiff was transported to U.C. Davis Medical Center [UCD] (Sacramento), for a diagnostic appointment with the Nephrologist. However, upon arrival Dr. Rad and Dr. Chin, were unable to begin diagnosis because MCSP failed to send Plaintiff's medical records and lab test results from Doctor's Hospital. Therefore Dr. Chin ordered to have blood and urine specimens re-drawn in order to facilitate proper diagnosis. (Ex. J, pp. 2-3; UCD Medical Records.)

While Dr. Rad, a 'Resident Physician', stated that the next appointment would be in three (3) months, Dr. Chin, Supervising Physician, stated, "We will see him back when these [lab] tests are concluded." It obviously doesn't take 3 months to process lab results. Even so because of this notation, Plaintiff's next follow-up appointment didn't take place until five (5) months later.

Plaintiff therefore holds U.C. Davis Medical Center, Dr. Rad, and Dr. Chin responsible for malpractice by not following up on the test results as promised, and for not contacting MCSP to re-schedule a sooner appointment.

Plaintiff also holds Dr. Rad responsible for giving a written order for a follow-up appointment in three (3) months, when he himself recognized the severity of Plaintiff's condition as Nephrotic Syndrome. This is a matter of Malpractice on the part of Dr. Rad and Malpractice on the part of Dr. Chin for not properly supervising Dr. Rad's order and not correcting this mistake, and for not following up on the test results, that he himself had ordered.

I                                        (10)

1    It should also be addressed that it took Doctor's Rad and Chin, over

2    thirty (30) days to file their medical reports for that appointment, and

3    then have the report sent to MCSP. Plaintiff considers this as deliberate

4    indifference towards Plaintiff's medical needs, since it is obvious that

5    these reports are required for MCSP to make the necessary arrangements for

6    transport and to incorporate necessary medical requirements. All of these

7    incidents have contributed to a significant delay in diagnosis/treatment,

8    added to Plaintiff's kidney deterioration and prolonged pain and suffering,

9    and is cruel and unusual punishment in violation of Plaintiff's 8th

10   Amendment Right. (see Ex. J, pp. 3; UCD Medical Records, Electronically

11   signed 8/29/07 & 8/31/07.)

12   I hold Dr. Smith, MCSP Chief Medical Officer, responsible for failing

13   to follow-up on the lab-results, after it was obvious that these tests were

14   ignored by UCD. This action contributed to Plaintiff's significant delay in

15   diagnosis and treatment, and prolonged pain and suffering, and is cruel and

16   unusual punishment in violation of Plaintiff's 8th Amendment Right.

17   On 8/6/07, Plaintiff was seen at the Prison clinic by Dr. Naseer, who

18   also noted, "No Nephrology report, will check with Kelly [Martinez] (UM

19   Nurse). (Ex. J, pp. 19; MCSP Medical Records.)

20   On 8/11/07, Plaintiff Submitted the Director's Level Inmate Appeal

21   requesting their intervention. (Ex. D, Part H, pp.2; Inmate Appeal,

22   CDC-602.)

23   On 9/13/07, Plaintiff filed a State Tort Claim with the California

24   Board of Claims, to complete his attempts to exhaust Administrative

25   Remedies. (Ex. K; Tort Claim.)

26   On 10/19/07, Plaintiff received the Director's Level Decision to the

27   CDC-602 Inmate Appeal. This decision fully granted the appeal and ordered

28   MCSP to, "ensure appellant is seen by the nephrologist as soon as possible

(11)

1   and the appropriate laboratory results are provided to ensure a diagnosis or

2   treatment plan. The Health Care Manager is directed to review the

3   appellant's UHR to determine the accuracy of the SLR regarding the appellant

4   being diabetic and being on insulin. The institution is directed to modify

5   the SLR to indicate correct findings based upon the HCM review." It should

6   be noted that the ordered change to Plaintiff's medical records still has

7   not been implemented or complied with by MCSP. (Ex. D, pp. ~~13-14~~ *12-13*; Inmate

8   Appeal Director's Level Review.)

9       On 11/13/07, Plaintiff wrote a letter to Doctor Rad, UCD, explaining

10  his concerns due to the extended delay for being seen again. But this

11  letter was ignored. Over five (5) months passed before Plaintiff was seen

12  by Nephrology at U.C. Davis. (Ex. L; Plaintiff's Letter to UCD.)

13      On 12/5/07, Plaintiff was transported back to UCD Nephrology for a

14  follow-up appointment. At that time, Plaintiff's nephrotic range

15  proteinureia was measured to 4+, and his edema was 2-3+, up to the

16  waist-line. Plaintiff was also suffering from left-side kidney pain and

17  hypertension (high-blood pressure.) His blood protein levels remained low

18  (4.3 g/dL), as did his blood albumin level (1.9 g/dL); his blood creatinine

19  level was elevated to (1.46 mdL) and his total cholesterol level had risen

20  to (349 mg/dL).

21      Dr. Frazier and Dr. Pappoe, ordered a Kidney biopsy to be done within

22  the next 1-2 weeks. (Ex. J, pp. 4-6; UCD Med. Records).

23      However, the biopsy was not done until seven weeks later, on 1/28/2008.

24  (Ex. J, pp. 9-17; UCD Med. Records.)

25      On 12/19/07, the California Board of Claims denied Plaintiff's tort

26  claim. This completes Plaintiff's fulfillment to seek relief through

27  Administrative Remedies. (Ex. K, pp. 10; Tort Claim.)

28  //

(12)

1    On 2/13/08, Plaintiff again had another follow-up appointment with Dr.
2    Pappoe, and Dr. Don. Dr. Don reported that the biopsy showed Plaintiff was
3    suffering from, 'Membranous Nephropathy', Stage II, and Chronic Kidney
4    Disease, Stage III.    Dr. Don recommended that Plaintiff be started on
5    treatment with drug therapy CellCept (Immune-suppressant) and Prednisone
6    (Steriod).    However, before the treatment could be undertaken, Dr. Don
7    recommended that a colonoscopy be performed within 1-2 weeks; this was to
8    rule out the possibility of colon cancer as the underlying cause of
9    Plaintiff's symptoms. (Ex. J, pp. 18-19; UCD Med. Records.)

10    However, even with the urgency to perform the required colonoscopy, it
11    took Doctor Pappoe and Doctor Don, over 30 days to file their medical
12    reports and then have them sent to MCSP. Dr. Pappoe Electronically signed
13    his medical report on 3/27/08, and Dr. Don electronically signed his report
14    on 4/3/08. It was only after this that this report was sent to MCSP. (see
15    Ex. J, pp 19; UCD Medical Records, Electronic Signatures.)

16    For these reasons, Plaintiff holds Dr. Pappoe and Dr. Don, responsible
17    for deliberate medical indifference and malpractice, by contributing to the
18    significant delay in Plaintiff's treatment, which added to Plaintiff's
19    kidney deterioration, and prolonged pain and suffering, and is cruel and
20    unusual punishment in violation of Plaintiff's 8th Amendment Right. (see
21    Ex. A, pp.1-3; Goals Of Treatment.)

22    On 3/4/08, Plaintiff was seen by his new PCP at the prison clinic, Dr.
23    Naseer. Plaintiff informed Dr. Naseer concerning the urgent need to perform
24    a colonoscopy per Dr. Don's instructions. However Dr. Naseer stated that he
25    didn't have any confirmation of this order from UCD in Plaintiff's medical
26    file. However, because plaintiff is 50 years old, Dr. Naseer would order a
27    colonoscopy on a "Routine Basis". (see Ex. E, pp.22; MCSP Medical Records.)
28    (also see Ex. G, pp.9; RFS.)

(13)

1   However, even after MCSP received UCD medical report after Dr. Don's
2   electronic signature on 4/3/08, MCSP still failed to update the RFS from
3   "Routine" to "Urgent".

4   On 4/29/08, Plaintiff filed a Writ of Habeas Corpus with the Amador
5   County Superior Court (Cs# 08-HC-1036), to compel MCSP to provide Plaintiff
6   with the urgently needed colonoscopy

7   On 5/28/08, Plaintiff was transported to San Joaquin Hospital to
8   receive his badly needed colonoscopy. (Ex. M; SJGH Medical Record.)

9   On 5/29/08, Plaintiff was seen by Dr. Naseer, who prescribed the
10  requested drug treatment plan by UCD. (see Ex. E, pp.23-24; MCSP Medical
11  Records.)

12                              CONCLUSION

13  Plaintiff has hereby demonstrated how even though he had properly
14  informed MCSP medical staff of his continuing problems with this life
15  threatening disease, MCSP medical staff and it's contractors have caused
16  Plaintiff significant delays in receiving proper medical diagnosis and
17  treatment for his condition. These delays are the primary reason for
18  Plaintiff's kidney deterioration, and prolonged pain and suffering.

19  While recent blood results have shown an improvement in Plaintiff's
20  kidney function, they have also clearly shown that the symptoms of
21  Membranous Nephropathy have significantly increased, evidence of continued
22  kidney deterioration.

23  On 5/8/07, the Urine Microalbumin Concentration was 2311, and the
24  Alb/Creat. Ratio was 3040.79.   In comparison on 10/9/2008, the Urine
25  Microalbumin Concentration was 3238, and the Alb/Creat. Ratio was 5488.14.
26  (see Ex. C, pp.5,16; Lab Results.)

27  It should be also noted that according to the National Institute of
28  Health, monitoring the progress of treatment for Membranous Nephropathy is

                                (14)

1  conducted by urinalysis to determine the level of the albumin serum. In

2  contrast, monitoring protein levels alone can be effected by diet and the

3  amount of protein consumed. (see Ex. A, pp.4-6; U.S. National Institute of

4  Health.)

5  The process for Plaintiff to receive proper diagnosis and begin

6  treatment, took medical providers over 18 month. This is far beyond the

7  norm compared to civilian health care providers. Ultimately these excessive

8  delays have cause permanent damage to Plaintiff's kidneys.

9  Therefore, Plaintiff Prays this Court to hold each of the defendants

10  responsible for this damage, prolonged pain and suffering, and for cruel and

11  unusual punishment in violation of Plaintiff's 8th Amendment Rights.

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

(15)

A - U.S. National Institute of Health

B - Medical Sick Call Slips (CDC-7362)

C - Lab Results

D - Inmate Appeal CDC-602, Log# MCSP - B - 07 - 1183

E - MCSP Medical Records

F - Doctor's Hosptital, Medical Records (Sent to Plaintiff on 11/11/2008)

G - Physician's Referral Request, (RFS CDC-7243)

H - CDCR Health Care Services Manual, Chapter 8, Outpatient Specialty Services

I - Request For Interview, TO: R/N Kelly Martinez

J - U.C. Davis Medical Records

K - Tort Claim, California State Board Of Claims

L - Plaintiff's Letter to Dr. Rad, U.C. Davis Medical Center

M - San Joaquin Hospital Medical Records

# EXHIBIT "A"

Skip navigation

**MedlinePlus**
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

Search MedlinePlus

About MedlinePlus | Site Map | FAQs | Contact Us

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources          español

# Medical Encyclopedia

Other encyclopedia topics: A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Di-Dz  E-Ep  Eq-Ez  F  G  H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh  Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

## Nephrotic syndrome

📧 Printer-friendly version   📨 E-mail to a friend

**Contents of this page:**

- Illustrations
- Alternative Names
- Definition
- Causes
- Symptoms
- Exams and Tests

- Treatment
- Outlook (Prognosis)
- Possible Complications
- When to Contact a Medical Professional
- Prevention

**Illustrations**



Male urinary system

**Alternative Names**   *Return to top*

Nephrosis

**Definition**   *Return to top*

Nephrotic syndrome is a group of symptoms including protein in the urine (more than 3.5 grams per day), low blood protein levels, high cholesterol levels, and swelling. The urine may also contain fat, which can be seen under the microscope.

**Causes**   *Return to top*

Nephrotic syndrome is caused by various disorders that damage the kidneys, particularly the basement membrane of the glomerulus. This immediately causes abnormal excretion of protein in the urine.

The most common cause in children is minimal change disease, while membranous glomerulonephritis is the most common cause in adults.

This condition can also occur as a result of infection, use of certain drugs, cancer, genetic disorders, immune disorders, or diseases that affect multiple body systems including diabetes, systemic lupus erythematosus, multiple myeloma, and amyloidosis.

It can accompany kidney disorders such as glomerulonephritis, focal and segmental glomerulosclerosis, and mesangiocapillary glomerulonephritis.

**Exhibits p. 1**

Nephrotic syndrome can affect all age groups. In children, it is most common from age 2 to 6. This disorder occurs slightly more often in males than females.

**Symptoms**   *Return to top*

- Swelling (edema )
    - general
    - around the eyes
    - in the extremities, especially the feet and ankles
- Swollen abdomen
- Facial swelling
- Foamy appearance of the urine
- Weight gain (unintentional) from fluid retention
- Poor appetite
- High blood pressure

**Exams and Tests**   *Return to top*

Physical examination can detect some symptoms. Other symptoms and signs of causative disorders can also be found with examination.

Urinalysis reveals large amounts of urine protein. Fats are often also present in the urine.

Tests to rule out various causes may include the following:

- Glucose tolerance test
- Antinuclear antibody
- Rheumatoid factor
- Cryoglobulins
- Complement levels
- Hepatitis B and C antibodies
- VDRL serology
- Serum protein electrophoresis
- Kidney biopsy

This disease may also alter the results of the following tests:

- Urinary casts
- Triglyceride
- Protein electrophoresis - urine
- Serum iron
- Cholesterol
- Albumin

**Treatment**   *Return to top*

The goals of treatment are to relieve symptoms, prevent complications and delay progressive kidney damage. Treatment of the causative disorder is necessary to control nephrotic syndrome. Treatment may be required for life.

Corticosteroid, immunosuppressive, antihypertensive, and diuretic medications may help control symptoms. Antibiotics may be needed to control infections. Angiotensin converting enzyme (ACE) inhibitors may significantly reduce the degree of protein loss in the urine and are therefore frequently prescribed for treatment of nephrotic syndrome.

If hypertension occurs, it must be treated vigorously. Treatment of high blood cholesterol and triglyceride levels is also recommended to reduce the risk of atherosclerosis. Dietary limitation of cholesterol and saturated fats may be of little benefit, as the high levels which accompany this condition seem to be the result of overproduction by the liver rather than from excessive fat intake. Medications to reduce cholesterol and triglycerides may be recommended.

High-protein diets are of debatable value. In many patients, reducing the amount of protein in the diet produces a decrease in urine protein. In most cases, a moderate-protein diet (1 gram of protein per kilogram of body weight per day) is usually recommended. Sodium (salt) may be restricted to help control swelling. Vitamin D may need to be replaced if nephrotic syndrome is chronic and unresponsive to therapy.

Blood thinners may be required to treat or prevent clot formation.

**Outlook (Prognosis)**   *Return to top*

**Exhibits p. 2**

The outcome varies; the syndrome may be <u>acute</u> and short-term or <u>chronic</u> and unresponsive to therapy. The cause and development of complications also affects the outcome.

**Possible Complications**    *Return to top*

- <u>Atherosclerosis</u> and related <u>heart diseases</u>
- <u>Renal vein thrombosis</u>
- <u>Acute renal failure</u>
- <u>Chronic renal failure</u>
- Infections, including pneumococcal <u>pneumonia</u>
- Malnutrition
- Fluid overload, <u>congestive heart failure</u>, <u>pulmonary edema</u>

**When to Contact a Medical Professional**    *Return to top*

Call your health care provider if symptoms which may indicate nephrotic syndrome occur.

Call your health care provider if nephrotic syndrome persists or if new symptoms develop, including severe <u>headache</u>, <u>fever</u>, sores on the skin, <u>cough</u>, <u>discomfort with urination</u>, or <u>decreased urine output</u>.

Go to the emergency room or call the local emergency number (such as 911) if <u>convulsions</u> occur.

**Prevention**    *Return to top*

Treatment of causative disorders may prevent development of nephrotic syndrome.

**Update Date: 8/14/2007**

Updated by: Charles Silberberg, DO, Private Practice specializing in Nephrology, Affiliated with New York Medical College, Division of Nephrology, Valhalla, NY. Review provided by VeriMed Healthcare Network.

**✶ADAM**

A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's <u>accreditation program</u> is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s <u>editorial process</u>. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided herein should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Links to other sites are provided for information only – they do not constitute endorsements of those other sites. Copyright 1997-2008, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

**Exhibits p. 3**



Skip navigation

MedlinePlus
Trusted Health information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

Search MedlinePlus

About MedlinePlus | Site Map | FAQs | Contact Us

Home Health Topics Drugs & Supplements Encyclopedia Dictionary News Directories Other Resources    español

## Medical Encyclopedia

Other encyclopedia topics: A-Ag Ah-Ap Aq-Az B-Bk Bl-Bz C-Cg Ch-Co Cp-Cz D-Di Di-Dz E-Ep Eq-Ez F G H-Hf Hg-Hz I-In Io-Iz J K L-Ln Lo-Lz M-Mf Mg-Mz N O P-Pl Pm-Pz Q R S-Sh Si-Sp Sg-Sz T-Tn To-Tz U V W X Y Z 0-9

### Membranous nephropathy

 Printer-friendly version    E-mail to a friend

**Contents of this page:**

- Illustrations
- Alternative Names
- Definition
- Causes
- Symptoms
- Exams and Tests

- Treatment
- Outlook (Prognosis)
- Possible Complications
- When to Contact a Medical Professional
- Prevention

**Illustrations**



Kidney anatomy

**Alternative Names**    *Return to top*

Membranous glomerulonephritis; Membranous GN; Extramembranous glomerulonephritis; Glomerulonephritis - membranous

**Definition**    *Return to top*

Membranous nephropathy is a kidney disorder which involves changes and inflammation of the structures inside the kidney that help filter waste and fluids. The inflammation leads to problems with kidney function.

**Causes**    *Return to top*

Membranous nephropathy is caused by thickening of part of the glomerular basement membrane. Glomerular basement membrane is a part of the kidneys that helps filter waste and extra fluid from the blood. The exact reason for this thickening is not known.

It is one of the most common causes of nephrotic syndrome. The condition may be a primary kidney disease of uncertain origin, or it may be associated with other conditions.

The following increase your risk for this condition:

- Exposure to substances or medications, including gold, mercury, penicillamine, trimethadione, and skin-lightening creams
- Hepatitis B
- Malaria

**Exhibits p. 4**

- Non-Hodgkin's lymphoma
- Solid cancerous tumors
- Systemic lupus erythematosus
- Syphilis

The disorder occurs in approximately 2 out of 10,000 people. It may occur at any age but is more common after age 40.

**Symptoms** *Return to top*

- Edema (swelling) in any area of the body
- Foamy appearance of urine
- Weight gain
- Poor appetite
- Urination, excessive at night
- High blood pressure

Note: Symptoms vary and in many cases there are no symptoms at all.

**Exams and Tests** *Return to top*

A physical exam may show swelling (edema).

A urinalysis may reveal protein in the urine or blood in the urine. Glomerular filtration rate (the "speed" of blood purification) is usually nearly normal.

Serum albumin may be low. Blood lipid levels may increase.

Kidney biopsy confirms the diagnosis of membranous nephropathy.

**Treatment** *Return to top*

The goal of treatment is to reduce symptoms and slow the progression of the disease.

Symptoms should be treated as appropriate. Medications vary and may include corticosteroids, immunosuppressive drugs, blood pressure medications, and antibiotics (to control infections).

High blood cholesterol and triglyceride levels should be treated to reduce the risk of atherosclerosis secondary to nephrotic syndrome. A low-fat, low-cholesterol diet may be of limited benefit as the high levels of cholesterol and triglyceride seem to be caused by overproduction by the liver rather than eating too much fat. Medications to reduce cholesterol and triglycerides may be recommended.

The value of a high-protein diets has been debated. In many patients, reducing the amount of protein in the diet produces decrease in protein in the urine. In most cases, a moderate-protein diet (1 gram of protein per kilogram of body weight per day) is usually recommended.

Restricting salt may be help control edema. Vitamin D may need to be replaced if nephrotic syndrome is chronic and does not respond to therapy.

This disease increases the risk for blood clots in the lungs and legs. Patients are occasionally prescribed blood thinners to prevent these complications.

**Outlook (Prognosis)** *Return to top*

The outlook varies. There may be symptom-free periods and acute flare ups. In some cases, the condition may go away with or without therapy.

The majority of patients will have some degree of irreversible kidney damage within 2-20 years. About 20% of those will progress to end-stage renal disease.

**Possible Complications** *Return to top*

- Nephrotic syndrome
- Chronic renal failure
- End-stage renal disease
- Renal vein thrombosis
- Pulmonary embolism

**Exhibits p. 5**

## When to Contact a Medical Professional    *Return to top*

Call for an appointment with your health care provider if symptoms indicate membranous nephropathy may be present. Call for an appointment with your health care provider if symptoms worsen or persist, if you experience a <u>decreased urine output</u> or other new symptom develops.

## Prevention    *Return to top*

Promptly treating associated disorders and avoiding associated substances may reduce risk.

## Update Date: 8/14/2007

Updated by: Charles Silberberg, DO, Private Practice specializing in Nephrology, Affiliated with New York Medical College, Division of Nephrology, Valhalla, NY. Review provided by VeriMed Healthcare Network.

*ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's <u>accreditation program</u> is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s <u>editorial process</u>. A.D.A.M is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided herein should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Links to other sites are provided for information only – they do not constitute endorsements of those other sites. Copyright 1997-2008, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

<u>Home</u> | <u>Health Topics</u> | <u>Drugs & Supplements</u> | <u>Encyclopedia</u> | <u>Dictionary</u> | <u>News</u> | <u>Directories</u> | <u>Other Resources</u>

<u>Disclaimers</u> | <u>Copyright</u> | <u>Privacy</u> | <u>Accessibility</u> | <u>Quality Guidelines</u>
<u>U.S. National Library of Medicine</u>, 8600 Rockville Pike, Bethesda, MD 20894
<u>National Institutes of Health</u> | <u>Department of Health & Human Services</u>                Page last updated: 25 September 2008

**Exhibits p. 6**

# EXHIBIT - "B"

382466

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gorton, C. | T-43446 | B10-136U |

PATIENT SIGNATURE *Charles R Gorton*

DATE **February 4, 2007**

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) **My feet are swelling up.**

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM ,*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:  Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 97⁶ P: 52 R: 16 BP: 155/76 WEIGHT: 222

pt. had his Atenolol D/c 11/21/7 by our Request.
no MD note in chart.

A: Ref >MD have within 6 wks.

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| KIMBALL | Kim Ball RN | 2/6/7 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Exhibit B-1

(187)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME: GORTON

CDC NUMBER: T43446

HOUSING: B7 1354

PATIENT SIGNATURE: *[signature]*

DATE: 3/27/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My legs are swelling up again and I am still taking my water pills.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3-28-07. 745

Received by: *[signature]* R

Date / Time Reviewed by RN: 3-28-07-745

Reviewed by: *[signature]* R

S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☒ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY:

NAME OF INSTITUTION:

PRINT / STAMP NAME: *[signature]*

SIGNATURE / TITLE: *[signature]*

DATE/TIME COMPLETED: 3/29

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

(206)

Exhibit B-2

386230 4/27

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL [X]    MENTAL HEALTH [ ]    DENTAL [ ]    MEDICATION REFILL [ ]

NAME: GORTON     CDC NUMBER: T43446     HOUSING: B7-135U

PATIENT SIGNATURE: *Mrs Gorton*     DATE: 4/20/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *My legs are still swelling badly, please help me*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

[X] Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 4/23/7 | Received by: | KK |
|---|---|---|---|
| Date / Time Reviewed by RN: | 4/23/7 | Reviewed by: | KK |

S: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Pain Scale: 1 2 3 4 5 6 7 8 9 10

▮▮▮▮▮▮▮▮▮▮ , taking HTZ 25mg q d.

Allergy: Codeine     Hx. HTN, asthma,

O: T: 97° P: 99 R: 16 BP: 132/ WEIGHT: ▮▮▮▮▮▮

A O×3 unlabored breathing, R.R. reg., affect ▮▮▮ gait stead

▮▮▮▮▮ 1+ , ▮▮▮▮▮▮▮▮ lt bilat, good pedal pulses.

A: Circulatory insufficiency R/T lt edema.

P: MD line 4/27/8

[ ] See Nursing Encounter Form

E: Verbalized understanding if not happiness of the plan to see the MD in 3 days.

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) [ ] | URGENT (WITHIN 24 HOURS) [ ] | ROUTINE (WITHIN 14 CALENDAR DAYS) [ ] |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

PRINT / STAMP NAME: *Kimball*     SIGNATURE / TITLE: *Kimball RN*     DATE/TIME COMPLETED: 4/24/7 12:10

CDC 7362 (Rev. 03/04) — Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit B-3

(303)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Gorton, C

CDC NUMBER: T 73446

HOUSING: 7 135

PATIENT SIGNATURE:

DATE: 4/25/7

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Chest pain since this morning_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

(L) + mid chest, sharp pain, & radiating

O: T: ___ P: 72 R: 18 BP: 154/81 WEIGHT: ___
NAD A&O x 3, Unlabored breaths O₂ SaTs 100% lungs clear, brady cardia,

A:

P:

☐ See Nursing Encounter Form

E: Verbalized understanding of plan.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME: Kim Ball | SIGNATURE / TITLE: K. Ball RN | DATE/TIME COMPLETED: 4/25/7 1400 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Walk up

CALIFORNIA
Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T43446 | B7-129U |

PATIENT SIGNATURE

DATE 5/4/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My adems sympetoms are becoming worse.
I'm having trouble breathing, my stomach is swelling and my foot is swollen. My legs and feet are still swollen.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:      Pain Scale: 1   2   3   4   5   6   7   8   9   10

O:   T:   P:   R:   BP:      WEIGHT:

A:

P:

☒ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| Kim BALL | Kim ball Re | 5/4/7 11:00 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Exhibit B-5

(314)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF COR

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T43446 | B7-129U |

PATIENT SIGNATURE       DATE 5/14/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am still suffering from my feet; legs and left hand swelling. Right now my left arm is swollen and I have congestion in my chest (uncontrollable coughing). The medications prescribed are not working. I request to see Dr. Hopkins immediately please.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| Date / Time Received: | 5/12/07   0800 | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | | Reviewed by: | ST |

S:      Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:    P:    R:    BP:      WEIGHT:

A:

P: See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

PRINT / STAMP NAME      SIGNATURE / TITLE      DATE/TIME COMPLETED 5/17

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit B-6

(217)



STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T43446 | B7-129U |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O: T:98°  P: 64  R:16  BP

STEADY GAIT, A+0×3, LUNG SOUNDS CLEAR  HR RRR, O2 SAT 98/A
CALM DEMEANOR + SPEECH                           ↑+↓ EXTREMITIES

A:
P:
☐ See Nursing Encounter Form

I/M IN NO APPARENT DISTRESS

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION MCSP | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| CRICKETTE | | |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Exhibit B-7

(379)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T-43446 | B7-227 |

PATIENT SIGNATURE *Chas Gorton*    DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had

The Problem) _My legs are swelling up again._

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 6 21 07 | Received by: |
|---|---|---|
| Date / Time Reviewed by RN: | 6 21 07 | Reviewed by: |

S:      Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:    T: 97°    P: 62    R: 16    BP: 120/75    WEIGHT:

A:

P:    Progress Note

☒ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION *MCH* | |

| PRINT / STAMP NAME *C RICKETTS* | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Gorton, C. | CDC NUMBER T-43446 | HOUSING B7-227U |
|---|---|---|

PATIENT SIGNATURE  *Chas R Gorton*

DATE 07/18/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I am still experiencing extreme swelling in my legs, feet and left arm & hand. Additionally, my kidneys are still hurting me. I have not been seen by a Nephrologist yet, as I had been informed would happen.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 7 / 9 07    07 | Received by: *KL* |
|---|---|
| Date / Time Reviewed by RN: 7 / 9 07 | Reviewed by: |

S:                            Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:      P:      R:      BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

9481273

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T43446 | B7-243U |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 8/13/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am still experiencing full body edema, and now my scrodum has swollen 2 times its size. I have been rescheduled for my follow up at U.C. DAVIS, NEPHROLOGY

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 13 07 07 | Received by: |
|---|---|---|
| Date / Time Reviewed by RN: | 13 07 | Reviewed by: |

| S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10 |
|---|---|

| O: | T: | P: | R: | BP: | WEIGHT: |
|---|---|---|---|---|---|

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION MCSP | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| CRICKETTS | | 8-15-07 1030 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

(420)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GORTON | T43446 | B7 - Z434 |

PATIENT SIGNATURE: *Charles Gorton*     DATE: 8/21/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I am still swollen from complications dealing with my acute nephrotic syndrome. When will I be sent back to U.C. Davis for treatment? You have an MD appt on 9-27-07 AND CAN DISCUSS THE PLAN @ THAT TIME. 7362 RN B CLINIC IF NEEDED

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit B-11

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gorton | T-43446 | B9-147U |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 25   October, 2007 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) __I am again having problems with my legs swelling up.__

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 10-22-07 | Received by: |
|---|---|---|
| Date / Time Reviewed by RN: | 10-26-07 | Reviewed by: |

S:          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:      P: 60   R: 16   BP: 128/79   WEIGHT:
AVO x 3, STEADY GAIT, +4 EDEMA BILAT L.E., MD AWARE,
LABS ORDERED, RFS FOR SPK CLINIC FOR NEPHROTIC SYNDROME PLAN NUTR
MD 1 WK   11-7-07   BRANDOW RN

A:

P:

☐ See Nursing Encounter Form

E:   VERBAL/215 UNDERSTANDING

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION  MCSP | |

| PRINT / STAMP NAME  CRICKETTE | SIGNATURE/ TITLE | DATE/TIME COMPLETED  10-29-07  1000 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

3/4

## PART I: TO BE COMPLETED BY THE PATIENT

_A fee of $5.00 may be charged to your trust account for each health care visit._

_If you believe this is an urgent/emergent health care need, contact the correctional officer on duty._

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gorton C. | T43446 | B9-147u |

PATIENT SIGNATURE    Charles R Gorton    DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Follow up — on Feb 13 I went to UC Davis for my Biopsy results. Dr. Stevenson stated I have Mastovrus Myelopathy which is treatable. But he said he will not prescribe the medication until I've had a colonoscopy to rule out cancer. I have not

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    recieve this colonoscopy yet

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by |

S:     Pain Scale: 1   2   3   4   5   6   7   8   9   10

O:    T:    P:    R:    BP:     WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit B-13

(602)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

7/18

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: GORTON

CDC NUMBER: T43446

HOUSING: B10-116L

PATIENT SIGNATURE: Chas R Gorton

DATE: 6/24/08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I'm still experiencing sever edema in my arms, legs & feet, as WELL AS PAN

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

it is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Time Received: 6/24/08 0745

Time Reviewed by RN: 6/24/08 0745

Received by:

Reviewed by:

Pain Scale: 1 2 3 4 5 6 7 8 9 10

Pt states he was Dx a stage III Kidney Disease; membranous nopathy @ UCDavis 5t... 01/08.

T: 985 P: 54 R: 17 BP: 12167 WEIGHT: 214 # 02 Sats 98%

skin w/d to touch, speech clear + coherent, steady gait

H2O ERRR DCl... pt has 2-3 + edema to VSx.

pulse ⊕ states swelling since 5/29/08, pt has tight socks - cont

Circulatory R IT: Edema VSx / disease process

informed pt Dx, does wear full length ted Hose + keep on side

Nursing Encounter Form - cont - with one creating the tourniquet...

Diuretic wt ↑ (that N/A, pt seen 3 chart) pt on ...

- med reconciliation for) also on KCl 10meq & ID, Bedema to VSx

teaching pt regarding tourniquet effect to VSx

stated "I know that but, it has not...

pt that just get me the stockings...

to pt, ...swelling to VSx, not √, pt states "I know"

| EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|

P:

SIGNATURE / TITLE

DATE OF APPOINTMENT:

NAME OF INSTITUTION: MCSP

DATE/TIME COMPLETED: 6/25/08 1037

14) Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit B-14

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Exhibit B-*15*

# EXHIBIT – "C"

PATIENT INFORMATION
**GORTON, CHARLES**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1958  Age: 48
GENDER: U

ORDERING PHYSICIAN
**HAWKINS**
CLIENT INFORMATION
4309620
MULE CREEK STATE PRISON
INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA  95640

SPECIMEN INFORMATION
SPECIMEN:     GQ3533503
REQUISITION: 8213
LAB REF NO:  B10-136

ID: T43446

COLLECTED:  ▓▓▓▓▓     06:55
RECEIVED:   03/07/2007  23:41
REPORTED:   03/08/2007  05:36

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| *REPORT COMMENTS | SEE NOTE | | | SC |

FASTING
AGE AND/OR SEX NOT KNOWN.  FOR TESTS WITH REFERENCE RANGES WHICH VARY
AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC
REFERENCE RANGES.

| | | | | |
|---|---|---|---|---|
| LIPID PROFILE | | | | SC |
| CHOLESTEROL, TOTAL | | 403 H | <200 mg/dL | |
| TRIGLYCERIDES | | 274 H | <150 mg/dL | |
| VLDL CHOLESTEROL (CALCULATED) | | 55 H | 5 - 40 mg/dL | |
| LDL CHOLESTEROL (CALCULATED) | | 297 H | 0 - 129 mg/dL | |
| CHOLESTEROL, HDL | 51 | | >40 mg/dL | |
| CHOLESTEROL/HDL RATIO | 7.9 | | | |

CARDIAC RISK FACTOR                      CHOL/HDL RATIO

| | MALE | FEMALE |
|---|---|---|
| LOW RISK | <3.5 | <3.5 |
| BELOW AVERAGE RISK | 3.5-4.4 | 3.5-4.4 |
| AVERAGE RISK | 4.5-6.4 | 4.5-5.5 |
| ABOVE AVERAGE RISK | 6.5-13.5 | 5.6-11.0 |
| HIGH RISK | >13.5 | >13.5 |

LDL/HDL RATIO            5.82

CARDIAC RISK FACTOR                          LDL/HDL

| | MALE | FEMALE |
|---|---|---|
| 1/2 AVERAGE RISK | 1.00 | 1.47 |
| AVERAGE RISK | 3.55 | 3.22 |
| 2X AVERAGE RISK | 6.25 | 5.03 |
| 3X AVERAGE RISK | 7.99 | 6.14 |

| | | | | |
|---|---|---|---|---|
| ELECTROLYTES WITHOUT CO2 | | | | SC |
| SODIUM, SERUM | 138 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 4.6 | | 3.5-5.3 mmol/L | |
| CHLORIDE, SERUM | 101 | | 98-110 mmol/L | |
| CHEMISTRIES | | | | SC |
| UREA NITROGEN,BLOOD (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE, SERUM | 1.0 | | 0.5-1.4 mg/dL | |
| CALCIUM, SERUM | 8.7 | | 8.5-10.4 mg/dL | |
| PHOSPHORUS, SERUM | 3.8 | | 2.5-4.5 mg/dL | |
| URIC ACID, SERUM | 8.1 | | 1.7-8.2 mg/dL | |
| TOTAL PROTEIN | | 4.8 L | 6.0-8.3 g/dL | |
| ALBUMIN | | 2.6 L | 3.5-4.9 g/dL | |
| GLOBULIN, TOTAL | 2.2 | | 2.0 - 4.0 g/dL | |
| A/G RATIO | 1.2 | | 1.0 - 2.5 ratio | |

(490)

| PATIENT INFORMATION | REPORT STATUS Final |
|---|---|
| **GORTON, CHARLES** | |

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
**HAWKINS**

DOB: 04/30/1958  Age: 48
GENDER: U
ID: T43446

REPORTED: 03/08/2007  05:36
COLLECTED: 03/07/2007  06:55

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHEMISTRIES (Continued) | | | | |
| eGFR | | | SEE BELOW | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE

REFERENCE RANGE:    > = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| GLUCOSE | 92 | | 65-99 mg/dL | SC |
| GGT | 20 | | 3-80 U/L | SC |
| ENZYMES AND BILIRUBIN | | | | SC |
| LACTATE DEHYDROGENASE (LDH) | 197 | | 100-250 U/L | |
| AST (SGOT) | 41 | | 3-50 U/L | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.5 mg/dL | |
| ALT (SGPT) | 42 | | 3-60 U/L | |
| ALKALINE PHOSPHATASE | 85 | | 20-125 U/L | |
| CHOLESTEROL, TOTAL | | 403 H | <200 mg/dL | SC |
| TRIGLYCERIDES | | 274 H | <150 mg/dL | SC |
| IRON, TOTAL | 98 | | 35-190 mcg/dL | SC |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | SC |
| WHITE BLOOD COUNT | 5.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD COUNT | 4.66 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.1 | | 13.2-15.5 g/dL | |
| HEMATOCRIT | 42.5 | | 38.5-50.0 % | |
| MCV | 91 | | 80.0-100.0 fL | |
| MCH | 32.5 | | 27.0-33.0 pg | |
| MCHC | 35.6 | | 32.0-36.0 g/dL | |
| RED CELL DIST. WIDTH | 13.5 | | 11.0-15.0 % | |
| NEUTROPHILS | 60 | | 45 - 75 % | |
| LYMPHOCYTES | 28 | | 20 - 45 % | |
| MONOCYTES | 9 | | 1 - 13 % | |
| EOSINOPHILS | 3 | | 0 - 6 % | |
| BASOPHILS | 1 | | 0 - 2 % | |
| NEUTROPHILS (ABS VALUE) | 3.50 | | 1.500-7.800 Thousand/uL | |
| LYMPHOCYTES (ABS VALUE) | 1.60 | | 0.850-3.900 Thousand/uL | |
| MONOCYTES (ABS VALUE) | 0.50 | | 0.200-0.950 Thousand/uL | |
| EOSINOPHILS (ABS VALUE) | 0.100 | | 0.015-0.550 Thousand/uL | |
| BASOPHILS (ABS VALUE) | 0.000 | | 0.000-0.200 Thousand/uL | |
| PLATELET COUNT | 249 | | 140-400 Thousand/uL | |
| DIFFERENTIAL TYPE | AUTO | | | |

---

**Performing Laboratory Information:**

SC   Quest Diagnostics 3714 Northgate Boulevard Sacramento CA  95834 Laboratory Director: Gerald E. Simon, M.D.



Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| GORTON, CHARLES | |

DOB: 04/30/1958   Age: 49
GENDER: M

ORDERING PHYSICIAN
**NOT GIVEN**

CLIENT INFORMATION
4309620
MULE CREEK STATE PRISON
INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA  95640

SPECIMEN INFORMATION
SPECIMEN:       GQ5035850
REQUISITION: 11602            Lab
LAB REF NO:   B07135

ID: T43446

COLLECTED:                    06:20
RECEIVED:    05/08/2007       23:26
REPORTED:    05/09/2007       07:10

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| *REPORT COMMENTS | SEE NOTE FASTING | | | SC |
| LIPID PROFILE | | | | SC |
| CHOLESTEROL, TOTAL | | 333 H | 125-200 mg/dL | |
| TRIGLYCERIDES | | 296 H | <150 mg/dL | |
| VLDL CHOLESTEROL (CALCULATED) | | 59 H | 5 - 40 mg/dL | |
| LDL CHOLESTEROL (CALCULATED) | | 230 H | mg/dL | |

DESIRABLE RANGE <100 mg/dL FOR PATIENTS
WITH CHD OR DIABETES AND <70 mg/dL FOR
DIABETIC PATIENTS WITH KNOWN HEART
DISEASE.

| | | | | |
|---|---|---|---|---|
| CHOLESTEROL, HDL | 44 | | >40 mg/dL | |
| CHOLESTEROL/HDL RATIO | | 7.6 H | < OR = 5.0 | |
| | | CARDIAC RISK FACTOR: | ABOVE AVERAGE RISK | |
| LDL/HDL RATIO | | 5.23 H | SEE NOTE | |
| | | Reference Range: AV.RISK 2.25-4.90 | | |
| | | | ABOVE AVERAGE RISK | |
| ELECTROLYTES WITHOUT CO2 | | | | SC |
| SODIUM, SERUM | 139 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE, SERUM | 104 | | 98-110 mmol/L | |
| CHEMISTRIES | | | | SC |
| UREA NITROGEN,BLOOD (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE, SERUM | 1.0 | | 0.5-1.3 mg/dL | |
| CALCIUM, SERUM | | 8.3 L | 8.6-10.2 mg/dL | |
| PHOSPHORUS, SERUM | 3.8 | | 2.5-4.5 mg/dL | |
| URIC ACID, SERUM | 6.5 | | 4.0-8.0 mg/dL | |
| TOTAL PROTEIN | | 4.3 L | 6.2-8.3 g/dL | |
| ALBUMIN | | 2.0 L | 3.6-5.1 g/dL | |
| | | VERIFIED BY REPEAT ANALYSIS | | |
| GLOBULIN, TOTAL | 2.3 | | 2.1-3.7 g/dL | |
| A/G RATIO | | 0.9 L | 1.0-2.1 ratio | |
| eGFR | >60 | | SEE BELOW | |

REFERENCE RANGE:    > = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

(499)

Quest Diagnostics Incorporated

| PATIENT INFORMATION | REPORT STATUS Final |
|---|---|
| GORTON, CHARLES | |

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1958  Age: 49
GENDER: M
ID: T43446

REPORTED:                    07:10
COLLECTED:    05/08/2007    06:20

ORDERING PHYSICIAN
NOT GIVEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| GLUCOSE | 83 | | 65-99 mg/dL | SC |
| GGT | 15 | | 3-95 U/L | SC |
| ENZYMES AND BILIRUBIN | | | | SC |
| LACTATE DEHYDROGENASE (LDH) | 186 | | 100-250 U/L | |
| AST (SGOT) | 37 | | 10-40 U/L | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALT (SGPT) | 34 | | 9-60 U/L | |
| ALKALINE PHOSPHATASE | 85 | | 40-115 U/L | |
| CHOLESTEROL, TOTAL | | 333 H | 125-200 mg/dL | SC |
| TRIGLYCERIDES | | 296 H | <150 mg/dL | SC |
| IRON, TOTAL | 98 | | 45-170 mcg/dL | SC |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | SC |
| WHITE BLOOD COUNT | 4.9 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD COUNT | 4.22 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 13.6 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 39.4 | | 38.5-50.0 % | |
| MCV | 93 | | 80.0-100.0 fL | |
| MCH | 32.1 | | 27.0-33.0 pg | |
| MCHC | 34.4 | | 32.0-36.0 g/dL | |
| RED CELL DIST. WIDTH | 13.0 | | 11.0-15.0 % | |
| NEUTROPHILS | 57 | | 45 - 75 % | |
| LYMPHOCYTES | 29 | | 20 - 45 % | |
| MONOCYTES | 11 | | 1 - 13 % | |
| EOSINOPHILS | 3 | | 0 - 6 % | |
| BASOPHILS | 1 | | 0 - 2 % | |
| NEUTROPHILS (ABS VALUE) | 2.70 | | 1.500-7.800 Thousand/uL | |
| LYMPHOCYTES (ABS VALUE) | 1.40 | | 0.850-3.900 Thousand/uL | |
| MONOCYTES (ABS VALUE) | 0.50 | | 0.200-0.950 Thousand/uL | |
| EOSINOPHILS (ABS VALUE) | 0.200 | | 0.015-0.550 Thousand/uL | |
| BASOPHILS (ABS VALUE) | 0.000 | | 0.000-0.200 Thousand/uL | |
| PLATELET COUNT | 195 | | 140-400 Thousand/uL | |
| DIFFERENTIAL TYPE | AUTO | | | |
| URINALYSIS, COMPLETE W/MICROSCOPIC | | | | SC |
| SPECIFIC GRAVITY | 1.011 | | 1.001-1.035 | |
| PH | 7.0 | | 5.0-8.0 | |
| URINE-COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| WBC ESTERASE | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| PROTEIN | | 3+ | NEGATIVE | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| UROBILINOGEN | NORMAL | | NORMAL | |
| KETONES | NEGATIVE | | NEGATIVE | |
| HEMOGLOBIN | | 1+ | NEGATIVE | |
| WBC/HPF | 0-5 | | 0-5/hpf | |
| RBC/HPF | | 20-40 | 0-3/hpf | |

(498)

GORTON, CHARLES - GQ5035850          Exhibit C-4          Page 2 - Continued on Page 3

Quest Diagnostics Incorporated

PATIENT INFORMATION
**GORTON, CHARLES**

REPORT STATUS  **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1958   Age: 49
GENDER: M
ID: T43446

ORDERING PHYSICIAN
**NOT GIVEN**

REPORTED:                    07:10
COLLECTED:   05/08/2007      06:20

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| URINALYSIS, COMPLETE W/MICROSCOPIC (Continued) | | | | |
| EPITHELIAL CELLS | NONE SEEN | | 0-5/hpf | |
| RENAL EPITHELIAL | NONE SEEN | | NONE SEEN | |
| BACTERIA | NONE SEEN | | NONE SEEN | |
| HYALINE CASTS | NONE SEEN | | NONE SEEN | |
| GRANULAR CASTS | NONE SEEN | | NONE SEEN | |
| YEAST | NONE SEEN | | NONE SEEN | |
| CRYSTALS | NONE SEEN | | NONE SEEN | |
| CREATININE, URINE | 76 | | mg/dL | SC |
| MICROALBUMIN CONC. | | | | SC |
| MICROALBUMIN CONC | | 2311 H | Less than 22 mg/L | |
| | | VERIFIED BY REPEAT ANALYSIS | | |
| ALB/CREAT. RATIO | | 3040.79 H | 0.0 - 29.0 mcg/mg | |

Values greater than 30 mcg albumin/mg creatinine are operationally
defined as microalbuminuria in samples collected from ambulatory
subjects not undergoing vigorous exercise.  In patients with diabetes
mellitus or essential hypertension, the amount of microalbuminuria is
increased by exercise; in early diabetes, good glycemic control can
eliminate exercise-induced microalbuminuria.  If the influence of
exercise and poor glycemic control is minimized, microalbuminuria is a
good predictor of progression to overt nephropathy in both
insulin-dependent and non insulin-dependent diabetes.  Normalization
of blood glucose and blood pressure can delay the progression from
microalbuminuria to clinical nephropathy.

----------------------------------------------------------------------

**Performing Laboratory Information:**

SC    Quest Diagnostics 3714 Northgate Boulevard Sacramento CA  95834 Laboratory Director: Gerald E. Simon, M.D.



## Quest Diagnostics Incorporated

PATIENT INFORMATION
GORTON, CHARLES

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1950  Age: 57
GENDER: U

ORDERING PHYSICIAN
**HOUSEDY**

SPECIMEN INFORMATION
SPECIMEN:      GQ5652343
REQUISITION: 44614
LAB REF NO:   8-140

ID: T43446

CLIENT INFORMATION
4309620
MULE CREEK STATE PRISON
INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA  95640

Lab

COLLECTED:              07:20
RECEIVED:    06/04/2007  22:00
REPORTED:    06/05/2007  07:43

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| *REPORT COMMENTS | SEE NOTE | | | SC |

FASTING
AGE AND/OR SEX NOT KNOWN.  FOR TESTS WITH REFERENCE RANGES WHICH VARY
AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC
REFERENCE RANGES.

| | | | | |
|---|---|---|---|---|
| ELECTROLYTES WITHOUT CO2 | | | | SC |
| SODIUM, SERUM | 136 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE, SERUM | 99 | | 98-110 mmol/L | |
| CHEMISTRIES | | | | SC |
| UREA NITROGEN, BLOOD (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE, SERUM | 0.9 | | 0.5-1.3 mg/dL | |
| CALCIUM, SERUM | | 8.2 L | 8.6-10.2 mg/dL | |
| PHOSPHORUS, SERUM | 3.5 | | 2.5-4.5 mg/dL | |
| URIC ACID, SERUM | 7.9 | | 2.5-8.0 mg/dL | |
| TOTAL PROTEIN | | 4.4 L | 6.2-8.3 g/dL | |
| ALBUMIN | | 2.0 L | 3.6-5.1 g/dL | |
| | VERIFIED BY REPEAT ANALYSIS | | | |
| GLOBULIN, TOTAL | 2.4 | | 2.1-3.9 g/dL | |
| A/G RATIO | | 0.8 L | 1.0-2.1 ratio | |
| eGFR | | | SEE BELOW | |

Nephrotic syndrome

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE

REFERENCE RANGE:      > = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 90 | | 65-99 mg/dL | SC |
| GGT | 18 | | 3-95 U/L | SC |
| ENZYMES AND BILIRUBIN | | | | SC |
| LACTATE DEHYDROGENASE (LDH) | 195 | | 100-250 U/L | |
| AST (SGOT) | 32 | | 10-40 U/L | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALT (SGPT) | 25 | | 6-60 U/L | |
| ALKALINE PHOSPHATASE | 89 | | 33-130 U/L | |
| CHOLESTEROL, TOTAL | | 318 H | 125-200 mg/dL | SC |

Exhibit C-6

(507)

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1950  Age: 57
GENDER: U
ID: T43446

ORDERING PHYSICIAN
**HOUSEDY**

REPORTED: _____ 07:43
COLLECTED: _____ 07:20

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| TRIGLYCERIDES | | 341 H | <150 mg/dL | SC |
| IRON, TOTAL | 70 | | 40-175 mcg/dL | SC |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | SC |
| WHITE BLOOD COUNT | 6.2 | | 3.8-10.8 Thousand/ul | |
| RED BLOOD COUNT | | 4.05 L | 4.20-5.80 Million/ul | |
| HEMOGLOBIN | | 13.1 L | 13.2-15.5 g/dL | |
| HEMATOCRIT | | 37.5 L | 38.5-50.0 % | |
| MCV | 92 | | 80.0-100.0 fL | |
| MCH | 32.2 | | 27.0-33.0 pg | |
| MCHC | 34.9 | | 32.0-36.0 g/dL | |
| RED CELL DIST. WIDTH | 14.1 | | 11.0-15.0 % | |
| NEUTROPHILS | 66 | | 45 - 75 % | |
| LYMPHOCYTES | 22 | | 20 - 45 % | |
| MONOCYTES | 9 | | 1 - 13 % | |
| EOSINOPHILS | 2 | | 0 - 6 % | |
| BASOPHILS | 1 | | 0 - 2 % | |
| NEUTROPHILS (ABS VALUE) | 4.10 | | 1.500-7.800 Thousand/L | |
| LYMPHOCYTES (ABS VALUE) | 1.40 | | 0.850-3.900 Thousand/L | |
| MONOCYTES (ABS VALUE) | 0.60 | | 0.200-0.950 Thousand/L | |
| EOSINOPHILS (ABS VALUE) | 0.100 | | 0.015-0.550 Thousand/L | |
| BASOPHILS (ABS VALUE) | 0.000 | | 0.000-0.200 Thousand/L | |
| PLATELET COUNT | 224 | | 140-400 Thousand/uL | |
| DIFFERENTIAL TYPE | AUTO | | | |
| URINALYSIS, MACRO W/REFLEX TO MICRO | | | | SC |
| SPECIFIC GRAVITY | 1.005 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| URINE-COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| WBC ESTERASE | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| PROTEIN | | 2+ | NEGATIVE | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| UROBILINOGEN | NORMAL | | NORMAL | |
| KETONES | NEGATIVE | | NEGATIVE | |
| HEMOGLOBIN | | TRACE | NEGATIVE | |
| URINE MICROSCOPIC | | | | SC |
| WBC/HPF | NONE SEEN | | 0-5/hpf | |
| RBC/HPF | 0-3 | | 0-3/hpf | |
| EPITHELIAL CELLS | NONE SEEN | | 0-5/hpf | |
| BACTERIA | NONE SEEN | | NONE SEEN | |

--------------------------------------------------------------------

**Performing Laboratory Information:**

SC   Quest Diagnostics 3714 Northgate Boulevard Sacramento CA  95834 Laboratory Director: Gerald E. Simon, M.D.

Exhibit C-7

(506)

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Patient Name:

**GORTON, CHARLES**

Age/DOB: 49, 04/30/1958
Sex: M    FASTING

CHART #: T43446
LOCATION: B8 140

Client: 4309620
**MULE CREEK STATE PRISON**

INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA 95640
**LANZANO MD,**
209-274-4911 X 6912

111011

Accession No.
GQ6107130

Collected: 06/2_/_ _ _6:45
Received: 06/__/07 12:30
Reported: 06/28/07 10:43
Re-reported:
Report Status: FINAL   Page: 1

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| Requisition #: 7369 | | | | | |
| LIPID PROFILE | | | | | |
| CHOLESTEROL, TOTAL | | 304   H | 125-200 | mg/dL | SC |
| TRIGLYCERIDES | | 373   H | <150 | mg/dL | SC |
| VLDL CHOLESTEROL (CALCULATED) | | 75   H | 5 - 40 | mg/dL | SC |
| LDL CHOLESTEROL (CALCULATED) | | 183   H | | mg/dL | SC |
| | | DESIRABLE RANGE <100 mg/dL FOR PATIENTS WITH CHD OR DIABETES AND <70 mg/dL FOR DIABETIC PATIENTS WITH KNOWN HEART DISEASE. | | | |
| CHOLESTEROL, HDL | 46 | | >40 | mg/dL | SC |
| CHOLESTEROL/HDL RATIO | | 6.6   H | < OR = 5.0 | | SC |
| CARDIAC RISK FACTOR: | | ABOVE AVERAGE RISK | | | |
| LDL/HDL RATIO | 3.98 | | AV.RISK 2.25-4.90 | | SC |
| | | AVERAGE RISK | | | |
| BASIC CHEMISTRY | | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | | |
| SODIUM, SERUM | 138 | | 135-146 | mmol/L | SC |
| POTASSIUM, SERUM | 4.4 | | 3.5-5.3 | mmol/L | SC |
| CHLORIDE, SERUM | 102 | | 98-110 | mmol/L | SC |
| CHEMISTRIES | | | | | |
| UREA NITROGEN, BLOOD (BUN) | 17 | | 7-25 | mg/dL | SC |
| CREATININE, SERUM | 1.2 | | 0.5-1.3 | mg/dL | SC |
| eGFR | >60 | | SEE BELOW | | SC |
| REFERENCE RANGE: | | > = 60 ml/min/1.73m2 | | | |
| IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21. | | | | | |
| CALCIUM, SERUM | | 8.3   L | 8.6-10.2 | mg/dL | SC |
| PHOSPHORUS, SERUM | 4.4 | | 2.5-4.5 | mg/dL | SC |
| URIC ACID, SERUM | 7.3 | | 4.0-8.0 | mg/dL | SC |
| TOTAL PROTEIN | | 4.6   L | 6.2-8.3 | g/dL | SC |
| ALBUMIN | | 2.1   L | 3.6-5.1 | g/dL | SC |
| GLOBULIN, TOTAL | 2.5 | | 2.1-3.7 | g/dL | SC |
| A/G RATIO | | 0.8   L | 1.0-2.1 | ratio | SC |
| GLUCOSE | 86 | | 65-99 | mg/dL | SC |
| ENZYMES AND BILIRUBIN | | | | | |
| LACTATE DEHYDROGENASE (LDH) | 157 | | 100-250 | U/L | SC |
| AST (SGOT) | 16 | | 10-40 | U/L | SC |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 | mg/dL | SC |
| ALT (SGPT) | 15 | | 9-60 | U/L | SC |

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

GQ6107130    GORTON, CHARLES

(513)

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. 80295. Revised 3/07 SC2K - 10

Exhibit C-8



| Patient Name: | | | | | |
|---|---|---|---|---|---|

**GORTON, CHARLES**
Age/DOB: 49,04/30/1958
Sex: M  FASTING

CHART #: T43446
LOCATION: B8 140

Client 4309620   111011
**MULE CREEK STATE PRISON**
1:INFIRMARY/CLINICAL LAB
1:PO BOX 409099/4001 HWY 104
IONE, CA 95640
**LANZANO MD,**
209-274-4911 X 6912

Accession No.
GQ6107130
Collected: 07 06:45
Received: 06/21/07 12:30
Reported: 06/28/07 10:43
Re-reported:
Report Status: FINAL  Page: 2

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 93 | | 40-115 | U/L | SC |
| GGT | 16 | | 3-95 | U/L | SC |
| CHOLESTEROL, TOTAL | SC | 304 H | 125-200 | mg/dL | SC |
| TRIGLYCERIDES | | 373 H | <150 | mg/dL | SC |
| IRON, TOTAL | 51 | | 45-170 | mcg/dL | SC |

TOX SCREEN W/MARIJUANA, BLOOD
| | | | | | |
|---|---|---|---|---|---|
| NARCOTICS BLOOD | NONE DETECTED | | | | Q6 |
| AMPHETAMINES, BLOOD | NONE DETECTED | | | | Q6 |
| BARBITURATES, BLOOD | NONE DETECTED | | | | Q6 |
| PHENOTHIAZINE, BLOOD | NONE DETECTED | | | | Q6 |
| TRANQUILIZERS, BLOOD | NONE DETECTED | | | | Q6 |
| HYPNOTICS, BLOOD | NONE DETECTED | | | | Q6 |
| ANTIDEPRESSANTS, BLOOD | NONE DETECTED | | | | Q6 |
| ACETAMINOPHEN, SERUM | NONE DETECTED | | | | Q6 |
| DETECTION LIMIT 1 mg/L | | | | | |
| SALICYLATES, BLOOD | NONE DETECTED | | | | Q6 |
| ETHCHLORVYNOL | NONE DETECTED | | | | Q6 |
| MARIJUANA | | | | | Q6 |

```
** *********************************
* TEST NOT PERFORMED.           *
* SPECIMEN QUANTITY IS NOT      *
* SUFFICIENT TO PERFORM THE     *
* TEST REQUESTED.               *
* TEST HAS BEEN CANCELLED.      *
***********************************
```
| ADDITIONAL DRUGS | NONE DETECTED | | | | Q6 |

SCREEN INCLUDES:
NARCOTICS: Cocaine, Codeine, Meperidine, Methadone,
Propoxyphene, and Quinine.
AMPHETAMINES: Amphetamine.
BARBITURATES: Amobarbital, Butabarbital, Butalbital,
Pentobarbital, Phenobarbital, and Secobarbital.
PHENOTHIAZINES: Chlorpromazine, (Thorazine),
Mesoridazine, Perphenazine (Trilafon), Prochlor-
perazine (Compazine), Promazine (Sparine), Pro-
methazine (Phenergan), and Thioridazine (Mellaril).
TRANQUILIZERS: Alprazolam Chlordiazepoxide (Librium),
Clorazepate, Diazepam (Valium), Flurazepam,
Lorazepam, Meprobamate (Miltown), Methaqualone
(Quaalude), Nordiazepam, Oxazepam, and Prazepam.
HYPNOTICS: Ethchlorvynol (Placidyl), Glutethimide

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

GQ6107130   GORTON, CHARLES

**(5/2)**

Exhibit C-9



(408) 975-1000　　3714 Northgate Blvd.　　1 (916) 927-9900
(800) 288-8008　　Sacramento, CA 95834　　1 (800) 952-5555 CONTINUED REPORT

Quest Diagnostics
987 Mabury Road
San Jose, CA 95133

| | | |
|---|---|---|
| Patient Name: | Client:4309620　　111011<br>**MULE CREEK STATE PRISON** | Accession No.<br>GQ6107130 |
| **GORTON, CHARLES** | | Collected: 06:45 |
| Age/DOB: 49,04/30/1958 | INFIRMARY/CLINICAL LAB | Received: 06/21/07 12:30 |
| Sex: M　　FASTING | PO BOX 409099/4001 HWY 104 | Reported: 06/28/07 10:43 |
| | IONE, CA　95640 | Re-reported: |
| CHART #: T43446 | LANZANO MD, | Report Status: FINAL Page: 3 |
| LOCATION: B8 140 | 209-274-4911 X 6912 | |

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|

(Doriden), and Methaqualone (Quaalude).
ANTIDEPRESSANTS: Amitriptyline, Amoxapine, Desi-
pramine (Norpramin), Doxepin (Sinequan), Imipramine
(Tofranil), Loxapine, Maprotiline, Nortriptyline
(Aventyl), Trazodone, and Trimipramine.

ADDITIONAL DRUGS: Amantadine, Atropine,
Benzocaine, Benztropine, Biperiden, Bromodi-
phenhydramine, Brompheniramine, Carbamazepine,
Carbromal, Carisoprodol, Clonazepam, Chloroquine,
Chlorpheniramine, Chlorpropamide, Cimetidine,
Cyclobenzaprine, Diltiazem, Diphenhydramine, Diso-
pyramide, Doxylamine, Ephedrine, Haloperidol,
Hydroxyzine, Ibuprofen, Lidocaine, Mephenytoin,
Metaprolol, Dextromethorphan, Methapyriline,
Methylphenidate, Nifedipine, Orphenadrine, Penta-
zocine, Phencyclidine, Phenmetrazine, Phentermine,
Phenylpropanolamine, Phenytoin, Phenyltoloxamine,
Primidone, Procainamide, Procaine, Propranolol,
Propylhexadrine, Protriptyline, Pyribenzamine,
Pyrilamine, Quinidine, Scopolamine, Strychnine,
Theophylline, Thiothixene, Tocainide, Tolbutamide,
Tranylcypromine, Trimethobenzamide, Trimethoprim,
and Triprolidine.
PLEASE NOTE: Our ability to detect many drugs
depends upon their concentration in the blood.
If you indicate specific suspected drugs, we can
search for them at greater sensitivity.

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| THYROID PROFILE II<br>　T3 UPTAKE | 34 | | 22-35 | % | SC |
| 　T4 (THYROXINE) | | 3.5　L | 4.5-12.5 | mcg/dL | SC |
| 　FREE THYROXINE INDEX | | 1.2　L | 1.4-3.8 | | SC |
| TSH, (3RD GENERATION)<br>　TSH (HIGH SENSITIVITY) | 4.91 | | 0.40-5.50 | mIU/L | SC |
| CBC WITH DIFFERENTIAL (AUTOMATED)<br>　WHITE BLOOD COUNT | 6.2 | | 3.8-10.8 | Thousand/uL | SC |
| 　RED BLOOD COUNT | 4.21 | | 4.20-5.80 | Million/uL | SC |
| 　HEMOGLOBIN | 13.3 | | 13.2-17.1 | g/dL | SC |
| 　HEMATOCRIT | 38.8 | | 38.5-50.0 | % | SC |
| 　MCV | 92 | | 80.0-100.0 | fL | SC |
| 　MCH | 31.5 | | 27.0-33.0 | pg | SC |

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

GQ6107130　　GORTON, CHARLES

(511)



Quest
Diagnostics
967 Mabury Road
San Jose, CA 95133

(408) 975-1000
(800) 288-8008

3714 Northgate Blvd.
Sacramento, CA 95834

1 (916) 927-9900
1 (800) 952-5691

CONTINUED REPORT

| | | | |
|---|---|---|---|
| Patient Name: | Client:4309620 | 111011 | Accession No. |
| **GORTON, CHARLES** | **MULE CREEK STATE PRISON** | | **07130** |
| Age/DOB: 49,04/30/1958 | | | Collected: 6:45 |
| Sex: M FASTING | INFIRMARY/CLINICAL LAB | | Received: 06/21/07 12:30 |
| | PO BOX 409099/4001 HWY 104 | | Reported: 06/28/07 10:43 |
| CHART #: T43446 | IONE, CA 95640 | | Re-reported: |
| LOCATION: B8 140 | **LANZANO MD,** | | Report Status: FINAL Page: 4 |
| | 209-274-4911 X 6912 | | |

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| MCHC | 34.3 | | 32.0-36.0 | g/dL | SC |
| RED CELL DIST. WIDTH | 14.1 | | 11.0-15.0 | % | SC |
| DIFFERENTIAL TYPE | AUTO | | | | SC |
| NEUTROPHILS | 62 | | 45 - 75 | % | SC |
| LYMPHOCYTES | 28 | | 20 - 45 | % | SC |
| MONOCYTES | 8 | | 1 - 13 | % | SC |
| EOSINOPHILS | 3 | | 0 - 6 | % | SC |
| BASOPHILS | 0 | | 0 - 2 | % | SC |
| NEUTROPHILS (ABS VALUE) | 3.80 | | 1.500-7.800 | Thousand/uL | SC |
| LYMPHOCYTES (ABS VALUE) | 1.70 | | 0.850-3.900 | Thousand/uL | SC |
| MONOCYTES (ABS VALUE) | 0.50 | | 0.200-0.950 | Thousand/uL | SC |
| EOSINOPHILS (ABS VALUE) | 0.200 | | 0.015-0.550 | Thousand/uL | SC |
| BASOPHILS (ABS VALUE) | 0.000 | | 0.000-0.200 | Thousand/uL | SC |
| PLATELET COUNT | 241 | | 140-400 | Thousand/uL | SC |
| URINALYSIS, MACRO W/REFLEX TO MICRO | | | | | |
| SPECIFIC GRAVITY | 1.013 | | 1.001-1.035 | | SC |
| PH | 6.5 | | 5.0-8.0 | | SC |
| URINE-COLOR | YELLOW | | YELLOW | | SC |
| APPEARANCE | CLEAR | | CLEAR | | SC |
| WBC ESTERASE | NEGATIVE | | NEGATIVE | | SC |
| NITRITE | NEGATIVE | | NEGATIVE | | SC |
| PROTEIN | | 3+ * | NEGATIVE | | SC |
| GLUCOSE | NEGATIVE | | NEGATIVE | | SC |
| BILIRUBIN | NEGATIVE | | NEGATIVE | | SC |
| UROBILINOGEN | NORMAL | | NORMAL | | SC |
| KETONES | NEGATIVE | | NEGATIVE | | SC |
| HEMOGLOBIN | | 1+ * | NEGATIVE | | SC |
| URINE MICROSCOPIC | | | | | |
| WBC/HPF | 0-5 | | 0-5/hpf | | SC |
| RBC/HPF | | 20-40 * | 0-3/hpf | | SC |
| EPITHELIAL CELLS | NONE SEEN | | 0-5/hpf | | SC |
| BACTERIA | NONE SEEN | | NONE SEEN | | SC |
| PROSTATE SPECIFIC ANTIGEN (PSA) | | | | | |
| PSA (BAYER) | 0.3 | | < OR = 4.0 | ng/mL | SC |

PSA VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE USED
INTERCHANGEABLY. THIS ASSAY WAS PERFORMED USING THE BAYER
CHEMILUMINESCENCE METHOD STARTING ON AUGUST 2, 2004.

| VITAMIN B-12 | 218 | | 200-1100 | pg/mL | SC |

Please note: Athough the reference range for Vitamin B12 is 200-1100
pg/mL, it has been reported that between 5 and 10% of patients with

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

GQ6107130    GORTON, CHARLES

(510)

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. 80295. Revised 3/07. SC2K - 171

Exhibit C- //



CONTINUED REPORT

| Patient Name: | Client 4309620 | 111011 | | Accession No. |
|---|---|---|---|---|
| **GORTON, CHARLES** | **MULE CREEK STATE PRISON** | | | **GQ6107130** |
| Age/DOB: 49, 04/30/1958 | | | Collected: | 06:45 |
| Sex: M   FASTING | INFIRMARY/CLINICAL LAB | | Received: 06/21/07 | 12:30 |
| | PO BOX 409099/4001 HWY 104 | | Reported: 06/28/07 | 10:43 |
| CHART #: T43446 | IONE, CA 95640 | | Re-reported: | |
| LOCATION: B8 140 | **LANZANO MD,** | | Report Status: **FINAL** Page: | 5 |
| | 209-274-4911 X 6912 | | | |

| Test | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|

values between 200 and 400 pg/mL may experience neuropsychiatric and
hematologic abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

| FOLATES, SERUM | 11.4 | | SEE BELOW | ng/mL | SC |

|  |  |  | REFERENCE RANGES: | | |
|  |  |  | LOW: | <3.4 | |
|  |  |  | BORDERLINE: | 3.4-5.4 | |
|  |  |  | NORMAL: | >5.4 | |

| RPR/REFLEX TPPA | | | | | |
| RPR (STS), QUAL | NON-REACTIVE | | NON-REACTIVE | | SC |

PERFORMING SITE
----------------

Q6 - NICHOLS INSTITUTE , 14225 NEWBROOK DR, CHANTILLY, VA  20153
      NATHAN SHERMAN M.D., 1-800-336-3718
SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA  95834
      Gerald E. Simon, M.D., (800) 952-5691

LAST PAGE OF REPORT

GQ6107130    GORTON, CHARLES

(509)

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. ©Quest Diagnostics Incorporated. All rights reserved. 80293. Revised 3/03 FORM  155

Exhibit C-12

PATIENT INFORMATION
**GORTON, CHARLES**

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1958  Age: 50
GENDER: M

REPORT STATUS **Final**

ORDERING PHYSICIAN
**NASEER**
CLIENT INFORMATION
4309620
MULE CREEK STATE PRISON
INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA 95640

SPECIMEN INFORMATION
SPECIMEN: GR5631521
REQUISITION: 20581
LAB REF NO: B9130U

ID: T43446
PHONE: NOT GIVEN

COLLECTED: 05/07/2008  06:20 and
RECEIVED: 05/07/2008  23:00
REPORTED: 05/08/2008  09:34

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| *REPORT COMMENTS | SEE NOTE FASTING | | | SC |
| COMPREHENSIVE METABOLIC PANEL | | | | SC |
| SODIUM, SERUM | 141 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE, SERUM | 104 | | 98-110 mmol/L | |
| CARBON DIOXIDE (CO2) | 21 | | 16-26 mmol/L | |
| UREA NITROGEN, BLOOD (BUN) | 24 | | 7-25 mg/dL | |
| CREATININE, SERUM | | 2.05 H | 0.50-1.30 mg/dL | |
| GLUCOSE | 92 | | 65-99 mg/dL | |
| CALCIUM, SERUM | | 8.2 L | 8.6-10.2 mg/dL | |
| TOTAL PROTEIN | | 4.2 L | 6.2-8.3 g/dL | |
| ALBUMIN | | 2.1 L | 3.6-5.1 g/dL | |
| GLOBULIN, TOTAL | 2.1 | | 2.1-3.7 g/dL | |
| A/G RATIO | 1.0 | | 1.0-2.1 ratio | |
| AST (SGOT) | 22 | | 10-35 U/L | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALT (SGPT) | 17 | | 9-60 U/L | |
| ALKALINE PHOSPHATASE | 61 | | 40-115 U/L | |
| eGFR | | 35 L | SEE BELOW | |

REFERENCE RANGE:  > = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

| LIPID PROFILE | | | | SC |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | | 233 H | 125-200 mg/dL | |
| TRIGLYCERIDES | | 166 H | <150 mg/dL | |
| VLDL CHOLESTEROL (CALCULATED) | 33 | | 5 - 40 mg/dL | |
| LDL CHOLESTEROL (CALCULATED) | | 140 H | mg/dL | |

DESIRABLE RANGE <100 mg/dL FOR PATIENTS
WITH CHD OR DIABETES AND <70 mg/dL FOR
DIABETIC PATIENTS WITH KNOWN HEART
DISEASE.

| CHOLESTEROL, HDL | 60 | | >40 mg/dL | |
|---|---|---|---|---|
| CHOLESTEROL/HDL RATIO | 3.9 | | < OR = 5.0 | |
| | | CARDIAC RISK FACTOR: | BELOW AVERAGE RISK | |
| LDL/HDL RATIO | 2.33 | | SEE NOTE | |

Reference Range: AV.RISK 2.25-4.90
AVERAGE RISK

GORTON, CHARLES - GR5631521

**Exhibit C- 13**

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN

DOB: 04/30/1958  Age: 50   **NASEER**
GENDER: M
REPORTED:   05/08/2008   09:34      ID: T43446
COLLECTED:  05/07/2008   06:20

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | SC |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | |
| WHITE BLOOD COUNT | 6.8 | | 3.8-10.8 Thousand/uL | |
| **RED BLOOD COUNT** | | 3.44 L | 4.20-5.80 Million/uL | |
| **HEMOGLOBIN** | | 11.2 L | 13.2-17.1 g/dL | |
| **HEMATOCRIT** | | 31.3 L | 38.5-50.0 % | |
| MCV | 91 | | 80.0-100.0 fL | |
| MCH | 32.5 | | 27.0-33.0 pg | |
| MCHC | 35.6 | | 32.0-36.0 g/dL | |
| RED CELL DIST. WIDTH | 13.8 | | 11.0-15.0 % | |
| NEUTROPHILS | 59 | | 45 – 75 % | |
| LYMPHOCYTES | 29 | | 20 – 45 % | |
| MONOCYTES | 8 | | 1 – 13 % | |
| EOSINOPHILS | 3 | | 0 – 6 % | |
| BASOPHILS | 1 | | 0 – 2 % | |
| NEUTROPHILS (ABS VALUE) | 4012 | | 1500-7800 Cells/mcL | |
| LYMPHOCYTES (ABS VALUE) | 1972 | | 850-3900 Cells/mcL | |
| MONOCYTES (ABS VALUE) | 544 | | 200-950 Cells/mcL | |
| EOSINOPHILS (ABS VALUE) | 204 | | 15-550 Cells/mcL | |
| BASOPHILS (ABS VALUE) | 68 | | 0-200 Cells/mcL | |
| PLATELET COUNT | 233 | | 140-400 Thousand/uL | |
| DIFFERENTIAL TYPE | AUTO | | | |
| | | | | SC |
| URINALYSIS, COMPLETE W/MICROSCOPIC | | | | |
| SPECIFIC GRAVITY | 1.014 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| URINE-COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| WBC ESTERASE | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| **PROTEIN** | | 3+ | NEGATIVE | |
| **GLUCOSE** | | 1+ | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| UROBILINOGEN | NORMAL | | NORMAL | |
| KETONES | NEGATIVE | | NEGATIVE | |
| **HEMOGLOBIN** | | 2+ | NEGATIVE | |
| WBC | NONE SEEN | | 0 – 5 per hpf | |
| RBC | NONE SEEN | | 0 – 3 per hpf | |
| EPITHELIAL CELLS | 0-5 | | 0 – 5 per hpf | |
| RENAL EPITHELIAL | NONE SEEN | | NONE SEEN | |
| BACTERIA | NONE SEEN | | NONE SEEN | |
| **MUCUS** | | MODERATE | NONE SEEN | |
| HYALINE CASTS | 0-5 | | NONE SEEN | |
| GRANULAR CASTS | NONE SEEN | | NONE SEEN | |
| YEAST | NONE SEEN | | NONE SEEN | |
| CRYSTALS | NONE SEEN | | NONE SEEN | |
| | | | | SC |
| TSH, (3RD GENERATION) | | | | |
| TSH (HIGH SENSITIVITY) | 3.54 | | 0.40-4.50 mIU/L | |
| | | | ***NOTE NEW REFERENCE RANGE*** | |

Exhibit C-14



Quest Diagnostics Incorporated

PATIENT INFORMATION
**GURTON, CHARLES**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: 04/30/1958  Age: 50
GENDER: M

ORDERING PHYSICIAN
**HASHIMOTO**
CLIENT INFORMATION
4309620
MULE CREEK STATE PRISON
INFIRMARY/CLINICAL LAB
PO BOX 409099/4001 HWY 104
IONE, CA  95640

SPECIMEN INFORMATION
SPECIMEN:  GV0516447
REQUISITION: 25640
LAB REF NO:  B10 116L

ID: T43446

COLLECTED:  10/09/2008  06:12
RECEIVED:   10/09/2008  23:00
REPORTED:   10/10/2008  08:04

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ELECTROLYTES WITHOUT CO2 | | | | GC |
| SODIUM, SERUM | 137 | | 135-146 mmol/L | |
| POTASSIUM, SERUM | 3.5 | | 3.5-5.3 mmol/L | |
| **CHLORIDE, SERUM** | | 94 L | 98-110 mmol/L | |
| CHEMISTRIES | | | | GC |
| **UREA NITROGEN, BLOOD (BUN)** | | 29 H | 7-25 mg/dL | |
| **CREATININE, SERUM** | | 1.31 H | 0.50-1.30 mg/dL | |
| **CALCIUM, SERUM** | | 8.5 L | 8.6-10.2 mg/dL | |
| PHOSPHORUS, SERUM | 3.7 | | 2.5-4.5 mg/dL | |
| URIC ACID, SERUM | 7.1 | | 4.0-8.0 mg/dL | |
| **TOTAL PROTEIN** | | 4.7 L | 6.2-8.3 g/dL | |
| **ALBUMIN** | | 2.6 L | 3.6-5.1 g/dL | |
| GLOBULIN, TOTAL | 2.1 | | 2.1-3.7 g/dL | |
| A/G RATIO | 1.2 | | 1.0-2.1 ratio | |
| **eGFR** | | 58 L | SEE BELOW | |

REFERENCE RANGE:    > = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 88 | | 65-99 mg/dL | GC |
| GGT | 26 | | 3-95 U/L | GC |
| ENZYMES AND BILIRUBIN | | | | GC |
| **LACTATE DEHYDROGENASE (LDH)** | | 266 H | 120-250 U/L | |
| | | | ***NOTE NEW REFERENCE RANGE*** | |
| AST (SGOT) | 19 | | 10-35 U/L | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALT (SGPT) | 22 | | 9-60 U/L | |
| ALKALINE PHOSPHATASE | 52 | | 40-115 U/L | |
| **CHOLESTEROL, TOTAL** | | 299 H | 125-200 mg/dL | GC |
| **TRIGLYCERIDES** | | 288 H | <150 mg/dL | GC |
| IRON, TOTAL | 108 | | 45-160 mcg/dL | GC |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | GC |
| **WHITE BLOOD COUNT** | | 12.8 H | 3.8-10.8 Thousand/uL | |
| **RED BLOOD COUNT** | | 3.77 L | 4.20-5.80 Million/uL | |
| **HEMOGLOBIN** | | 12.5 L | 13.2-17.1 g/dL | |
| **HEMATOCRIT** | | 35.8 L | 38.5-50.0 % | |
| MCV | 95 | | 80.0-100.0 fL | |
| **MCH** | | 33.2 H | 27.0-33.0 pg | |
| MCHC | 35.1 | | 32.0-36.0 g/dL | |

10/10/08

Flu Mush R.sh

GURTON, CHARLES - GV0516447

Page 1 - Continued on Page 2

**Exhibit C-15**



## Quest Diagnostics Incorporated

PATIENT INFORMATION
**GURTON, CHARLES**

QUEST DIAGNOSTICS INCORPORATED

REPORTED:   10/10/2008   08:04
COLLECTED:  10/09/2008   06:12

DOB: 04/30/1958  Age: 50
GENDER: M
ID: T43446

REPORT STATUS **Final**

ORDERING PHYSICIAN
**HASHIMOTO**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC WITH DIFFERENTIAL (AUTOMATED) | (Continued) | | | |
| RED CELL DIST. WIDTH | 15.0 | | 11.0-15.0 % | |
| NEUTROPHILS | 73 | | 45 - 75 % | |
| LYMPHOCYTES | 21 | | 20 - 45 % | |
| MONOCYTES | 6 | | 1 - 13 % | |
| EOSINOPHILS | 1 | | 0 - 7 % | |
| BASOPHILS | 0 | | 0 - 2 % | |
| NEUTROPHILS (ABS VALUE) | | 9344 H | 1500-7800 Cells/mcL | |
| LYMPHOCYTES (ABS VALUE) | 2688 | | 850-3900 Cells/mcL | |
| MONOCYTES (ABS VALUE) | 768 | | 200-950 Cells/mcL | |
| EOSINOPHILS (ABS VALUE) | 128 | | 15-550 Cells/mcL | |
| BASOPHILS (ABS VALUE) | 0 | | 0-200 Cells/mcL | |
| PLATELET COUNT | 251 | | 140-400 Thousand/uL | |
| DIFFERENTIAL TYPE | AUTO | | | |
| CREATININE, URINE | 59 | | 20-370 mg/dL | SC |
| MICROALBUMIN CONC. | | | | SC |
| MICROALBUMIN CONC. | | 3238 H | Less than 22 mg/L | |
| | VERIFIED BY REPEAT ANALYSIS | | | |
| ALB/CREAT. RATIO | | 5488.14 H | 0.0 - 29.0 mg/g creat | |

----------------------------------------------------------------------------

**Performing Laboratory Information:**

SC   Quest Diagnostics 3714 Northgate Boulevard Sacramento CA 95834 Laboratory Director: . . . . Simon, M.D.



10/10/08

EXHIBIT - "D"

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

APPE

Location: Institution/Parole Region

1. MCSP-D 227

Log No.

01-1185

Category

2.

2007 MAR 28 AM 9:20

2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Gorton, C. | T-43446 | VOC A/C - 828 | 87-135U |

A. Describe Problem: Today I was advised by medical staff that my Chloresterol level from my blood test is above

400. This level is dangerously high and could be the primary cause for the swelling in my legs. I feel

that the medical department is deliberately indifferent towards this serious condition, which is placing

me in danger of Stroke or Heart Attack.

PLEASE REFER TO ATTACHED APPEAL DATED: 2/15/07

Note: I received notice of follow up appointment from the Medical Department on: 3/9/07, due to blood test

result findings. But as of this date, no action has been taken, nor has medication been prescribed.

If you need more space, attach one additional sheet

B. Action Requested: I request that immediate attention be made concerning this and that I receive immediate

treatment and medication.

Inmate/Parolee Signature: Charles R Gorton          Date Submitted: 3/27/07

C. INFORMAL LEVEL (Date Received: 3-28-07)

Staff Response: I/M will be granted a decate in 2-3 wks.

Staff Signature: Bling LVN          Date Returned to Inmate: 4-19-07

D. FORMAL LEVEL:
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification Chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am still experiencing sever swelling within both legs, feet and left

hand. I was seen by Dr. Hopkins on 4/27/07, who confirmed I had high cholesterol and noted my sever swelling.

He admitted to me then that he had no idea what was causing this alarming condition but did completely change

all the medications prescribed by Dr. Houser on 2/27/07. As of this date I have had no relief from having taken

Signature: Chas R Gorton          Date Submitted: 5/8/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E. Inmate Claim

CDC Appeal Number:

8h 8 W 01 AM 202

First Level ☑ Granted ☐ P Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 5/17/07 Due Date: 6/28/07

Interviewed by: Nale. MD

Your are currently on midications recommended by Offsite clinicews. A referral For Nephrology has been initiated And Approved 5/30/07. I will request if this could be made sooner - remember this is all dependant on Availability of Appointments given to us by Outside Consuitants -

Staff Signature _____ Title PJ5 Date Completed 6/15/07 6/19

Division Head Approved _____ Title CPXT Returned

Signature _____ Date to Inmate 6/25/07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response

I am still suffering from severe swelling in my left hand & arm, as well as both feet and legs. I have not been seen by a Nephrology specialist as of this date. I fear that due to this delay that I suffer permanent damage to my vital organs.

Signature Charles R Stton Date Submitted 6/25/2007

Second Level ☐ Granted ☑ P Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned: 7-2-07 Due Date 7-25-07

☐ See Attached Letter

7.25c

Signature K. Mclean, Medical Appeals Date Completed 7-23-07

Warden/Superintendent Signature: _____ Date Returned to Inmate: 7-31-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Please refer to 2 page request "Directors Level 11 August 2007"

Signature Charles R Stton Date Submitted: 11 Aug 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☑ Granted ☐ P. Granted ☐ Denied ☐ Other _____

☑ See Attached Letter

Date: OCT 1 9 2007

CDC 302 (12/87)

Exhibit D-2

(continued: Formal Level #D) - [redacted] new medications which are merely an attempt to treat my edema symptoms.

I therefore request that I be referred to a specialist who will be able to diagnose, determine and prescribe treatment to treat the cause for this ailment.

re:  Inmate Appeal 602
     Log # MCSP-B-07-01183

Dear Sir/Ma'am:

I am writing you concerning a continuing serious medical condition I have and my inability to receive proper medical treatment at Mule Creek State Prison.

The medical condition I've been informed I have is Acute Niphrodic Syndrome. The medical doctors (P.A. Housley, Dr. Hawkins, Dr. Nale, & Dr. Lanzano) have each informed me that this condition poses serious medical risks and could be fatal if not dealt with in a timely manner.

These doctors have also stated that my 'whole-body adema' swelling which I'm experiencing is due to an unknown problem dealing directly with my kidneys. Stated that my kidneys are 'spilling' all my protein and there is extensive signs of red blood in my urine.

Last May 16, 2007, I was rushed to Doctor's Hospital in Manteca because I was experiencing chest pains and showed signs of complete renal failure.

I was at Manteca for 2 days (admitted 5/16, discharged 5/18) during which extensive blood tests and a 24 hour urine test was taken.    I was informed that the test result could take as much as 2 weeks to process before any results were known. I was discharged and sent back to Mule Creek.

On 21 May I was informed by MCSP medical staff that I had been referred for consult to a Niphorogist at U.C. Davis Medical Center (Sacramento), but the appointment wouldn't be until the later part of July.

On 27 July, I was transported to U.C. Davis and seen by a Doctor in Nephrology. Unfortunately, he informed me that because the prison had failed to send any of the Manteca test results, he wouldn't be able to start any diagnosis or treatment. He then ordered new blood tests to be drawn that day at UC Davis. He said that those results would take up to 5 days to process and then he would request a follow up appointment.

On August 1, I was seen by Dr. Nale (MCSP B-Yard Clinic) who offered no plan for treatment. When I informed him about the records problem at UC Davis, Dr. Nale looked through my medical records but also was unable to find any of the Manteca test results. He then called MCSP Central Medical Records Depart and spoke to someone named "Kelly". After informing her about the missing records, she apparently said that she would look into it.

On August 8, I again was seen my Dr. Nale, but he was surprised concerning that appointment because he hadn't requested it. I asked him about my test results, but he said he still hadn't received anything. I then asked about being rescheduled back to UC Davis, but he said he didn't know. Then he said that there wasn't anything he could do for me.

I informed him about a new condition I was experiencing, intense pain in the left gland area of my neck and I was obviously experiencing  a case of laryngitis. But after looking in my throat, Dr. Nale said my throat was fine and prescribed tylenol.

I have been experiencing this medical problem since last August. But due to these long delays in receiving proper medical care, I am in fear for my life. Enclosed you will find a copy of my on going Inmate Appeal. It is a written testament to the difficulties I'm experiencing.

Additionally as stated in the cover letter 'Memorandum' response to my Second Level Appeal, it is obvious that this prison considers my medical

Exhibit D-4

condition a low priority in contrast to the "approximately 4000 inmates" at this prison. It is also demonstrated through this response that they not only believe I have a need to be seen by a Neurologist, but that I have been receiving Insulin to treat my apparent case of **Diabetes**. I am not, nor never have been in need of Neurology, nor have I ever been treated for Diabetes.

I am therefore forwarding these documents to you and am begging for your involvement in my case. It should be pointed out that I have personally talked to 6 other Inmates on this yard, who are experiencing these same symptoms and have been seeking medical care. However, each of these Inmates have been transferred either to different institutions, or moved to other yards.

Not only am I concerned for my physical wellness, but I am also in pursuit of completing my Vocational Air Conditioning Trade School that I'm currently attending at Mule Creek. Hence I am very concerned that about writing you for fear of retaliation by also being extricated from my current program.

I am thus bringing this to your attention with hopes of your intervention.

Respectfully,

Charles Robert Gorton, T-43446

Mule Creek State Prison, B7-227U
P.O. Box - 409040
Ione, CA 95640-9040

# Memorandum

Date:     July 23, 2007 ·

To:       Gorton, T43446.
          B7 – 135 Up
          Mule Creek State Prison

Subject:  SECOND LEVEL APPEAL RESPONSE
          LOG NO.:      MCSP-B-07-01183

### ISSUE:

It is your position that you were advised by MCSP Medical Staff that your cholesterol level is above 400 points. You believe your high cholesterol is the reason for the swelling in your legs. You state that you feel the deliberate indifference from MCSP Medical Staff is placing you in danger of a stroke or heart attack.

You request in the appeal that you receive immediate attention concerning your high cholesterol and immediate treatment and medication.

INTERVIEWED BY:    Dr. Nale, June 15, 2007.

REGULATIONS:  The rules governing this issue are:

**California Code of Regulations, Title 15, Sections**
**CCR 3084.1.  Right to Appeal.**
**CCR 3350.  Provision of Medical Care and Definitions.**
**CCR 3350.1.  Medical Treatment/Service Exclusions.**
**CCR 3350.2.  Off-Site Health Care Treatment.**
**CCR 3352  Medical Authorization Review Committee.**
**CCR 3354.  Health Care Responsibilities and Limitations.**

Mr. Gorton, I fully understand your desire to be seen by a specialist as soon as possible, but you must realize that Mule Creek State Prison Medical Staff are providing healthcare services for approximately 4000 inmates. You should be aware that Mule Creek State Prison Medical Staff endeavors to provide appropriate medical care and treatment commensurate with the community standard of health services.

DECISION: The appeal is partially granted in part at the second formal level of review.

As Dr. Nale stated in the first formal level of review that a referral for an appointment to see a Neurologist was approved and he would request that the appointment be made for as soon as possible. Unfortunately, Mule Creek State Prison Medical Staff has no control over the scheduling of appointments by outside contractors.

Exhibit D- 6

Please be advised outside consultation requires a minimum of eight to twelve weeks to arrange due to transportation and scheduling requirements, with is consistent with community standards.

In the mean time chest, X-Rays were taken on May 1, 2007, an EKG on May 10, 2007, an appointment with Podiatry on May 21, 2007, at which time shoe insert lifts were issued. You were seen in Orthotics on July 16, 2007, and are scheduled for another visit on July 27, 2007. You are currently on insulin for the treatment of your diabetes

If you are dissatisfied, CCR 3354 ( c ) Private Consultation; allows for private consultation at the inmate's own expense, please review this section for more information.

Your name does not appear on the Equally Effective Communication to Inmates with Less than 4.0 T.A.B.E. Reading Score Memorandum.

You are advised that this issue may be submitted for a Director's Level of Review if desired.

B. WILLIAMS, MD
Health Care Manager
Mule Creek State Prison

C:    C-File
      Appeal File

Exhibit D-$\cancel{7}$

*Discontinued Drugs are Marked with* *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## T43446 GORTON, CHARLES

| START | STOP | Refill | DRUG | Sig | DR |
|-------|------|--------|------|-----|-----|
| 5/25/2007 | 11/21/2007 | Y | POTASSIUM CHLORIDE 10MEQ | TWO ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 5/25/2007 | 11/21/2007 | Y | ATORVASTATIN 20MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 5/25/2007 | 11/21/2007 | Y | LISINOPRIL 20MG TABLETS | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 5/25/2007 | 11/21/2007 | Y | FUROSEMIDE 80MG TAB | ONE ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 6/4/2007 | 7/4/2007* | N | ALBUTEROL INHAL.(WRK)17GM | 2 PUFFS EVERY 4 HOURS AS NEEDED | HOUSLEY,M/SMITH |
| 5/25/2007 | 6/24/2007* | Y | LISINOPRIL 20MG TABLETS | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 6/4/2007 | 6/24/2007* | N | HALLS SUGARFREE COUGH DRO | 1 EVERY 4 HOURS AS NEEDED FOR DRY COUGH | HOUSLEY,M/SMITH |
| 5/25/2007 | 6/24/2007* | Y | FUROSEMIDE 80MG TAB | ONE ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 5/25/2007 | 6/24/2007* | Y | POTASSIUM CHLORIDE 10MEQ | TWO ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 5/25/2007 | 6/24/2007* | Y | ATORVASTATIN 20MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 4/28/2007 | 5/17/2007* | N | FUROSEMIDE 20MG | ONE ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 4/28/2007 | 5/17/2007* | N | POTASSIUM CHLORIDE 10MEQ | ONE ORALLY TWICE DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 4/28/2007 | 5/17/2007* | N | ATORVASTATIN 20MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 4/28/2007 | 5/17/2007* | N | LISINOPRIL 10MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 4/28/2007 | 5/17/2007* | N | IBUPROFEN 800MG | 1 ORALLY TWICE DAILY (REQUEST REFILL) | HAWKINS, ROBERT |
| 3/8/2007 | 5/17/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT*"AUTO REFILL" | SMITH,DOUGLAS |
| 3/8/2007 | 5/17/2007* | N | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT*"AUTO REFILL" | SMITH,DOUGLAS |
| 5/7/2007 | 5/9/2007* | N | CHLORPHENIRAMINE 4MG | *GIVEN AS FLOORSTOCK PER NURSE PROTOCOL | RN,PROTOCOL |
| 3/8/2007 | 5/3/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT*"AUTO REFILL" | SMITH,DOUGLAS |
| 4/25/2007 | 4/28/2007* | N | POTASSIUM CHLORIDE 10MEQ | ONE ORALLY DAILY x7DAYS | NALE BORU,MD |
| 2/15/2007 | 4/28/2007* | N | ATENOLOL 25MG | ONE ORALLY DAILY "AUTO REFILL" | TODD/SMITH |
| 4/25/2007 | 4/28/2007* | N | FUROSEMIDE 20MG | ONE ORALLY DAILY x7DAYS | NALE BORU,MD |
| 3/1/2007 | 4/28/2007* | N | HYDROCHLOROTHIAZIDE 25MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 3/1/2007 | 4/26/2007* | Y | HYDROCHLOROTHIAZIDE 25MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 3/8/2007 | 4/19/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT*"AUTO REFILL" | SMITH,DOUGLAS |
| 3/1/2007 | 4/12/2007* | Y | HYDROCHLOROTHIAZIDE 25MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 2/15/2007 | 4/12/2007* | Y | ATENOLOL 25MG | ONE ORALLY DAILY "AUTO REFILL" | TODD/SMITH |
| 3/8/2007 | 4/5/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT*"AUTO REFILL" | SMITH,DOUGLAS |

Exhibit D-*8*

| START | STOP | Refill | D | Sig | DR |
|-------|------|--------|---|-----|-----|
| 3/1/2007 | 3/29/2007* | Y | HYDROCHLOROTHIAZIDE 25MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 3/8/2007 | 3/22/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT**AUTO REFILL* | SMITH,DOUGLAS |
| 2/15/2007 | 3/15/2007* | Y | ATENOLOL 25MG | ONE ORALLY DAILY "AUTO REFILL" | TODD/SMITH |
| 3/1/2007 | 3/15/2007* | Y | HYDROCHLOROTHIAZIDE 25MG | ONE ORALLY DAILY "AUTO REFILL" | HAWKINS, ROBERT |
| 2/16/2007 | 3/8/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT**AUTO REFILL* | SMITH,DOUGLAS |
| 2/16/2007 | 3/2/2007* | Y | *SERTRALINE 50MG* | ONE ORALLY DAILY EVERY MORNING*DOT**AUTO REFILL* | SMITH,DOUGLAS |
| 2/15/2007 | 3/1/2007* | N | HYDROCHLOROTHIAZIDE 12.5 | ONE ORALLY DAILY EVERY MORNING "AUTO REFILL" | TODD/SMITH |
| 2/16/2007 | 2/23/2007* | N | *BUSPIRONE 5MG* | ONE ORALLY DAILY AT BEDTIME*DOT**AUTO REFILL* | SMITH,DOUGLAS |
| 2/6/2007 | 2/16/2007* | N | *SERTRALINE 50MG* | ONE ORALLY EVERY EVENING *DOT* "AUTO REFILL" | SMITH,DOUGLAS |
| 2/6/2007 | 2/16/2007* | N | *SERTRALINE 50MG* | ONE ORALLY EVERY EVENING *DOT* "AUTO REFILL" | SMITH,DOUGLAS |

Printed Date: 7/20/2007
Rx File Date: 4/24/2006

Exhibit D- 9

*************************************************************************

**P74593 PATINO, ALDO**

| START | STOP | Refill | DRUG | Sig | DR |
|-------|------|--------|------|-----|-----|
| 7/6/2007 | 1/2/2008 | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 351 - 400 = 8 UNITS | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 301 - 350 = 6 UNITS | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 251 - 300 = 4 UNITS | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 200 - 250 = 2 UNITS | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | NOVOLIN 70/30 INS 10mL | 15 UNITS SQ EVERY MORNING HOLD (AM) IF BS< 60 *DOT* | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | LANTUS INSULIN 10ML | 43 UNITS SQ Q PM **DOT** | TODD/ SMITH |
| 7/6/2007 | 1/2/2008 | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS >401 =10 UNITS,CALL MD | TODD/ SMITH |
| 5/24/2007 | 11/20/2007 | N | GLUCOSAMINE/CHONDROITIN | 1 ORALLY THREE TIMES DAILY (REQUEST REFILL) | HOUSLEY,M/SMITH |
| 6/22/2007 | 7/6/2007* | N | LANTUS INSULIN 10ML | 40 UNITS SQ EVERY EVENING *DOT* | GALLOWAY,R P. |
| 6/22/2007 | 7/6/2007* | N | NOVOLIN 70/30 INS 10mL | 15 UNITS SQ EVERY MORNING HOLD AM IF BS <60 *DOT* | GALLOWAY,R.P |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 150 - 200 =2 UNITS | GALLOWAY,R.P. |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 201 - 250 =4 UNITS | GALLOWAY,R.P. |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 251 - 300 =6 UNITS | GALLOWAY,R.P. |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 301 - 350 =8 UNITS | GALLOWAY,R.P. |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS >401 =12 UNITS,CALL MD | GALLOWAY,R.P. |
| 6/22/2007 | 7/6/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 351 - 400 =10 UNITS | GALLOWAY,R.P. |
| 5/24/2007 | 6/25/2007* | N | GLUCOSAMINE/CHONDROITIN | 1 ORALLY THREE TIMES DAILY (REQUEST REFILL) | HOUSLEY,M/SMITH |
| 6/22/2007 | 6/23/2007* | N | NOVOLIN REGULAR INS 10mL | *GIVEN* 10 UNITS NOW IN TTA | GALLOWAY,R.P. |
| 5/24/2007 | 6/22/2007* | N | LANTUS INSULIN 10ML | 40 UNITS SQ EA EVENING **DOT** | HOUSLEY,M/SMITH |
| 3/8/2007 | 6/6/2007* | N | TOLNAFTATE 1% POWDER | APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED | NALE BORU,MD |
| 4/21/2007 | 6/2/2007* | N | NOVOLIN 70/30 INS 10mL | 15 UNITS SQ EVERY AM *DOT* | NALE BORU,MD |
| 4/21/2007 | 5/24/2007* | N | LANTUS INSULIN 10ML | 38 UNITS SQ EVERY PM *DOT* | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 351 - 400 =10 UNITS | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | NOVOLIN REGULAR INS 10mL | SQ 3x DAILY *DOT* | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 150 - 200 =2 UNITS | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 201 - 250 =4 UNITS | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 301 - 350 =8 UNITS | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS >401 = CALL MD | NALE BORU,MD |
| 4/6/2007 | 5/21/2007* | N | INSULIN REG-SLIDING SCALE | SLIDING SCALE *DOT* BS 251 - 300 =6 UNITS | NALE BORU,MD |

Exhibit D- *10*

| START | STOP | Refill | Dr | Sig | DR |
|-------|------|--------|-----|-----|-----|
| 4/11/2007 | 4/21/2007* | N | NOVOLIN NPH U100  10mL | 10 UNITS SQ Q AM **DOT** | NALE BORU,MD |
| 4/11/2007 | 4/21/2007* | N | LANTUS INSULIN  10ML | 32 UNITS SQ Q PM **DOT** | NALE BORU,MD |
| 4/6/2007 | 4/11/2007* | N | LANTUS INSULIN  10ML | 38 UNITS SQ EVERY EVENING *DOT* | NALE BORU,MD |
| 4/6/2007 | 4/11/2007* | N | NOVOLIN 70/30 INS  10mL | 15 UNITS SQ EVERY MORNING HOLD AM IF BS < 60 *DOT* | NALE BORU,MD |
| 3/8/2007 | 4/6/2007* | N | LANTUS INSULIN | 38 UNITS SQ Q PM **DOT** | NALE BORU,MD |
| 3/5/2007 | 3/8/2007* | N | LANTUS INSULIN | 36UNITS SQ EVERY EVENING *DOT* | NALE BORU,MD |

Printed Date: 7/25/2007
Rx File Date: 7/19/2007

Exhibit D-11

# DIRECTOR'S LEVEL APPEAL DECISION

Date: **OCT 1 9 2007**

In re:    Charles Gorton, T43446
          Mule Creek State Prison
          P.O. Box 409099
          Ione, CA 95640

IAB Case No.: 0705428            Local Log No.: MCSP-07-01183

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that on the date of his appeal, March 27, 2007, he was advised by medical staff that his cholesterol level from his blood test was above 400. The appellant claims that this level is dangerously high and could be the primary cause for the swelling in his legs. He feels that the medical department is deliberately indifferent towards this serious condition, which is placing him in danger of a stroke or heart attack. The appellant is requesting immediate treatment and medication for his high cholesterol.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the First Level of Review (FLR) indicated a referral for a nephrology consultation was approved on May 30, 2007. Dr. Nale stated that he initiated the scheduling to occur as soon as possible. Unfortunately, Mule Creek State Prison (MCSP) medical staff has no control over the scheduling of appointments by outside contractors. The appellant was advised that outside consultation requires a minimum of eight to twelve weeks to arrange due to transportation and scheduling requirements, which is consistent with community standards. The Second Level of Review (SLR) stated that chest x-rays were taken on May 1, an appointment with podiatry occurred on May 21, 2007 at which time shoe inserts were issued. The appellant was seen in orthotics on July 16, 2007 and is scheduled for another visit on July 27, 2007. He is currently on insulin for the treatment of his diabetes. The appellant was advised of California Code of Regulations, Title 15, Section (CCR) 3354(c) Private Consultation; allows for private consultation at the inmate's own expense. The appeal was granted in part at the Second Level of Review (SLR).

**III  DIRECTOR'S LEVEL DECISION:** Appeal is granted.

**A. FINDINGS:** The Director's Level of Review (DLR) reviewed the appellant's appeal complaint, the SLR response and contacted the MCSP medical staff for further information. At the DLR, the appellant stated that on July 27, 2007, he was transported to U.C. Davis Medical Center (UCDMC) and was seen by a nephrology specialist. Unfortunately, the specialist informed the appellant that because the prison had failed to send any of the Manteca test results, he would not be able to diagnose or start treatment. The specialist then ordered new blood tests to be drawn that day at UCDMC. He said that those results would take up to five days to process and he would request a follow-up appointment.    On October 9, 2007, K. McLean, Medical Appeals Coordinator, reported that the appellant has not been seen by the nephrologist since the July 27th appointment. His most recent laboratory draw was October 1, 2007, but results have not yet been received by the institution. In addition, K. McLean reports that there is no Unit Health Record (UHR) documentation indicating the appellant is diabetic. The appellant is in the Chronic Care Program for asthma and hypertension, but not diabetes. He was seen by his primary care physician on July 30, August 17, September 27, and is scheduled to be seen October 25 and November 28, 2007. The Medical Authorization Review committee reviewed the appellant's UHR in May 2007 and approved him for a nephrology consultation as soon as possible. A modification to the SLR is warranted to ensure the accuracy of the SLR regarding the appellant's diabetic condition and to ensure the appellant is seen by a nephrologists as soon as possible.



**B. BASIS FOR THE DECISION:**
CCR: 3350, 3354

**C. ORDER:** The MCSP shall ensure the appellant is seen by the nephrologist as soon as possible and the appropriate laboratory results are provided to ensure a diagnosis or treatment plan. The health care manager (HCM), or his designee, is directed to review the appellant's UHR to determine the accuracy of the SLR regarding the appellant being a diabetic and being on insulin. The institution is directed to modify the SLR to indicate correct findings based upon the HCM review.

This issue was discussed with Medical Services.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, MCSP
        Health Care Manager, MCSP
        Appeals Coordinator, MCSP
        Medical Appeals Analyst, MCSP

# EXHIBIT – "E"

## SUBJECTIVE:

Chief Complaint: _Dizziness, HA_

Date and time of onset: _2/8 10:00 a.m._

History of current complaint: _c/o self c/o_

_# TN - Stopped taking_

_meds x 8 mths_

Pain: Scale of 0-10 (0=no pain 10=worst pain)

Area of pain: _Headaches_

Quality of pain: _6 (6)_

What makes it better? _____

History or chronic illness: _HTN_

_Depression_

Allergies: _∅_

Current medications: _See profile_

_attach_

## OBJECTIVE:

☑ Awake, ☑ alert, oriented to person, place, time

Vital signs: Temp _98.7_ Weight: _____ Resp: _18_

Pulse _60_ BP _____

in: ☐ Pink ☐ Pale ☐ Grey ☐ Cyanotic

Breath Sounds ☑ Clear bilaterally

☐ Wheezes ☐ Crackles ☐ Diminished

☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor

Describe:

General Appearance: _appropriate_

_teary eyed, depressed_

HEENT _clear_

Mental Status/Neuro: _Refuse to take_

Cardiovascular: _Scoliosis at PM_

Abdomen: _causing insomnia_

Extremities: _____

Skin: _W/O with good_

_turgor. flushed face._

## ASSESSMENT:

Complete by filling in a nursing diagnosis.

_Discomfort relating_

_to HTN_

## PLAN:

MD referral completed: (circle)   NO / YES If yes:

☐ STAT   ☐ Urgent   ☑ Routine

Physician called (name / time) _____ CC

Physician responded (time) _____ 30-45d

Physician orders received ☑ yes ☐ no

## EDUCATION:

① _Return to clinic if dizzn_

↑ ② _Minimize activity_

_until stable_ ③ _Exercise_

☑ Advise patient to resubmit a Health Care Service _as toler_ Request Form (CDC 7362) if symptoms persist.

☑ Patient Health Care Education Forms given to patient: (specify)

☑ Patient verbalized understanding of instructions

☑ Education deferred due to patient condition

## DISPOSITION

Time released: _0715_

Condition on discharge: _____

☐ Returned to housing unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

☐ Physician clinic   ☐ RN clinic

☐ Referred to higher level of care: (specify)

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived (time) _____

Additional Comments: _By S—p -160/10_

_Standing 196/110_

_Lying 195/105_

_Referred to MD Started_

_on med._

_S. Odiase_

Registered Nurse's Signature

_Atenolol 25mg BD_

_HCTZ 25mg & BD_

_CCP HTN 30-45d_

**List Chronic Diseases:**

| (1) Asthma | (2) HTN | (3) |
|---|---|---|

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (if no pharmacy profile attached) and adherence since last visit:
Atenolol 25 mg qd, HTZ 12.5 mg qd, Ibuprofen 800 mg prn
Albuterol MDI

RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☒ No    SOB: ☐ Yes ☒ No    Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Asthma: # attacks since last visit? _3_    Seizure Disorder: # seizures since last visit: _____

# short acting beta agonist canisters in last month: _1_    Discussion: _____

# visits to ETA for asthma since last visit: _0_

# times awakening with asthma symptoms per week: _0_

Additional History: Uses albuterol in evenings before he runs - lasts up to 4 mo
continues a fluid retention. Drinking a lots of water

CCP compliance (e.g. diet, exercise, medications):
Changed his diet to low Na, cont. 3 miles daily / was 6 miles until

EXAM: HEENT/Neck: using beta blocker    Rectal: deferred

Heart: S₁S₂ no c/r/m    Neurological: flat affect

Lungs: clear    Other (specify): express concern re edema
wt 215

Abdomen: active BD

Extremities/Pulses: starting edema - lower ext
all normal below

Comments on BP or Glucose Monitoring:
BP 127/76 & 8P on 2/27/07 149/76
PF 850 - 630 - 600

**ASSESSMENT: Diagnoses**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. HTN - Edema | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. Atenolol asthma | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

Medications: see profile ↑ HTZ to 25 mg qd
Diagnostics: Chem 20, Lipid Panel, CBC,
Labs: .

Monitoring: ☐ BP / Frequency: (2 X day / week / month) X 5    ☐ Glucose / Frequency: ( X day / week / month )    ☐ Peak flow    ☐ Other:

Education provided: ☒ Nutrition  ☒ Exercise  ☐ Smoking  ☐ Test Results  ☒ Medication Management
☒ Other (specify): wt 215 @ 226 6 d/c  wt was 226 on 8/13/06 then on 2/1/06 at

Referral: ☐ Specialist (indicate type):    ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days  ☐ 30 Days  ☒ Other _14_ Days    ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE: Mary A Housley    DATE: 2/28/07

INSTITUTION: MCSP

Calf 17"®
       17¼"®
Thighs 22½"®
       22½"®

**CHRONIC CARE FOLLOW-UP VISIT**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gorten, C

T-43446

4/30/58    (197)



**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/28/07 | | (1) | CBC, Lipid panel, Chem 25, fasting |
| | | (2) | HTZ 25 mg qd × 60 days today please X |
| | | (3) | DC HTZ 12.5 mg |
| | | (4) | F/u clinic 2 who for wt + BP + edema |
| | | | Hourly eumssupc |
| | | | noted 2/28/07 |
| | | | 2/28/14 |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| Codine | mcSp | B1-136U |

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gordon, C
6
7-93446

**PHYSICIAN'S ORDERS**

CDC-7221-(2/00)
STATE OF CALIFORNIA      OSP 06 93416      DEPARTMENT OF CORRECTIONS

Exhibit E-3

| DATE | TIME | | | |
|------|------|--|--|--|
| 2/13/02 | 12:45 | mn line forcep asthma, feet swelles ~~~~ mu | | |

INSTITUTION
_IACSP_

HOUSING UNIT
_B1 - 136U_

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gorton, C
T- 4-344C

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

(195)

Exhibit E-4

**California Department of Corrections**

**Encounter Form: Inflammatory Skin Conditions/Rash**

Inst: MCSP

CDC# 143446  DOB _____  Date/Time 3/29/07

Name: Gordon

Fill in the blanks and check all that apply

**OBJECTIVE:**

☐ Infection or cellulites evidenced by/related to: _____

☐ Risk of infection as evidenced by / related to: _____

Chief Complaint: _____ Nipol

Date and time of onset: On gout

Pain: Scale of 0-10 (0=nopain 10=worst pain): ___ pain

Area of pain: _____

Quality of pain: _____

What makes it better? _____

Location of lesions: feet on HCT3 25 ___

Symptoms: ☐ Dyspnea ☐ SOB ☐ Swollen glands
☐ Itching ☐ Burning ☐ Fever ☐ Chills
☐ Malaise ☐ Dandruff ☐ Tenderness
☐ Cracking between fissures of hands/feet

Previous history: _____

Recent contact with:
☐ Weeds/Bushes ☐ Plants ☐ Sun ☐ Rubber/latex
☐ Detergents ☐ Chemicals ☐ Dyes ☐ Cement

Other _____

Hx. of minor trauma to skin (Bite-insect, animal, human; abrasion) _____

History of chronic illness ☐ Asthma ☐ Hay fever
☐ Allergic rhinitis ☐ Urticaria ☐ Arthritis

Other: _____

Family history of: ☐ Atopic dermatitis ☐ Psoriasis
Other: (describe) _____

Allergies: _____

Current medications: _____

**OBJECTIVE:**

☐ Awake, alert, oriented to person, place, time
Vital signs: B/P: 131/74 Pulse 76 Resp 20 Temp 97.8

Breath Sounds ☐ Clear bilaterally
☐ Wheezes ☐ Crackles ☐ Diminished
☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor
Describe: Bil lungs clear

Swelling: ☐ Lips ☐ Tongue ☐ Uvula

Skin lesions: Location;size; distribution; pattern: Slight
Bil lower extremity bclear

Area 1 ☐ Swelling ☐ Redness ☐ Red streaks
☐ Crusting ☐ Drainage ☐ Vesicles ☐ Nits
☐ Pustules ☐ Excoriation from scratching
☐ Fissuring ☐ Skin thickening
☐ Pigmentation changes

Describe: _____

Lymph nodes: ☐ Swelling ☐ Tenderness
Location: _____

**ASSESSMENT:**

Impaired skin integrity evidenced by/related to: _____
SKIN ASthma controlled

**PLAN:**

MD referral completed: (circle) NO / YES / If yes:

☐ STAT (History of skin trauma; lymphadenopathy, oozing skin lesions covered with a thin, light brown or honey-colored crust, or pruritic blisters filled with yellow or honey-colored fluid)

☐ Urgent ☐ Routine

Physician notified (name / time) _____

Physician responded (time) _____

**ECZEMA**
☐ Remove offending agent (describe): _____
☐ Hydrocortisone cream 1% TID PRN while symptoms persist

**URTICARIA (HIVES):**
☐ Use of non-prescription analgesic and purchased commissary medication discontinued
☐ Physician contacted to discuss discontinuation of additional medications.
☐ Diphenhydramine HCL 25mg caps 1-2 PO Q4-6 hours PRN itching while symptoms persist; not to exceed 12 caps in 24 hours
☐ Pt instructed to return to clinic if no improvement after 7 days

**TINEA PEDIS**
☐ Tolnaftate 1% cream: apply to area BID x 4 wks
☐ Pt instructed to return to clinic if no improvement after 7 days

**POISON OAK**
☐ Take a cool shower, with soap to remove toxin.
☐ Make sure to wash all clothing that came in contact with the plant.
☐ Calamine lotion, apply to affected areas BID PRN while symptoms persist.
☐ Diphenhydramine HCL 25mg caps 1-2 PO Q4-6 hours PRN itching while symptoms persist; not to exceed 12 caps in 24 hours
☐ Hydrocortisone cream 1%: apply to affected area while symptoms persist no more than 3-4 times/day.
☐ Pt instructed to return to clinic if no improvement after 7 days

S. Odisell
Signature / Title

(208B)
8/05

INFLAMMATORY SKIN CONDITIONS/RASH

Exhibit E-5

**Encounter Form: Inflammatory Skin Conditions/Rash**

Inst: MCSP

Name: Gorton    CDC# T43446 DOB ____    Date/Time 3/29/07

*Fill in the blanks and check all that apply*

**DRY FLAKY SKIN:**
- ☐ Recommend mild soap (Dove)
- ☐ OTC lotions PRN to affected areas
- ☐ Treatment given per RN Protocol: ____

**EDUCATION:**
Patient instructed in:
- ☒ Skin Care: ____
- ☒ Keep feet clean and dry, report secondary infection: ____
- ☒ Patient Health Care Education Forms given to patient: (specify) ____
- ☒ Resubmit a Health Care Service Request Form (CDC 7362) if condition does not improve; or ____
- ☒ Patient verbalized understanding of instructions

**DISPOSITION:**
- ☒ Time released ____
- Condition on release: ____
- ☒ Returned to housing unit
- ☐ Housing reassignment to: ____
- ☐ Referred for follow-up
  - ☐ Physician clinic    ☐ RN clinic
- ☐ Referred to higher level of care: (specify) ____

- Person/time contacted: ____
- Time/Mode of transfer: ____
- ERV contacted (time) ____
- ERV arrived (time) ____
- Additional Comments: ____

"S" worry about about lab result ↑ lipid

"O" Presented to Dr. Todd and Dr. Hawkin say I'm should be placed on MD line for evaluation

"A" ↑ lipid He HTN.

"P" MD line 4/2/07.

Signature / Title ____

| DATE | TIME | TTA note: |
|------|------|-----------|

4/25/04

**15 30** S. c/o chest pain x 3days; OFF and brief; at rest not listened by exertion - No previous hx. chest pain: H/A hypertension and LE edema. More concerned with edema and blood presults No 503 - No cough

O. NAD

Calm

(wht - clear (?) ; No reproducible chest discomfort

CV - Regular-slow. SEM I/6 at Apex

Abd- Benign

Edema 2+

EKG sinus bradycardia

A/P Chest pain. Atypical No Acute Δ's ~ F/h risk

B.1 mg edema - Add Wt. x 20~q + p.o. qd KCl 10meg T p.o. qd ) x 14 days

Schedule prod clinic 5/7/

⊙||ℓ>

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|-------------|------------------------------------------------------|
| MCSP | 61 -136U | |

Gorton; Charlie

T43440

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

(307)

Exhibit E-7

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/25/07 | | 1 | Motrin 200 mg ī p.o. qd X 18 mos |
| | 1530 | | Kcl 10 meg ī p.o. qd X 18 mos |
| | | | yard clinic 18 mos / |
| | | | |
| | | | MD Dunston |
| | | | |

ALLERGIES: Codeine

INSTITUTION: MCSP

ROOMAVING: B1-136 U

CDC NUMBER, NAME (LAST, FIRST, MI)

Gorton, Chaslio

T 43446

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 93459    DEPARTMENT OF CORRECTIONS

Exhibit E-8

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4-27-07 | | | MD appt for Hypertension, Asthma; lab/Massba |
| | | | ✓ 1. chest PA & LAT |
| | | | 2. BP checks 2× week × 12 week |
| CTP | | | 3. DC Atenolol 25 |
| CTU | | | 4. Lasix 20 → ÷ PO bid |
| EKG | | | × 30 day |
| K+ | | | 5. KCl 10 mg ÷ PO bid |
| | | | × 30 day |
| | | | 6. Lipitor 20 ÷ PO (XII) × 90 day |
| | | | 7. Weigh patient 2× / week |
| | | | × 12 week |
| | | | 8. DC HCTZ |
| | | | 9. Lisinopril 10 → ÷ PO XD |
| | | | × 30 day |
| | | | 10. Motrin 500 ÷ PO bid × 180 db |
| | | | ✓ 11. EKG |
| | | | ✓ 12. fasting Gl, Chem 25, lipid profile |
| | | | UA & urine Microalbumin |
| | | | ✓ 13. MD return in 1 week |

**ALLERGIES:** Codeine

| INSTITUTION | ROOM/WING |
|---|---|
| MCSP | B02-135↑ |

Noted 4-27-07 / 2N

CDC NUMBER, NAME (LAST, FIRST, MI)
Smassetfup

Confidential
client information
See W & I Code, Sections 4514 and
5328

T43446

Gorton, Charles

**PHYSICIAN'S ORDERS**

CDC 7221 (5/87)
STATE OF CALIFORNIA   OSP 05 93459   DEPARTMENT OF CORRECTIONS

POR 04-30-59 (310)

Exhibit E-7

**List Chronic Diseases:**

| (1) HTN | (2) CAD | (3) |

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications *(if no pharmacy profile attached)* and adherence since last visit: _EAD 2015_

_____

RN SIGNATURE

Complaints/Problems: (Discuss in space provided)
CV / Hypertension: Chest Pain: ☐ Yes ☒ No   SOB: ☐ Yes ☒ No   Diabetes Mellitus: # of hypoglycemic reactions since last visit: N/A
Asthma: # attacks since last visit?   Seizure Disorder: # seizures since last visit: N/A
  # short acting beta agonist canisters in last month: N/A   Discussion _____
  # visits to ETA for asthma since last visit:
  # times awakening with asthma symptoms per week:
Additional History: _____

CCP compliance *(e.g. diet, exercise, medications):*
_____

EXAM: HEENT/Neck: _____   Rectal: _____
Heart: _____   Neurological: _____
Lungs: _____   Other (specify): _____
Abdomen: _____   Comments on BP or Glucose Monitoring:
Extremities/Pulses: _____   _____

**ASSESSMENT: Diagnoses**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. HTN | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: _____
Diagnostics: _____
Labs: _____
Monitoring: ☒ BP / Frequency: _____ ( 2 X day / week / month)   ☐ Glucose / Frequency: _____ ( X day / week / month)   ☐ Peak flow   ☐ Other:
Education provided: ☐ Nutrition   ☒ Exercise   ☐ Smoking   ☒ Test Results   ☐ Medication Management
☐ Other (specify):

Referral: ☐ Specialist (indicate type):   ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days   ☒ 30 Days   ☒ Other: 7 Days   ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE: _____   DATE: 6/27/07

INSTITUTION: MCSP

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gorton, C.

T43446

**CHRONIC CARE FOLLOW-UP VISIT**

(3/1)

## NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5 / 8 / 15 | 07 | 1 | _____ PO _____ |
| | | 2 | _____ PO _____ |
| | | 3 | _____ STAT _____ per albumin |
| | | 4 | UA now |
| | | 5 | 24 urine for protein |
| | | 6 | ultrasound Kidneys |
| | | 7 | RFS nephrology |
| | | 8 | CXR effusion |
| | | | _____ CONSENT |

| ALLERGIES: codiens | INSTITUTION | ROOM/WING: |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gorton

T43440 (318)

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 93459          DEPARTMENT OF CORRECTIONS
Exhibit E-11

5/15/07 1130 ~~edema~~ SHOWIN

Consult PA by _____ from RN's line due to fluid retention - bil LE edema & ① arm & hand edema). ~~Seen at ___ GC 4/25/07 for CP~~ non cardiac/atypical was put on Lasix 20 mg + KCl 20 mEq × 7 days. Then saw yard clinic where Lasix + KCl were continued. ~~Since that time h has increased his dose of~~ ~~Lasix significant ↑ in the edema~~ ~~He also developed a cough which he says keeps him up at night~~

BP 102/87   HR 90   ↑ 10 lb since 4/29/07

Alert cooperative

Cor S₁ S₂ RRR

Pul sl wheeze RLL expiratory

~~Cr 2.3   Total 4.3   Albumin ↓ to 2.0 from 2.6 in 3/0~~

Bil 4+ edema lower ext & ① arm & hand

UA - microalbumin · 231↑        ~~BUN 10~~

~~Alb/creat 304.29↑~~        ~~creat 1.0~~

② ~~Nephrotic Acute Syndrome~~

~~slight nephrotic syndrome~~

~~urgent nephrology consult~~

To PA - Discussed c Dr Galloway re ER transfer

Gorton, C.

T43446

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | |
|------|------|---|
| 5/15/7 | 12:48 | *illegible handwritten notes* for consultation |
| 15D | 98 | |
| ZD | -P | |
| 98 | sat | |
| 16 | -P | |
| 98 | 4° | |

① - c/o Sob, fatigue, DOE & weakness x seven 0
wks / ? *illegible*. N x / ut. ↑ cough x 2 wks.

*(illegible handwritten lines)*

— θ urine dz noted, θ hx renal Dz
— θ fever, chills, night sweat ?

*(illegible line)*

② WAD — acc prod cough; resp distress.
— Neck — θ si JVD, θ thyromegaly or masses
— Chest. Mild *illegible*, CTA — MRK ē $^T/_{TT}$ Se
— Lungs — CTA — freq cough. /+ *illegible* dithere iu AAA
— Abd — u x, θ *illegible* θ *illegible* ; Ext θ *illegible* 6 TL /C.

*(illegible line)* 
*(illegible line)*

*(illegible line)*
*(illegible line)*

INSTITUTION
MCSP
HOUSING UNIT
B7 - 1291

ODC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gorton, C,
T43446
H-30-58

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

[321]

Exhibit E-13

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/15/07 | 13²⁶ | ① | DHM via C— |
| | | | M Colley (M) |
| 5/15/7 | 1352 | Noted RN) Pil Ranston RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Barton, C

T 43446

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

**List Chronic Diseases:**

| (1) htn | (2) asthma | (3) |
|---|---|---|

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (*if no pharmacy profile attached*) and adherence since last visit: _No injection_
_discharge records are available_

RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☒ No   SOB: ☒ Yes ☐ No   Diabetes Mellitus: # of hypoglycemic reactions since last visit:

Asthma: # attacks since last visit?   Seizure Disorder: # seizures since last visit:

   # short acting beta agonist canisters in last month:   Discussion:

   # visits to ETA for asthma since last visit:

   # times awakening with asthma symptoms per week:

Additional History

**CCP compliance** *(e.g. diet, exercise, medications):*

**EXAM: HEENT/Neck:**   Rectal:

Heart:   Neurological:

Lungs:   Other (specify):

Abdomen: left issue

Extremities/Pulses:

Comments on BP or Glucose Monitoring:

**ASSESSMENT:** Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ |
| 3. | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**PLAN:**

Medications: _refill_ ...............................................................................................

Diagnostics: ...............................................................................................

Labs: ...............................................................................................

Monitoring: ☐ BP / Frequency: ( ☐ X day / week / month)   ☐ Glucose / Frequency: ( ___ X day / week / month )   ☐ Peak flow ☒ Other:

Education provided: ☒ Nutrition ☒ Exercise ☐ Smoking ☒ Test Results ☒ Medication Management
☐ Other (specify):

Referral: ☒ Specialist (indicate type): ___   ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days   ☐ 30 Days   ☒ Other ___ Days   ☐ Discharge from CCP (specify):

| PROVIDER SIGNATURE | DATE 3/23/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|

INSTITUTION
MCSP

gorton

TU3446

(382)

**CHRONIC CARE**
**FOLLOW-UP VISIT**

CDC 7401 (03/02)   Exhibit E-15

| DATE | TIME | |
|------|------|---|
| 5/25/10 | 1500 | cc p flu htn asthma, labs, ekg, xray flu medical transport for eczema - allergies |

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T43446

Gorton

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

(381)

Exhibit E-16

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | | Physician's Order and Medication<br>(Orders must be dated, timed, and signed) |
|---|---|---|---|---|
| 5/25 | 9⁰⁰ | | 1. | *[illegible]* |
| | | | 2. | *[illegible]* once week |
| | | | | x 12 week |
| | | | 3. | *[illegible]* |
| | | | 4. | *[illegible]* per week |
| | | | 5. | *[illegible]* |
| | | | 6. | *[illegible]* /20 + PO qd |
| | | | 7. | *[illegible]* 20 + PO qd |
| | | | 8. | *[illegible]* 20 + PO bid |
| | | | 9. | *[illegible]* 80 + PO bid |
| | | | 10. | *[illegible]* |

*[handwritten notations including "5/25/07 @ 1045" and signature]*

ALLERGIES:   |   INSTITUTION   |   ROOM/WING

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

T43446

Gorton

**PHYSICIAN'S ORDERS**

(380)

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/1/07 | | 1 | CBC, Chem 25 Mon June 4 ASAP (Mon) |
| | | 2 | Please locate medical records from Montecha Hospital re Hospitalization 5/15 - 5/17 & place on medical record ASAP. |
| | | 3 | TED hose - keep on during waking hours). Thigh high - large witted Sen 1 |
| | | 4 | Albuterol MDI 2 p q 4° prn wheezing. |
| | | 5 | Cough drops 1 q 4° prn dry cough. X 90.0 d |

ALLERGIES:

INSTITUTION:

ROOM/WING:

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

gorton, C.

T43446

PHYSICIAN'S ORDERS

| DATE | TIME | |
|------|------|---|
| 5/6/07 | 1350 | mdlini: the nephrology consult _c_ lab draw — _qd_ ⊙ Cr now WNV |
| | | Patient was recently seen 7/30/07 for CCP. No response consult report due Ⴑ will be dealing |

INSTITUTION
CMCSP

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gorton

T43446

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

Exhibit E-19

(418)

(1)

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (*if no pharmacy profile attached*) and adherence since last visit: _Albuterol, Miracidin_
_insi X RCL Metylozone_

RN SIGNATURE

Complaints/Problems: (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☑ No    SOB: ☐ Yes ☐ No    Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Asthma: # attacks since last visit?    Seizure Disorder: # seizures since last visit: _____

  # short acting beta agonist canisters in last month:    Discussion: _____

  # visits to ETA for asthma since last visit:

  # times awakening with asthma symptoms per week:

Additional History: _1. m reporting shy in smelling i l, N- any/t_
_3 magnetic curmoder ren 1 oder d  ⊕ ≈ ⊗ ⊗ son_

CCP compliance (*e.g. diet, exercise, medications*): _____    LO 2 T 228-

EXAM: HEENT/Neck: _____    Rectal: _____    unul serybryy
                                                        + in Hypartis,
Heart: $S_1$-$S_2$ i gallop.    Neurological: _____    HiV congram A
Lungs: clear. i wheezes or ne   Other (specify): _____    weals, K 3·4 y
                                              ↑ TSH 5·76

Abdomen: _____    Comments on BP or Glucose Monitoring:

Extremities/Pulses: _____ 3 ⊗ up to    RB P 132 178.
_mist whe bruces_    PF 400

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. Negative _____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Asthma | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: ↑ crestor to 40 mg only
Diagnostics:
Labs: ✓ TSH free T4 & CMP. ✓ lipids in 2 months
Monitoring: ☐ BP / Frequency: _____ ☐ Glucose / Frequency: _____ ☐ Peak flow ☐ Other: _____
  ( ≥ X day / week / month)    ( ____ X day / week / month)
Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management
☐ Other (specify): _____ his phy monitory _____
Referral: ☑ Specialist (indicate type): _____    ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days    ☑ 30 Days    ☐ Other _____ Days    ☐ Discharge from CCP (specify): _____

PROVIDER SIGNATURE _____    DATE 12/4/07    CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

INSTITUTION    MCSP

HIGH RISK
CHRONIC CARE
FOLLOW-UP VISIT

T43446

Gorton, Charles

4/30/58

CDC 7402 (03/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

Exhibit E-20

(469)

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/4/07 | 1030 | | ① F/U HR Nephrotic syndrome 30 days |
| | | | ② F/U CCP HTN, with 90 days |
| | | | ③ ✓ CMP, TSH, Free T4 level |
| | | | ④ ✓ fasting lipid panel ē CMP in 2 months |
| | | | ⑤ BP ✓ 2x weekly x 3 months |

ALLERGIES: Codeine       INSTITUTION: MCSP       ROOM/WING: B9-147↑

CDC NUMBER, NAME (LAST, FIRST, MI)

Gorton, Charles
T43446

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

Exhibit E-21

(467)

List Chronic Diseases:

(1)

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (*if no pharmacy profile attached*) and adherence since last visit: _____
_____ *[handwritten, illegible]* ICCL _____

RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided).
CV / Hypertension: Chest Pain: ☐ Yes ☑ No  SOB: ☐ Yes ☑ No   Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Asthma: # attacks since last visit? _____   Seizure Disorder: # seizures since last visit: _____

# short acting beta agonist canisters in last month: _____   Discussion: *[handwritten]*

# visits to ETA for asthma since last visit: _____

# times awakening with asthma symptoms per week: _____

Additional History: *[handwritten, illegible]*

*[handwritten lines, illegible]*

CCP compliance (e.g. *diet, exercise, medications*): *[handwritten]*

**EXAM: HEENT/Neck:** *[handwritten]*   **Rectal:** *[handwritten]*

**Heart:** *[handwritten]*   **Neurological:** *[handwritten]*

**Lungs:**   **Other (specify):**

**Abdomen:**

**Extremities/Pulses:** *[handwritten]*

Comments on BP or Glucose Monitoring:
*[handwritten]* 187/72 P69

**ASSESSMENT:** Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. *[handwritten] Symptoms* | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ |
| 2. *Hyperlipidemia* | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 3. *PHx of Ca colon* | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**
**Medications:** *[handwritten]*

**Diagnostics:** .....................

**Labs:** *[handwritten]*

**Monitoring:** ☐ BP / Frequency: _____  ☐ Glucose / Frequency: _____  ☐ Peak flow  ☐ Other:
( _____ X day / week / month)  ( _____ X day / week / month)

**Education provided:** ☐ Nutrition  ☑ Exercise  ☐ Smoking  ☐ Test Results  ☑ Medication Management
☐ Other (specify): *[handwritten]*

**Referral:** ☑ Specialist (indicate type): _____   ☐ Other Chronic Care Program

**Interval to next visit:** ☐ 90 Days  ☑ 30 Days  ☐ Other _____ Days  ☐ Discharge from CCP (specify):

| PROVIDER SIGNATURE | DATE 3/4/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|

INSTITUTION

MCSP

~~HIGH RISK~~
~~CHRONIC CARE~~

**FOLLOW-UP VISIT**

T43446
Gorton, Charles
4/30/58

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 5/29/2008 | 1320 | | F/u for C-scope w/massr — |

Ptn or C-scope yesterday
Declined report — 1 small [...]
S: Abnin: file [...] removed
[...] T-colon. [...]
[...] [...]
please see [...] notes.

O: [...] J2S [...] 108/69 97

[...] negative smear
2° to [...]

A: [...] colonic [...]
[...] UCD negro [...]
start cellsept [...]

P: [...] prednisone [...]
[...] [...] x 2-3 [...]
[...] to [...] in [...]
[...] [...]

E: [...] prednisone will [...]
[...] [...]

INSTITUTION  Mule Creek State Prison, Ione

ROOM / WING  B 0900000000130U

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)
T43446
GORTON, CHARLES
4/30/1958

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Exhibit E-23

(657)

**CDC Drug Formulary**

NONFORMULARY DRUG REQUEST (CDC Form 7374)

TO BE COMPLETED BY PRESCRIBER:

1. This form must be completed before the pharmacy can acquire a nonformulary drug for dispensing.

2. A 24 to 48 hours advance notice may be required before approved nonformulary drug request items can be obtained by the pharmacy for dispensing. The pharmacy will notify the prescriber in all cases of delay.

3. A therapeutically equivalent agent may be available in the formulary. *Please call your pharmacist for assistance in making this determination.*

| | FROM (Physician, Dentist or other authorized prescriber): |
|---|---|
| TO: Chief Medical Officer<br>Chief Psychiatrist<br>Chair, Pharmacy Services Committee or<br>Chair, Pharmacy and Therapeutics Committee | Name: SAMIR MOSOM |
| | Signature:      Date: 5/29/18 |

The inmate named below has therapeutic requirements that cannot be met by currently available standard stock resources, therefore, the acquisition of the following agent(s) is requested:

| Patient's Name: | CDC Number: | Housing: |
|---|---|---|
| Gorton, Charles | T93446 | S9-130-U |

| Medication Requested: | Strength: | Dosage Form: |
|---|---|---|
| Cellsept 500mg P-O b.d. | | |

Indication: munberson g tamun longo mi d g

Expected Duration of Therapy: LXY

Formulary Medications Already Tried: Rec hy bed meghm ro logryl.

Reason(s) Why Formulary Medications Are Not Suitable:

AUTHORIZATION FOR ACQUISITION:

☐    APPROVED

☐    DISAPPROVED
Reasons for disapproval:

*FAXED TO PHARMACY*
*1/43/*

_____     Date
Chief Medical Officer/ Chief Psychiatrist/
Chair of Pharmacy Services Committee / Pharmacy and Therapeutics Committee

85

January 2002

Exhibit E-24

(654)

# EXHIBIT — "F"

```
  5/18/07                           DOCTORS HOSP OF MANTECA              ADMISSION
  07:44:47                        1205 E NORTH ST MANTECA       CA 95336  RECORD-F(
**      **      *            *        *              *       **            **
    PATIENT NO: 009954694       ADMIT DT/TIME:  5/15/07 23:20  M/R NO: 000306355
  NS/RM/BED/ACM: CU  201 A  01                              FILING MR#:    306355
                                 DISCH DT/TIME:  5/17/07 14:10         BY: AUTO
  PATIENT NAME: GORTON, CHARLES                                     TITLE:
  MAILING ADDR: PO BOX 409099              SOCIAL SECURITY: 000000001
    CITY/STATE: IONE             CA  95640 9099       PHONE: (209) 274-4911
  PHYSICAL ADR: NO ADA                     NPP: 2.0 DATE: 12/08/03
    CITY/STATE: 5/16/07          CA                  PHONE: (   )
    OCCUPATION: INMATE                            LANGUAGE: EN           FC: 81
           POB: T43446           ADMT PHYS:   168- KHAN ABDUL W       HSV: 10
           DOB: 4/30/1958    ADMT PHYS PHONE: (209) 823-7646 RLG: NP PAR:
           AGE: 49 Y             ATTEND PHYS:  168- KHAN ABDUL W        MS: U
           SEX: M  REF PHY:  168-KHAN ABDUL W      PHN: 209 823-7646  SMK: N
          RACE: 1       FATHER'S DOB:          MOTHER'S DOB:           PT: 1
       REF SRC:                  FLAG:                                VAL:N
========================================================================
  EMER CONTACT: NONE PT AN INMATE                       REL: UNKNOWN
       ADDRESS: PO BOX 409099                         PHONE: (209) 274-4911
    CITY/STATE: IONE             CA  95640 9099
  NEAREST RELT: NONE PT AN INMATE                       REL: UNKNOWN
       ADDRESS:                                       PHONE: (   )
    CITY/STATE:                              RESEARCH ID:
========================================================================
     GUARANTOR: GORTON, CHARLES                          REL: SELF
     ADDRESS 1: PO BOX 409099                          PHONE: (209) 274-4911
     ADDRESS 2:                              SOCIAL SECURITY: 000000001
  CTY/STE/ZIP: IONE             CA  95640 9099 OCC:INMATE        AF:
  PAYOR NAME 1: CA MULE CREEK STATE      INS. PLAN ID: AAF3Q SRV/TYPE: ALLIP
    PLAN NAME: STATE OF CA/MULE CREEK STATE PRISON IPA:
  BILL C/O NAME: CENTRAL VALLEY REGIONAL    AUTH #:
  BILL ADDRESS: PO BOX 4147               CERT-SSN-HIC-ID#: T43446
  CTY/STE/CNTRY: STOCKTON       CA  95204 0000  BILL PHONE: (209) 948-7123
  BILLING NAME: ATTN CLAIMS                       GP #:
      INSURED: GORTON, CHARLES                  SEX/REL: M SELF
     EMPLOYER: INMATE/MSP            MSP:     TRACKING#:
      ADDRESS: PO BOX 409099                  EMP PHONE: (209) 274-4911
    CITY/STATE: IONE             CA  95640             ESC:    9
  PAYOR NAME 2:                            INS. PLAN ID:
    PLAN NAME:
  BILL C/O NAME:                           CERT-SSN-HIC-ID#:
  BILL ADDRESS:                            AUTH #:
  CTY/STE/CNTRY:                            BILL PHONE: (   ) 000-0000
  BILLING NAME:                                   GP #:
      INSURED:                               SEX/REL:
     EMPLOYER:                             TRACKING#:
      ADDRESS:                              EMP PHONE: (   ) 000-0000
    CITY/STATE:                                  ESC:
========================================================================
    SPAN CODE:                         PRIOR VISIT:
  FROM/TO DATE:                         PRIOR HOSPITAL:
  CONDITION CD      CONDITION CD     OCCURRENCE CD/DATE   OCCURRENCE CD/DATE
    38
                                  11    5/15/07
========================================================================
  CHIEF COMPLAINT DESCRIPTION:          ADMIT DIAGNOSIS CODE:   581.9
    HYPOPROTENEMIA/ NEPHROPATHY/ EDEMA/ HYPERTENSION
  COMMENTS: ER TO CORRECTION ADMIT AS ICU OVERFLOW PER NS ELIZABETH
            ALL FORMS SIGNED                CHART TO FLOOR
       ORIG-CHART  COPY 1-PHYSICIAN  COPY 2-LAB  COPY 3-RADIOLOGY
                    PRINTED BY: SHERRIL         DATE    11/11/2008
                          Exhibit F- /
```

DOCTORS HOSPITAL OF MANTECA
1205 East North Street
Manteca, CA 95336

DOB: 04/30/1958
HISTORY AND PHYSICAL

PT: CHARLES GORTON
MR#: 000306355 DHM
PT: 1 RM: CU0201A
ADM: 05/15/2007  DIS:
ACCT: 9954694 AUTH ID: 0941
0941 Khan

HEENT: Pupils equal, round, reactive to light and accommodation. Extraocular muscles intact. No jugular venous distention. No adenopathy. Clear oropharynx. Bilateral external auditory canals are clear.

CHEST: Clear to auscultation.

HEART: Regular rate.

ABDOMEN: Benign.

EXTREMITIES: No clubbing or cyanosis, +1 lower extremity edema.

NEUROLOGIC: Grossly intact. Nonfocal.

LABORATORY DATA
Labs on admission: Pending.

ASSESSMENT AND PLAN
1.  This 49-year-old patient with obvious edema of the feet. Of concern is possibly a nephrotic type of syndrome due to low albumin levels, which were noted by outside lab work-up. The patient will likely need a nephrologist and/or a GI physician for discussion of low protein albumin levels as possibly a causative factor and/or a questionable nephrotic type of syndrome. His edema is responsive to diuretics and will continue to be used.
2.  Hyperlipidemia. Will continue current medication regimen.

3.  Hypertension, stable at this point.
4.  Depression, stable.

Abdul W. Khan, MD

AWK/JLG/464007
D: 05/16/2007 19:47
T: 05/16/2007 22:06
JOB #: 46455354

Authenticated by Abdul Khan, M.D. On 5/18/2007 2:34:50 PM
PRINTED BY: SHERRIL                    DATE        11/11/2008
Exhibit F-2

DOCTORS HOSPITAL OF MANTECA    PT: CHARLES GORTON
1205 East North Street         MR#: 000306355 DHM
Manteca, CA 95336              PT: 1 RM: CU0201A
                               ADM: 05/15/2007  DIS:
                               ACCT: 9954694 AUTH ID: 0941
DOB: 04/30/1958                0941 Khan
DISCHARGE SUMMARY

ADMITTING DIAGNOSES
1. Nephrotic syndrome.
2. Edema.
3. Hypertension.
4. Hyperlipidemia.
5. Depression/anxiety.

DISCHARGE DIAGNOSES
1. Nephrotic syndrome.
2. Edema.
3. Hypertension.
4. Hyperlipidemia.
5. Depression/anxiety.

HOSPITAL COURSE

A 49-year-old male presents with low protein albumin levels with
history of edema. Of concern was possible nephrotic-based
nephritis syndrome. That was of concern. The case was discussed
with a nephrologist and routine labs were ordered. It takes some
time for those to come back. At this point patient was stable
without any issues. The patient has done well during hospital
stay. He is anxious to go back. The case as discussed with
nephrologist shows that patient likely has nephritis with
possible nephrotic syndrome. He does show that he has good renal
function, low protein levels although his cholesterol level is
high, pushing towards a nephrotic-type of syndrome. His renal
function seems apparently to be doing well at this point. The
only treatment of choice at this point is diuretics using ACE
inhibitors as well. This does control the symptoms fairly good.

The patient's labs including ANA, C3 and 4, ASO, ANCA, anti-GBM
and other studies were done which took some time and will be
pending at this point.

The recommendation is to follow up if, obviously, abnormalities
are noted. Further reevaluation with a nephrologist may be
necessary as well as a renal biopsy. At this point since the
renal function is within limits, there is no further need for a
biopsy. ACE inhibitors and diuretics should control the
situation well. The patient's course otherwise was unremarkable.

ALLERGIES
CODEINE.

MEDICATIONS
Unchanged.

PAST MEDICAL HISTORY
Per history and physical.

Page 1

Exhibit P-3

DOCTORS HOSPITAL OF MANTECA    PT: CHARLES GORTON
1205 East North Street         MR#: 000306355 DHM
Manteca, CA 95336              PT: 1 RM: CU0201A
                               ADM: 05/15/2007  DIS:
                               ACCT: 9954694 AUTH ID: 0941
DOB: 04/30/1958                0941 Khan
DISCHARGE SUMMARY

FAMILY HISTORY
Per history and physical.

SOCIAL HISTORY
Per history and physical.

REVIEW OF SYSTEMS
Currently patient had no nausea or vomiting. No fever or chills.
No shortness of breath or chest pain. No current GI or GU
complaints.

PHYSICAL EXAMINATION
VITAL SIGNS: At discharge blood pressure 127/72, pulse 55,
respirations 18, temperature 99.1.

GENERAL: The patient in no acute distress.

HEENT: PERRLA. EOMI. No JVD. No adenopathy. Clear
oropharynx. Bilateral external auditory canals are clear.

CHEST: Clear to auscultation.

HEART: Regular rate.

ABDOMEN: Benign.

EXTREMITIES: No clubbing or cyanosis. Trace lower extremity
edema.

LABORATORY DATA
Labs on discharge were pending.

DISPOSITION/PROGNOSIS
1.    Nephritis. Likely nephrotic-type of syndrome due to the
            findings of the labs. I would recommend diuretic use
      and ACE inhibitor at this point. Following up on laboratory work
      up. If persistent _____ noted then likely biopsy and/or
      further evaluation through nephrologist may be necessary.
2.    Hypertension. Stable during his stay. Will continue
medication regimen.
3.    Depression/anxiety. Stable.
4.    Hyperlipidemia. Elevated cholesterol values have been
noted. Would recommend adjustment of medication regimen.

Page 2

**The following discharge instructions are provided by your physician. Please take this form and medication list to your next appointments.**

33720

| Discharge Date 5/17/07 | Time 1410 | Via ☐ Ambulatory ☒ Wheelchair ☐ Gurney | Accompanied by ☐ None ☐ Family/Friend ☐ Ambulance Attendants ☒ Other CDC OFFICER |

**Discharged to:** ☐ Home ☐ Skilled Nursing ☐ Assisted Living ☐ Rehabilitation
☐ Acute Hospital ☐ AMA ☐ Hospice ☒ Other CDC

**Name of Facility** _____ ☐ Interfacility transfer form completed.
**Belongings** ☐ With patient ☐ With family ☒ None ☐ Tracking record completed. ☐ Other _____
**Mode of Transportation:** ☐ Private vehicle ☐ Taxi/Van ☐ Ambulance ☒ Other CDC

*Bullet items (♦) are automatically implemented unless crossed out. Boxes are optional.*

**DIET:** ♦ Regular ☐ Diabetic diet ☐ Cardiac diet ☐ Low Sodium ☐ Other _____
☐ Copy of diet provided ☐ No alcohol intake ☐ Increase fluids to _____ ounces per day
☐ Restrict fluids to _____ ounces per day

**ACTIVITY:** ♦ No restrictions ☐ Increase gradually as tolerated ☐ No weight bearing _____ days
☐ No lifting _____ days ☐ Elevate extremity _____ hours per day
☐ NO DRIVING until __/__/__ . ☐ RETURN TO WORK __/__/__ .

**HYGIENE:** ♦ Shower ☐ Tub ☐ Sponge ☐ Sitz bath    **Bowel Care:** _____

**WOUND CARE:** ☐ Keep dry and clean ☐ Do not remove dressing ☐ Abdominal binder as needed
☐ May remove dressing after __/__/__ ☐ Other _____ ☐ N/A

**WEIGHT:** ♦ Daily for congestive heart failure and renal patients if weight gain is greater than
5 lbs. in one week or greater than 10 lbs. in a month notify your physician ☐ N/A

**MEDICATIONS:** ♦ Medication Reconciliation List given to patient ♦ Prescription given
**Consult your physician if you have questions about your medication.** ☐ No medication ordered

**INSTRUCTIONS GIVEN:** ♦ Smoking Cessation ☐ Heart Attack ☐ Heart Failure
☐ Pneumonia ☐ Food/drug interaction ☐ Other _____

**MAKE FOLLOW-UP APPOINTMENT WITH:**
Dr. _____ within _____ phone # _____
Dr. _____ within _____ phone # _____

**ADDITIONAL INSTRUCTIONS** _____
follow up with surgery lab results

| | | **Practitioner** _____ |

**Community Resource Referrals**
☐ Home Health Agency/Hospice _____ Phone _____
☐ Other _____ Phone _____

| DISCHARGE ... | | TRANSPORT ... |
| I have received and understand the discharge education provided including warning signs to watch for at home. | | I have reviewed discharge instructions and warning signs with patient and/or designee, and provided a written copy. |
| PATIENT SIGNATURE [signature] | DATE 5/17/07 | TIME 1410 | NURSE SIGNATURE Clemzago RN | DATE 5/17/07 | TIME 1350 |

TRC1085 (3-07)

IMMS # 33720

P A T I E N T  I D

GORTON, CHARLES 04/30/1958
ACCT# 9954694 05/15/2007 23:20
KHAN ABDUL W MR:000306355 M 48Y
DnM  RSV:10  FC:Financial/Class  PT:1

**DISCHARGE INSTRUCTIONS**
Page 1 of 2

**WHITE** - MEDICAL RECORD    **CANARY** - PATIENT    **PINK** - NURSING    **WHITE** - MEDICAL RECORD
PRINTED BY: SHERRIL    DATE    11/11/2008

Exhibit F-5

DOCTORS HOSPITAL OF MANTECA
Clinical Laboratory
1205 E. North St.
Manteca, CA 95336

Patient  : GURTON, CHARLES
Med Rec #: (0002)000306355
Loc./Room: EMERGENCY ROOM
Account #: 00009954694

Directors: Delta Pathology
           Associates        LABORATORY REPORT
Phone (209) 239-8320

D.O.B. :  04/30/1958
Age : 49 YRS   Sex : M
Physician: WOODBURY, JOHN B

```
****************************************  CHEMISTRY PROFILES  ****************************************
****************************************                    ****************************************
```

```
          DATE COLLECTED:  05/15/07
          TIME COLLECTED:  2005
PROCEDURE          UNITS                                                          REF RANGE

                                    ***** Chemistry Profiles *****

SODIUM             mmol/L        137                                              133-145
POTASSIUM          mmol/L        4.7                                              3.3-5.1
CHLORIDE           mmol/L        105                                              96-108
CO2                mmol/L        33H                                              26-31
GLUCOSE RANDOM     mg/dl         129H                                             70-105
CREATININE         mg/dl         1.1                                              0.7-1.2
BUN                mg/dl         13                                               6-20
TOTAL PROTEIN      gm/dl         4.2L                                             6.0-8.0
ALBUMIN            gm/dl         1.6L                                             3.2-5.2
CALCIUM            mg/dl         8.0L                                             8.4-10.2
BILIRUBIN TOTAL    mg/dl         0.2                                              0.0-1.2
ALK PHOS           U/L           84                                               40-129
SGOT/AST           U/L           28                                               10-34
SGPT/ALT           U/L           28                                               8-63
GLOBULIN           gm/dl         2.6                                              2.1-3.5
A/G RATIO                        0.6L                                             0.9-2.0
```

**Footnotes**
L = Low, H = High

Print Date/Time: 05/15/07 2031      Page: 1            *** Continued ***

          CHEM PROFILES

```
        DOCTORS HOSPITAL OF MANTECA              Patient  : GORTON, CHARLES
        Clinical Laboratory                      Med Rec #: (0002)000306355
        1205 E. North St.                        Loc./Room: EMERGENCY ROOM
        Manteca, CA 95336                        Account #: 00009954694
                                  FINAL
        Directors: Delta Pathology               D.O.B. :  04/30/1958
                   Associates     LABORATORY REPORT    Age : 49 YRS  Sex : M
        Phone (209) 239-8320                     Physician: WOODBURY, JOHN B
```

------------------------------------------------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

URINALYSIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
                DATE COLLECTED:  05/15/07
                TIME COLLECTED:  2120
        PROCEDURE   ·   UNITS                                      REF RANGE

                                       ***** Routine Urinalysis *****

        COLOR                     YELLOW
        APPEARANCE                HAZY
        SP GRAVITY                1.015
        PH                        6.0
        GLUCOSE        MG/DL      NEG                                  NEG
        BILIRUBIN                 NEG                                  NEG
        KETONES                   NEG                                  NEG
        BLOOD                     3+*                                  NEG
        PROTEIN        MG/DL      3+*                                  NEG
        UROBILINOGEN   EU/DL      NORM                                 <=1
        NITRITE                   NEG                                  NEG
        LEUKOCYTES                NEG                                  NEG

                                       ***** Microscopic *****

        RBC/HPF                   4-6
        SQ. EPITH.                2-4
        MUCUS                     1+
        AMOR CRYSTALS  MG/DL      1+
```

**Footnotes**

\* = Abnormal

------------------------------------------------------------------------------
```
Print Date/Time: 05/15/07 2139    Page: 1          *** End of Report ***
```
------------------------------------------------------------------------------

        URINALYSIS

Exhibit F- 7

(337)

DOCTORS HOSPITAL OF MANTECA
Clinical Laboratory
1205 E. North St.
Manteca, CA 95336
                              FINAL
Directors: Delta Pathology
          Associates      LABORATORY REPORT
Phone (209) 239-8320

Patient  : GORTON, CHARLES
Med Rec #: (0002)000306355
Loc./Room: EMERGENCY ROOM
Account #: 00009954694

D.O.B. :  04/30/1958
Age :  49 YRS   Sex :  M
Physician: WOODBURY, JOHN B

--------------------------------------------------------------------------------
************************************************************************
                              COAGULATION
************************************************************************

          DATE COLLECTED:  05/15/07
          TIME COLLECTED:  _2005_

| PROCEDURE | UNITS | | REF RANGE |
|-----------|-------|-------|-----------|

                              Coagulation *****

| PROCEDURE | UNITS | | REF RANGE |
|-----------|-------|-------|-----------|
| DDIMER QUANT | ng/ml | 270 | <   399 |

Exhibit F-8                                          (336)

DOCTORS HOSPITAL OF MANTECA
Clinical Laboratory
1205 E. North St.
Manteca, CA 95336

Patient  : GORTON, CHARLES
Med Rec #: (0002)000306355
Loc./Room: EMERGENCY ROOM
Account #: 00009954694

FINAL

Directors: Delta Pathology
           Associates          LABORATORY REPORT
Phone (209) 239-8320

D.O.B. :  04/30/1958
Age :  49 YRS   Sex :  M
Physician: WOODBURY, JOHN B

---

**********************************************************************************
HEMOGRAMS & COMPLETE BLOOD COUNTS
**********************************************************************************

|  | DATE COLLECTED: | 05/15/07 |  |
|---|---|---|---|
|  | TIME COLLECTED: | 2005 |  |
| PROCEDURE | UNITS |  | REF RANGE |

***** Hemograms *****

| PROCEDURE | UNITS | | REF RANGE |
|---|---|---|---|
| WBC X 10^3 | /cmm | 5.1 | 4.8-10.8 |
| RBC X 10^6 | /cmm | 4.17L | 4.70-6.10 |
| HGB | g/dl | 13.4L | 14.0-18.0 |
| HCT | % | 38.1L | 42.0-52.0 |
| MCV | fL | 91.3 | 80.0-94.0 |
| MCH | pg | 32.1H | 27.0-31.0 |
| MCHC | g/dL | 35.1 | 32.0-36.0 |
| RDW | % | 12.2 | 11.5-15.5 |
| PLT X 10^3 | cmm | 210 | 130-400 |
| MPV | fL | 7.7 | 7.4-10.4 |

***** Automated Differential *****

| PROCEDURE | UNITS | | REF RANGE |
|---|---|---|---|
| NEUTROPHILS | % | 61.5 | 43.0-65.0 |
| LYMPHOCYTES | % | 22.8 | 20.5-45.5 |
| MONOCYTES | % | 12.4H | 5.5-11.7 |
| EOSINOPHILS | % | 2.5 | 0.9-2.9 |
| BASOPHILS | % | 0.8 | 0.2-1.0 |
| NEUT X10^3 | /cmm | 3.2 | 1.4-6.5 |
| LYM X 10^3 | /cmm | 1.2 | 1.2-3.4 |
| MONO X10^3 | /cmm | 0.6 | 0.1-0.6 |
| EOS X 10^3 | /cmm | 0.1 | 0.0-0.7 |
| BASO X10^3 | /cmm | 0.0 | 0.0-0.2 |

**Footnotes**
L = Low, H = High

---

Print Date/Time: 05/15/07 2014     Page:  1          *** End of Report ***
----------------------------------------------------------------------------

HEMATOLOGY

Exhibit F-9                                                      (335)

LABORATORY REPORT -                    FINAL

DOCTORS HOSPITAL OF MANTECA                Patient  : GORTON, CHARLES
    Clinical Laboratory                    Med Rec #: (0002)000306355
    1205 E. North St.                      Loc./Room: CORRECTIONAL UNIT   0201 A
    Manteca, CA 95336                      Account #: 00009954694
Directors: Delta Pathology                 D.O.B. : 04/30/1958
           Associates                      Age  :  49 YRS Sex : M
    Phone (209) 239-8320                   Physician: KHAN ABDUL W
--------------------------------------------------------------------------------

*********************************************
ELECTROLYTE PROFILES, KETONES, OSMOLALITIES
*********************************************

                    COLLECTED DATE:      05/16/07 05/15/07
                    COLLECTED TIME:       0402     2005

PROCEDURE            UNITS                                              REF RANGE

***** Chemistry Profiles *****
SODIUM               mmol/L         137      137                      133-145
POTASSIUM            mmol/L         4.2      4.7                       3.3-5.1
CHLORIDE             mmol/L         105      105                       96-108
CO2                  mmol/L         30       33H                       26-31
GLUCOSE RANDOM       mg/dl          98      129H                       70-105
CREATININE           mg/dl          1.0      1.1                       0.7-1.2
BUN                  mg/dl          9        11                        6-20
TOTAL PROTEIN        gm/dl          4.0L     4.2L                      6.0-8.0
ALBUMIN              gm/dl          1.6L     1.6L                      3.2-5.2
CALCIUM              mg/dl          7.8L     8.0L                      8.4-10.2
BILIRUBIN TOTAL      mg/dl          0.3      0.2                       0.0-1.2
ALK PHOS             U/L            78       84                        40-129
SGOT/AST             U/L            27       28                        10-34
SGPT/ALT             U/L            26       28                        8-63
GLOBULIN             gm/dl          2.4      2.6                       2.1-3.5
A/G RATIO                           0.7L     0.6L                      0.9-2.0

Footnotes
L = Low, H = High
--------------------------------------------------------------------------------
Print Date/Time: 05/18/07 0600         Page:  3              *** Continued ***
--------------------------------------------------------------------------------

PRINTED BY: SHERRIL                    DATE    11/11/2008
Exhibit F- 10

LABORATORY REPORT -                          FINAL

DOCTORS HOSPITAL OF MANTECA              Patient  : GORTON, CHARLES
   Clinical Laboratory                  Med Rec #: (0002)000306355
   1205 E. North St.      :201 A        Loc./Room: CORRECTIONAL UNIT    0201 A
   Manteca, CA 95336                    Account #: 00009954694
   Directors: Delta Pathology           D.O.B. : 04/30/1958
             Associates                 Age  :  49 YRS Sex : M
   Phone (209) 239-8320                 Physician: KHAN ABDUL W
----------------------------------------------------------------------------

*******************************************
HEMOGRAMS & COMPLETE BLOOD COUNTS
*******************************************

                    COLLECTED DATE:    05/15/07
                    COLLECTED TIME:    2005
                                       _____

PROCEDURE           UNITS          :                              REF RANGE

***** Hemograms *****
WBC X 10^3          /cmm            5.1                            4.8-10.8
RBC X 10^6          /cmm           4.17L                           4.70-6.10
HGB                 g/dl           13.4L                           14.0-18.0
HCT                 %              38.1L                           42.0-52.0
MCV                 fL             91.3                            80.0-94.0
MCH                 pg             32.1H                           27.0-31.0
MCHC                g/dL           35.1                            32.0-36.0
RDW                 %              12.2                            11.5-15.5
PLT X 10^3          cmm            210                             130-400
MPV                 fL             7.7                             7.4-10.4

***** Automated Differential *****
NEUTROPHILS         %              61.5                            43.0-65.0
LYMPHOCYTES         %              22.8                            20.5-45.5
MONOCYTES           %              12.4H                           5.5-11.7
EOSINOPHILS         %              2.5                             0.9-2.9
BASOPHILS           %              0.8                             0.2-1.0
NEUT X10^3          /cmm           3.2                             1.4-6.5
LYM X 10^3          /cmm           1.2                             1.2-3.4
MONO X10^3          /cmm           0.6                             0.1-0.6
EOS X 10^3          /cmm           0.1                             0.0-0.7
BASO X10^3          /cmm           0.0                             0.0-0.2

Footnotes
L = Low, H = High
----------------------------------------------------------------------------
Print Date/Time: 05/18/07 0600        Page:   1              *** Continued ***
----------------------------------------------------------------------------

PRINTED BY: SHERRIL               DATE     11/11/2008
            Exhibit F-/l

LABORATORY REPORT -                               FINAL

DOCTORS HOSPITAL OF MANTECA              Patient  : GORTON, CHARLES
   Clinical Laboratory                  Med Rec #: (0002)000306355
   1205 E. North St.    0201 A          Loc./Room: CORRECTIONAL UNIT    0201 A
   Manteca, CA 95336                    Account #: 00009954694
Directors: Delta Pathology              D.O.B. : 04/30/1958
           Associates                   Age  :   49 YRS Sex : M
Phone (209) 239-8320                    Physician: KHAN ABDUL W
---------------------------------------------------------------------------

*******************************************
URINALYSIS
*******************************************

                  ·COLLECTED DATE:    05/15/07
                   COLLECTED TIME:    2120

PROCEDURE            UNITS                                            REF RANGE

***** Routine Urinalysis *****
COLOR                             YELLOW
APPEARANCE                        HAZY
SP GRAVITY                        1.015
PH                                6.0
GLUCOSE            MG/DL          NEG                                    NEG
BILIRUBIN                         NEG                                    NEG
KETONES                           NEG                                    NEG
BLOOD                             3+*                                    NEG
PROTEIN            MG/DL          3+*                                    NEG
UROBILINOGEN       EU/DL          NORM                                   <=1
NITRITE                           NEG                                    NEG
LEUKOCYTES                        NEG                                    NEG

***** Microscopic *****
RBC/HPF                           4-6
SQ. EPITH.                        2-4
MUCUS                             1+
AMOR CRYSTALS      MG/DL          1+

Footnotes
* = Abnormal
---------------------------------------------------------------------------
Print Date/Time: 05/18/07 0600          Page:  10            *** Continued ***
---------------------------------------------------------------------------

                    PRINTED BY: SHERRIL              DATE    11/11/2008
                          Exhibit F-12

DOCTORS HOSPITAL OF MANTECA                    Patient  : GORTON, CHARLES
  Clinical Laboratory                 :        Med Rec #: (0002)000306355
  1205 E. North St.       .201 A                Loc./Room: CORRECTIONAL UNIT      0201 A
  Manteca, CA 95336                            Account #: 00009954694
  Directors: Delta Pathology                   D.O.B. : 04/30/1958
           Associates                          Age :  49 YRS Sex : M
  Phone (209) 239-8320            .            Physician: KHAN ABDUL W
-------------------------------------------------------------------------------
***************************************************
URINE CHEMISTRY
***************************************************

                   COLLECTED DATE:   05/17/07 05/17/07 05/17/07
                   COLLECTED TIME:    0614     0613     0230

PROCEDURE            UNIT.                                               REF RANGE

***** Urine Chemistry, Random *****
U SODIUM RAN       mmol/L           33
U TOT PROT RAN     mg/dl                      402

***** Urine Chemistry, Timed *****
U CREAT RAN        mg/dl                                80.0
U TOT PROT         mg/dl                                 728
URINE TP 24HOUR    mg/24H                              15470H              10-100
HRS COLLECTED      hours                                  24
TOTAL VOLUME       ml                                   2125
TOTAL VOLUME       ml                                   2125

***** Creatinine Clearance Studies *****
HEIGHT             inches                            .   72
WEIGHT LBS         lbs                                   222
BSA                m sq.                                2.23
CREAT CLEARANCE    ml/min                                 92              85-125

Footnotes
H = High
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

PRINTED BY: SHERRIL                    DATE    11/11/2008
                    Exhibit F-13



# Admission Holding Orders

6'0
(101.0 kg

Admit to DR _____
For: DR _____


GORTON, CHARLES 04/30/1958
ACCT# 9954694 05/15/2007 19:14
WOODBURY JOHN B MR:000306355
DKM HS7:05 FC:F-morcialClass PT:3 M 49Y

(102)

...all the primary care physicians office by 0630 to notify of patients presence in the hospital

☒ Med Surg ☐ Telemetry ☐ ICU ☐ OBSERVATION (MEDICARE ONLY) CODE STATUS ___Full___

Diagnosis: ① Hypoproteinemia Hyponephropathy ② Edema
③ HTN

Allergies ___Urine___

Condition: ☐ Stable ☐ Serious ☐ Critical   ☐ Social Services Consult ☐ Physical Therapy Consult

Nursing: ☐ ICU Protocol   ☐ Fall precautions

Vital signs Q 4 -⑥- 8 - 12 hours with I&O Q 12 hours ☐ Continuous Pulse Oximetry ☐ Neuro checks Q_____ hours
   ◆ Daily weight   ☐ NG to suction   ☐ Gulac stools   ◆ If diabetic fingerstick before meals and at bedtime QID

Diet:
☐ NPO ☐ NPO after midnight ☒ Regular ☐ Clear Liquid ☐ Soft ☐ Cardiac ☐ low cholesterol ☐ Diabetic _____ cal/day

Activity:
☒ BRP   ☐ Bed rest   ☒ Foley   ☐ Up with assistance only   ☐ Bedside Commode

IV: (unless otherwise specified all IV orders stop after 1000 ml in adults and 500 ml in children under 12, call admitting physician for ongoing IV orders)
   ☒ Saline Lock ☐ 1000ml of D5 ½ NS with 20mEq KCL at _____ ml/hr rate ☐ 1000 ml of _____ at _____ ml/hr rate

Cardiopulmonary:   ☐ O2 nasal cannula or mask @ _____
   ◆ O2 nasal cannula or mask to keep O2 Sat greater than 92%   ◆ Do ABG if O2 Sat less than 92% and call admitting physician
   ☒ HHN Albuterol 2.5 – 5 mg every 4 hrs/PRN   ☒ HHN Atrovent 500mcg every 4 hrs/PRN   ☐ Pulmicort 0.5 mg add to neb BID
   ☐ EKG Q 6 hours X three   ☐ Cardiac Echo   ☐ Schedule Treadmill   ☐ BioZ   ☐ Persantine stress test

Laboratory: ☐ Cardiac Enzyme Protocol   ☐ D-Dimer   ☐ BNP

Lab: @ AM or _____ ☐ CBC ☐ BMP ☒ CMP ☐ PT/PTT ☐ UA ☐ TSH ☐ HGBA1C ☐ Fasting lipid panel ☐ Iron studies
☐ other _UIV test_ CRA PSA  24°urine for protein / CV clearance
Radiology: ☐ _spinal or b-tml Uralkenth5 Anil spot urine studies_

☐ ACS/CHF Core Measure: ◆ Smoking Cessation Instruction ◆ Fasting Lipid Panel
   Call attending for ACE/ARB inhibitor and for LVEF evaluation orders (EF=_____%), if unknown order Echocardiogram
   ◆ Beta Blocker _____ _____ mg (☐ PO / ☐ IV) Q ____ hr (if not given why _____)
   ◆ NTG 0.4mg SL Q 5min prn chest pain and order EKG and notify attending physician ☐ NTG ___ " to chest wall Q6H
   ◆ ASA 81 mg daily unless contraindicated ( If not given why _____)
   ☐ Lovenox _____ mg SQ Q _____ hrs   ☐ Heparin per wt based protocol   ☐ Plavix 75mg PO daily
   ☐ Lasix _____ mg (☐ PO / ☐ IV) Q _____ hrs   ☐ Bumex _____ mg (☐ PO / ☐ IV) Q _____ hrs
☐ Pneumonia Core Measure: ◆ Pneumococccal / Influenza vaccine per protocol ◆ document Pulse Ox or ABG
   ◆ Draw 2 blood cultures and begin the following antibiotics ( if not already done in ED)
   ☐ Rocephin _____ gm IV Q _____ hrs AND Zithromax 500mg (☐ PO / ☐ IV) Q 24hrs OR ☐ Levaquin _____ mg (☐ PO / ☐ IV) Q _____ hrs
   ☐ Zosyn 2.25 - 3.375gm IV Q _____ hours   ☐ flagyl 500mg (☐ PO / ☐ IV) Q _____ hours ☐ clindamycin 600mg IV Q 8 hours

Medications Other: ◆ Tylenol 650mg PO or rectally Q4hrs prn pain level 1-2 or Temp greater than 100.5 (adults only)
   ☐ Vicodin 1-2 PO Q 4 hours prn pain level of 3-6   ☐ Darvocet N-100 1-2 PO Q 6 hours prn pain level of 3-6
☐ Morphine _____ mg IV Q _____ hours prn pain level of 7-10 OR ☐ Dilaudid _____ mg IV Q ____ hours prn pain level of 7-10
   ☐ Insulin ( ☐ Low ☐ Medium ☐ High ☐ Very High ) Dose Regimen per protocol
☒ Phenergan _12.5_ mg IV Q6hrs prn N/V ☐ Solumedrol 125 mg IV Q _____ hours ☐ Benadryl mg _____ mg IV Q _____ hours
   ☒ Protonix 40mg ☒ PO / ☐ IV Q _24_ hrs   ☐ Ativan _____ mg (☐ PO / ☐ IV) Q _____ hrs prn

d/c foley after urine studies
Haldol 25mg PO. daily

FAXED
Drs Hospital
Manteca

◆ This symbol indicates orders that must be followed as written ◆ Obtain medication list and dosages before calling the admitting physician

Emergency Physician Signature: _____ Date: 5/15/07 Time: 2330

◆ These orders expire in 6 hours and must be reviewed completely with the admitting physician and initialed by the RN in order to continue ◆
   ► Do not call if signed below ◄ _____ RN initial Date _____ Time: _____ Read back VO / TO

Admitting Physician _____ Date: _____ Time: _____

PRINTED BY: SHERRIL          DATE     11/11/2008
Exhibit F-14



# Doctors Hospital
## Of Manteca
### Tenet California

133 DHMMS005 R7/03

Date: 5/15/07

A - Assessment    I - Intervention    O - Outc

| P L A N | Time | | | | | | |
|---|---|---|---|---|---|---|---|
| | Updated | | | | | | |
| | Reviewed | | | | | | |
| O F | Discipline/Initial | | | | | | |
| C A R E | LIST ACTIVE PROBLEM FROM HIGHEST TO LOWEST PRIORITY | | | | | | |

**INTERDISCIPLINARY PLAN OF CARE**
**PROBLEM NUMBERS**
**(Circle All Active Problems)**

1. Discharge Planning
2. Nutrition/Metabolic
3. Safety
4. Functional
5. Infection
6. Psychosocial
7. Pain/Comfort
8. Cardiovascular/Respiratory
9. Neuromuscular
10. GI
11. GU
12. Fluid Volume
13. Integumentary
14. Education

| TIME | Prob # | Disci-pline | A | I | O | |
|---|---|---|---|---|---|---|
| 0000 | | | | | | Received from ER 49 y.o. male CVA rt. Came in dre to purelle edema m BLE c a brith Dr of hyporrotenemia aff Refluxarathly Edema + HTNO Transferred to ICU bed alert mde. O clar affect noted, denies pain SOB Cooperative during initial assessment. |
| 0200 | | | | | | Urine specimen sent to lab for prot urine studies 240 urine collection for creatine clearance + 6th's scaled |
| 0300 | | | | | | Resting Quietly in bed nm, will continue to monitor |
| 0500 | | | | | | awake nim claims had good sleep, denies pain VSS |
| 715 | | | | | | Kept to Don pN. Pt. relieves in slam, not in distress |

E

| Init | Name (print) | Signature/Title | Init | Name (print) | Signature/Title |
|---|---|---|---|---|---|
| 901 | JOYCE LO | N M | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEY**
N – Nursing
RT – Respiratory Therapy
CM – Case Manager
PT – Physical Therapy
SP – Speech Pathology
Rx – Pharmacy
OT – Occupational Therapy
SS – Social Services
P – Physician
D – Dietary
DP – Discharge Planning
CH – Chaplain/Spiritual
C – Cardiology
DE – Diabetic Educator
ET – Enterstomal Therapist

**OUTCOME NOTES**
PAGE 1 of 2

GORTON, CHARLES  04/30/1945
ACCT# 9954694  05/15/2007
WOODBURY JOHN B  MR:000306355  M, 49
DHM  HSV:65  FC:37  PT

Exhibit F-15

(332)

## NURSING DIAGNOSIS

| | | | | |
|---|---|---|---|---|
| 1 ☐ Abuse, risk for | 6 ☐ Fluid balance alteration | 9 ☐ Injury, potential for | 14 ☐ Tissue perfusion, altered | |
| 2 ☐ Airway clearance, ineffective | 7 ☐ Gas exchange, impaired | 10 ☐ Knowledge deficit | 15 ☐ Pain (Goal)_____ | |
| 3 ☐ Anxiety | 8 ☐ Infection | 11 ☐ Physical mobility, impaired | 16 ☐ Other_____ | |
| 4 ☐ Body temperature, altered | 8.1 ☐ Potential | 12 ☐ Skin integrity, impaired | | |
| 5 ☐ Coping, ineffective individual/family | 8.2 ☐ Actual | 13 ☐ Thought process, altered | | |

### RE-ASSESSMENT / INTERVENTION / RESPONSE

| Time | T | P | R | BP | Rhythm | O₂ Sat | Pain Level | Re-Assessment / Intervention / Response |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10 | 1930 to Room 5 for evaluation - Pt |
| | | | | | | | 10 | 2120 % bladder distention, |
| | | | | | | | 10 | urinary retention. Foley cath |
| | | | | | | | 10 | placed c clear / yellow uo. |
| | | | | | | | 10 | UA sent to lab. States relief. |
| 2145 | | | | | | | 10 | 14 F cath used. Bag to gravity |
| | | | | | | | 10 | Consent signed for CT |
| 2225 | | | | | | | 10 | CT scan of Chest/ABD/Pelvis complete. DN rt. |
| | | | | | | | 10 | 2230 Foley bag leaking. Lsl. |
| 2310 98° | 58 | 16 | 156/84 | | | 98% | 10 | 2330 Awaiting bed for admission |
| | | | | | | | 10 | Pt stable, @ distress. |
| | | | | | | | 10 | 0015 Report given. transfer to ICU |
| | | | | | | | | per c/c @ |

### INTAKE

| PO | IV | Blood | Lavage | Total ml |
|---|---|---|---|---|
| | | | | |

### OUTPUT

| Urine | Emesis | Blood | Lavage | Total ml |
|---|---|---|---|---|
| 900 | | | | 900 |

## PATIENT EDUCATION
### Educational Assessment / Aftercare Instructions

Barriers to Learning Identified ☒ None ☐ Language_____ ☐ Cognitive Other_____
Learning Preferences ☐ Reading ☐ Listen ☐ Pictures ☐ Demo Other_____

Given / Explained to ☐ Patient ☐ Family ☐ Other_____ ACI ☐ English ☐_____
Verbalizes understanding of ☐ AfterCare ☐ Rx ☐ Food/Drug Interactions

## PATIENT OUTCOMES

| | | | | |
|---|---|---|---|---|
| Primary Nsg Dx #_____ | ☐ Resolved | ☐ Improved | ☐ Some Improvement | ☐ No Improvement |
| Nsg Dx #_____ | ☐ Resolved | ☐ Improved | ☐ Some Improvement | ☐ No Improvement |
| Nsg Dx #_____ | ☐ Resolved | ☐ Improved | ☐ Some Improvement | ☐ No Improvement |

| ADMIT | DISCHARGE/TRANSFER |
|---|---|
| ~~2330~~ M/S | |
| Initial Call for Bed 2330  Room Assigned 102 | Time_____ Discharged to ☐ Home ☐ AMA ☐ Eloped ☐ LWBS |
| Admitting MD Khan | ☐ Custody ☐ Transfer to_____ |
| Report to Joyce  Time 0015 | Referrals ☐ Dietician ☐ Physical Therapy ☐ Soc Svc ☐_____ |
| Time Transfer to floor 0030 | Discharge By ☐ Walk ☐ W/C ☐ Carried |
| Old Record w/patient ☐ N/A ☒ Yes ☐ No | ☐ Ambulance ☐ BLS ☐ ALS ☐ Medics |
| Transport via ☒ W/C ☐ Stretcher ☐ ACLS Transport | ☐ IV discontinued / Cath intact |
| Transport by ☐ EDT/Transporter ☒ Nurse ☐ Other_____ | |

| DISPOSITION OF VALUABLES | Initials | Name (print) | Signature/Title |
|---|---|---|---|
| ☐ None ☐ With Patient ☐ Glasses ☐ Dentures ☐ Hearing Aid | AC | A Casetta | |
| ☐ To Safe  Valuable Receipt #_____ | | | |
| ☐ Sent Home with (Name)_____ | | | |

120 DHMED001 R11/04

## EMERGENCY DEPARTMENT
## PATIENT CARE RECORD
PAGE 3 of 3



**GORTON, CHARLES** 04/30/1958
ACCT# 9954694  05/15/2007  19:14
WOODBURY JOHN B  MR:000306355  M  49Y
DHM  HSV55  FC:37  PT 3

PRINTED BY: SHERRIL  DATE  11/11/2008
Exhibit F-16

# Doctors Hospital
## Of Manteca
Tenet California

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0000

**ALLERGIES/**

| DATE: 5/10/07 | TIME: | | HT | WT |
|---|---|---|---|---|

NKDA

ANT C Y , ASO , ANKA

ant SBM anti Bodie

NURSE NOTED | DATE | TIME | DATE / TIME | PHYSICIAN SIGNATURE OR AUTHENTICATION

24 HR CHART CHECK BY NURSE | DATE | TIME

FAXED
ctors Hosp
of Manteca

| DATE: 5/16/07 | TIME: | |
|---|---|---|

1) D/C to SDc in Am 5/17

2) Continue current meds.

3) f/u c lab results

FAXED
ctors Hosp
of Manteca

NURSE NOTED | DATE | TIME | DATE / TIME | PHYSICIAN SIGNATURE OR AUTHENTICATION

24 HR CHART CHECK BY NURSE | DATE | TIME

**PHYSICIAN ORDER**

‖‖‖‖‖‖‖‖‖‖‖
GORTON, CHARLES 04/30/1958
ACCT# 9954694 05/15/2007 23:20
KHAN ABDUL W MR:000306355 M 49Y
DHM-HSV:I0-FC:Res#10Class PT:I

AC
DHM HSV: FC: PT

Exhibit F- 17

(330)

EXHIBIT - "G"

CALIFORNIA  MENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME _Gordon, Charles_  CDC NUMBER _T43446_  INSTITUTION _MCSP_

DATE OF BIRTH _04/30/58_   EPRD DATE _Life_   GENDER _male_

PRINCIPLE DIAGNOSIS   ICD - 9 CODE    CPT CODE(S)

REQUESTED SERVICE(S)  _ER eval._   # OF DAYS RECOMMENDED

*Please circle all that apply*  **Diagnostic Procedure/Consultation**  (Outpatient/inpatient)   Initial/Follow-up

**Requested Treatment/Service is:**   **EMERGENT**    **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _DNM_ _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: out patient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used pertinent lab and imaging studies, or questions for the consultant):* _48 yo Wm ō long hx of T depressia t delusca c/o 1 wtr ↑ fatigue, cough & DOB._

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB Code, CD4, viral load, albumin total protein and dates within last 3 months): _____

Comments (Diagrams, risk factors, prognosis, alternative management, etc.): _____

REQUESTING PHYSICIAN PRINTED NAME _P. Gallwey M.D._

APPROVED / AUTHORIZED / DENIED / DEFERRED BY _____ DATE _5/15/0_

REQUESTING PHYSICIAN SIGNATURE    Utilization management tracking #: _06/07-16-702-D398_

DATE OF CONSULTATION    PRINTED NAME OF CONSULTANT

FINDINGS: _Admit DHM Med-Srg_
_Admitting: Dr Abdul Khan_

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | _Gorton, Charles_ |
| PCP SIGNATURE | DATE | _T43446_ |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL ........ FILE IN UHR
COPY ............ TO UHR PENDING ORIGINAL
COPY ............ CONSULTANT
COPY ............ UM
COPY ............ SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)  CDC 7243 (Rev. 11/02)

Exhibit G-1

(322)

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

*Kelly*

| LAST NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| *Benton Charles* | | *434446* | *MCSP* |

| DATE OF BIRTH | EPRD DATE | | GENDER |
|---|---|---|---|
| *4/30/58* | | *Life* | *M* |

| PRINCIPAL DIAGNOSIS | | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|---|

| REQUESTED SERVICE(S) | | | # OF DAYS RECOMMENDED |
|---|---|---|---|

*Please circle all that apply*     Diagnostic Procedure/Consultation    Outpatient/inpatient     Initial/Follow-up

**Requested Treatment/Service is:**     **EMERGENT**     **URGENT**

*For the purpose of retrospective review, if emergent or urgent, please justify:*_____

Proposed Provider _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: out patient follow-up, return to institution, transfer):_____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*:

Estimated time for service delivery, recovery, rehabilitation and follow-up:_____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB Code, CD4, viral load, albumin, total protein and dates within last 3 months):_____

Comments (Diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| | | *2/1/0* |
| REQUESTING PHYSICIAN SIGNATURE | DATE     Utilization management tracking #: | |
| | *04/07-16-0P-3541* | |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNAT. | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL .......... FILE IN UHR
COPY .............. TO UHR PENDING ORIGINAL
COPY .............. CONSULTANT
COPY .............. UM
COPY .............. SPECIALTY SCHEDULER

*FAX'd to 4-0370*
*To Dennis*

*(375)*

Exhibit G-2

**HEALTH CARE SERVICES**

MENT OF CORRECTIONS AND REHABILITATIO

**PHYSICIAN REQUEST FOR SERVICES**

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: _Horton, Charles_  CDC NUMBER _743446_  INSTITUTION _MCSP_

ATE OF BIRTH _4/30/58_  EPRD DATE  GENDER

PRINCIPLE DIAGNOSIS _Renal insufficiency / Edema_  ICD - 9 CODE  CPT CODE(S)

CO-MORBIDITY(IES) _Nephrology_  # OF DAYS RECOMMENDED

Please circle all that apply: (Diagnostic Procedure/Consultation)  Outpatient/Inpatient  (Initial/Follow-up)

Requested Treatment/Service is:  ~~EMERGENT~~  URGENT  (ROUTINE)

For the purpose of removing any review, if emergent or urgent, please justify: ___

Proposed Provider _Nephrology_  _UCD_  ___ Anticipated Length of Stay:

Expected disposition (i.e.: out patient follow-up, return to institution, transfer):

Medical Necessity (briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): _48yo, M, with chronic persistant edema since 10/06. Most recent hospitalization with no change. Urine microalbumin 231 with ratio alb/creat 3040 > 9. Persistant proteinuria._

Estimated time for service delivery, recovery, rehabilitation and follow-up: ___

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB Code, CD4, viral load, albumin, total protein and dates, within last 3 months): ___

Comments (Diagrams, risk factors, prognosis, alternative management, etc.): ___

QUESTING PHYSICIAN PRINTED NAME ___  APPROVED / AUTHORIZED / DENIED / DEFERRED BY  DATE _5/3/10_

REQUESTING PHYSICIAN SIGNATURE ___  Utilization management tracking # _04/07-10-0P-3541_

DATE OF CONSULTATION _7.19.07_  PRINTED NAME OF CONSULTANT

FINDINGS: _8/5 & 7/27/07 not seen DL_

RECOMMENDATIONS: ___

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ___

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

TRIBUTION:
RIGINAL ....... FILE IN UHR
COPY ... ... ... TO UHR PENDING ORIGINAL
COPY  ...  CONSULTANT
COPY  ........... UM
COPY ........... SPECIALTY SCHEDULER

(384)

PHYSICIAN REQUEST FOR SERVICES (RFS)  CDC 7243 (Rev. 11/02)
Exhibit G-3

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | | INSTITUTION |
|---|---|---|---|---|
| Gordon, Charles | | 42446 | | MCSP |

| DATE OF BIRTH | EPRD DATE | | GENDER |
|---|---|---|---|
| 4/30/58 | | | |

| PRINCIPLE DIAGNOSIS | | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|---|
| Nephrotic Syndrome | | | |

| REQUESTED SERVICE(S) | | # OF DAYS RECOMMENDED |
|---|---|---|
| Nephrology - UC Davis | | |

Please circle all that apply: Diagnostic Procedure **(Consultation)**  **(Outpatient/Inpatient)**  **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT**   **URGENT**   **(ROUTINE)**   was seen 7/27/ needs Flu in

For the purpose of retrospective review, if emergent or urgent, please justify: _____ 10/02.

Proposed Provider: UC Davis \ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): 49 yr 1-M e Nephrotic Syndrome 18 seen 12/07 in UC Davis, already 3 month Flu onset Pre UC Davis.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| SATTIE NATBRER | | |

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
|---|---|---|
| | | |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

Exhibit G-4

(438)

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Gordon Charles | | CDC NUMBER T43446 | INSTITUTION MCSP |
|---|---|---|---|
| DATE OF BIRTH 4/30/58 | EPRD DATE | | GENDER |

| PRINCIPLE DIAGNOSIS Nephrotic Syndrome | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) UC Davis | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:     **EMERGENT**     **URGENT**     **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*: When seen 7/27/07, expect Sch for 4/08. UC Davis resh fm 4/08 was to be PM 10/07. Attendur but I & B patumin & Cr creati up to 114, Curvatuly or 4 obvious loosing wid nut edemer

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME S Potter | **APPROVED** / AUTHORIZED / DENIED / DEFERRED BY | DATE 11/2/07 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 10/15/07 | Utilization management tracking #: .07/08-16-0P-2124 |
| DATE OF CONSULTATION 12-5-07 | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA IN SIGNATURE | DATE 12/5/07 | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION: Faxed to 526-1677 11-26-07
NOV 2 REC'D

ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

10/20/04

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Gordon, Charles | CDC NUMBER P34 V6 | INSTITUTION MCSP |
|---|---|---|

| DATE OF BIRTH 4-30-58 | EPRD DATE 9/9/2015 | GENDER male |
|---|---|---|

| PRINCIPLE DIAGNOSIS Left Shoulder | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) R Brace Wristspers | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:* Diagnostic Procedure/**Consultation**    Outpatient/**Inpatient**    **Initial**/Follow-up

Requested Treatment/Service is:    **EMERGENT**    **URGENT**    **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* PT in with Relative Weakness. New onset Neurovascular person...

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ___ 1/23/08 ___

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / **DENIED** / DEFERRED BY   DATE 10/18/07 |
|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 10-17-07   Utilization management tracking #: 07/08-16-0P-1884    10/23 |
| DATE OF CONSULTATION 1-17-08   1000 | PRINTED NAME OF CONSULTANT |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

OCT 18 REC'D

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
### PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Jorton, Charles | T43446 | MCSP |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 4-30-58 | | M |

| PRINCIPLE DIAGNOSIS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|
| Nephrotic Syndrome | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| Nephrology | |

*Please circle all that apply:* Diagnostic Procedure/Consultation      Outpatient/Inpatient      Initial/Follow-up

Requested Treatment/Service is:      **EMERGENT**      **URGENT**      **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _UCD_      Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*

s/p renal Biopsy 4/28/08 ) please schedule

in 2 to 3 wks c Dr. Pepper      Plus fax Bx report

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| HASIIIIMOTO, MD | | 1/29/08 |

REQUESTING PHYSICIAN SIGNATURE      Utilization management tracking #:  07/d8-16-0P-3679

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 2-13-08      15 | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 2/13/08 | |
| PCP SIGNATURE | DATE | |

### Attach Progress Note page for additional information.
### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

(579)

STATE OF CALIFORNIA

*Kerry*
DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| Gorton, Charles | | T43446 | umesp |

| DATE OF BIRTH | EPRD DATE | | GENDER | |
|---|---|---|---|---|
| 4-30-58 | 9 9 2015 | | Male | |

| PRINCIPLE DIAGNOSIS | | ICD-9 CODE | CPT CODE(S) |
|---|---|---|---|
| Nephrotic Syndrome | | 581 | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| 2-3 week follow up | |

*Please circle all that apply:* Diagnostic Procedure/**Consultation**    Outpatient/**Inpatient**    Initial/**Follow-up**

Requested Treatment/Service is:   **EMERGENT**    **URGENT**    (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: *UCD* _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

*Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*
S/p renal biopsy 1-28-08. Second follow up

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED /DENIED / DEFERRED BY DATE 4/25/08 |
|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE   Utilization management tracking #: 07/08-16·OP·4073 4/28/8 |
| DATE OF CONSULTATION 3-26-08   1530 | PRINTED NAME CONSULTANT |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 3/26/08 | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT   FEB 2 7 REC'D
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

(596)

Exhibit G-8

STATE OF CALIFORNIA

*Kelly*

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**

DEPARTMENT OF CORRECTIONS

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Gordon Charles | T43446 | mcSP |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 4/30/58 | 9/9/2015 | M |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| FHX Ca colon | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| GI ... colonoscope | |

*Please circle all that apply:*  Diagnostic Procedure/~~Consultation~~   ~~Outpatient/Inpatient~~   ~~Initial/Follow-up~~

Requested Treatment/Service is:   **EMERGENT**      **URGENT**      **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _Dr. Tran_ _HLD_ _SJGH_      Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*  50 yr 1 m ♂ FHX ⊕ Ca colon, no her Dx ♂ Ca colon, age 54, 1 m recently Dx ♂ negative sigmoid — item minors negrorectly — per ē negroma signromie — immuno suppressed ⊕ hx ♀ per Ucp 1 m nursery to be a immuno suppressed needs to have screening ♀

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| S Akhir MDDDM2 | | 3/5/08 |

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #. |
|---|---|---|
| | | 7/08-16-0P-4514 3/145 |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 5-28-08   1300 | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST. FIRST. MI) AND DATE OF BIRTH |
|---|---|---|
| | | |
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

*Faxed Cente 4.1283*

DISTRIBUTION:
ORIGINAL - FILE IN UHR      MAR  5 MCD
GREEN   - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK    - UM
GOLD   - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

Exhibit G- 9

(603)


(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Gorton Charles | T4 2446 | MCSP |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 4-30-55 | | M |

PRINCIPLE DIAGNOSIS    ICD - 9 CODE    CPT CODE(S)

Membraneous nephropathy, CKD

REQUESTED SERVICE(S)    # OF DAYS RECOMMENDED

nephrology (UC Davis)

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**    URGENT    ROUTINE

Sec 7/31/08

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____    Anticipated Length of Stay: 3 month / hr

Please

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* 50 c/o Bx kidney 4/28/08 colon, leu ⊖ 5/08

Started cell cpd/pred (5/28/08) → 3 month Pla (on 1/1/08)

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| Alcala MD | | |
| REQUESTING PHYSICIAN SIGNATURE | DATE 8/19/-Y | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

# EXHIBIT  –  "H"

# CHAPTER 8
## Outpatient - Specialty Services

## I.    POLICY
The California Department of Corrections and Rehabilitation (CDCR) shall provide medically necessary specialty services to inmate-patients.

## II.   PURPOSE
To provide inmate-patients medically necessary specialty health care services to establish a diagnosis, to make recommendations for a diagnostic work-up, to provide therapy, and to establish a treatment plan that recommends frequency of follow-up visits with the specialist and/or the Primary Care Physician (PCP).

## III.  PROCEDURE
### A. General Procedures
1. Specialty services shall be ordered by PCPs who provide primary care services within the CDCR. The ordering PCP shall complete a CDCR Form 7243, Request for Services, for each specialty service desired and shall indicate the time frame in which the service is necessary (emergent, high priority or routine). The ordering PCP shall also complete a CDCR Form 7221, Physician's Order, and shall document the requested specialty service on a CDCR Form 7230, Interdisciplinary Progress Note. The CDCR Form 7230, the CDCR Form 7221, and the green copy of the completed CDCR Form 7243 shall be filed in the Unit Health Record (UHR).
2. Emergency consultations or procedures shall be provided immediately. High priority consultations or procedures shall be provided within fourteen (14) calendar days of PCP order. Routine consultations or procedures shall be provided within ninety (90) calendar days of PCP order.
3. After submission of the CDCR Form 7243 for a high priority consult, the PCP must follow the inmate-patient weekly until the appointment occurs.
4. After submission of the CDCR Form 7243 for a routine consult or procedure to the UM Nurse, the PCP shall see the inmate-patient every thirty (30) calendar days to evaluate the status of the clinical condition and to initiate medically necessary action based on the status of the condition.
5. The PCP shall inform inmate-patients of the plans for specialty services, including a general time frame of expected service delivery (numbers of weeks or months). If a specialty service is rescheduled, the PCP shall inform the inmate-patient that the requested service has been rescheduled. The information provided to the inmate-patient shall be documented on a CDCR Form 7230 and filed in the UHR. The specific date, time, and location of the off-site appointment shall not be shared with inmate-patients.
6. If a specialty service request is denied the UM Nurse shall notify the PCP. The PCP may appeal the denial of the specialty consult to the Medical Authorization Review (MAR) Committee. If a specialty service request is denied by MAR, and the Health Care Review Subcommittee (HRSC) the PCP shall inform the inmate-patient that the requested service was denied and shall provide education regarding alternative treatment strategies. The PCP shall document the contact on a CDCR Form 7230. The CDCR Form 7230 shall be filed in the UHR.

Exhibit H- /

7. If an inmate-patient has been received via intrasystem transfer and has a previously scheduled appointment or consult pending, at the sending institution, the receiving institution shall ensure the inmate-patient receives the specialty appointment or consult no more than thirty (30) days from the date the specialty appointment was originally scheduled.

8. Within fourteen (14) calendar days of a routine specialty service, the inmate-patient shall be seen by the PCP to ensure necessary follow-up. For high priority specialty services, the inmate-patient shall be seen by the PCP within three (3) business days.

9. A specialty clinic staff person shall be designated at each institution and shall maintain the Specialty Referral Tracking Log; shall be responsible to schedule approved services as indicated on the CDCR Form 7243 with the specialty contract provider; and shall coordinate with custody staff to schedule appointments, and ensure that the priority health care ducats are issued.

10. For inmate-patients transferring to another institution for specialty services, refer to Volume 4, Chapter 3, Health Care *Transfer Process*.

11. In the event that an inmate-patient is approved for a specialty consult at one institution and is subsequently transferred to another institution before consult occurs, the receiving institution shall not cancel or void the sending institution's approval of the Specialty consult unless a treating physician at the new institution, after examination of the inmate-patient, determines that the specialty consult is no longer necessary. These findings must be documented in the UHR at the time the Specialty consultation is cancelled.

12. Specialty services requested/ordered for an inmate-patients housed in the General Acute Care Hospital shall be processed as high priority consults.

## *B. Utilization Management Review Process*

1. Emergent requests are exempt from the pre-service UM process. However, a CDCR Form 7243 shall be submitted, after the fact, for emergent requests. The Chief Medical Officer (CMO), Chief Physician and Surgeon (CP&S), or designee shall review emergency consultations or procedures.

2. The PCP is required to complete the CDCR Form 7243 for emergency specialty services. However, based on the emergency nature of the request, the form may be completed after the service is provided.

3. The PCP shall forward routine and high priority CDCR Form 7243 to the UM nurse for the First Level review. High priority requests will be processed by the UM nurse within two (2) business days and denials will be reviewed by the CMO, CP&S, or designee within one business day.

4. The CMO, CP&S, or designee, is the Second Level of review per established guidelines.

5. The First and Second Level reviews for routine services shall occur within seven (7) calendar days of the completion date of the CDCR Form 7243.

6. The Medical Authorization Review (MAR) Subcommittee is the Third Level of review and shall review referrals per established guidelines. The Third Level review shall occur within twenty one (21) calendar days of the completion date of the CDCR Form 7243.

7. The Final Level of review and appeal is the Health Care Review Subcommittee (HCRS). The Final Level of review shall occur within sixty (60) calendar days of the completion date of the CDCR Form 7243.

Exhibit H-2

8. Upon approval/processing, the CDCR Form 7243 shall be forwarded to the designated specialty clinic staff person for scheduling.

9. If the CDCR Form 7243 is deferred or referred to the next level of review or is denied, the UM Nurse shall document on the CDCR Form 7230 or RFS form the reason for the deferral or denial and forward the decision to the ordering PCP. The PCP shall document the decision and provide the inmate-patient with alternate strategies during the next visit, which is to be within 30 days of the deferral or denial of the specialty service.

10. For referrals to the MAR Subcommittee, the UM Nurse shall include the PCP on the MAR Subcommittee agenda and shall forward a copy of the agenda to the PCP. The PCP shall attend the MAR Subcommittee and present the case for consideration.

## C. PCP Monitoring Visits (Prior to Specialty Appointment)

1. For high priority requests, the PCP shall follow the inmate-patient weekly until the appointment is accomplished. The weekly visit shall be documented on a CDCR Form 7409, 30-Day Specialty Consult Progress Note.

2. Once the CDCR Form 7243 has been submitted for a routine consult, the PCP shall see the inmate-patient every thirty (30) days and shall complete a CDCR Form 7409, 30-day Specialty Consult Progress Note, for each contact.

3. The PCP may discontinue the 30-day consults only if the specialty service has been completed or if the PCP determines that the service is no longer needed, or if the condition has deteriorated requiring an emergent or high priority consultation.

4. After submission of the CDCR Form 7243 for a routine consult or procedure to the UM Nurse, the PCP shall see the inmate-patient every thirty (30) calendar days to evaluate the status of the clinical condition and to initiate medically necessary action based on the status of the condition.

5. The designated specialty clinic staff person shall notify the CMO or CP&S and the PCP when routine consultations exceed the ninety (90) day time frame. Upon notification that an inmate-patient's appointment for consultation or procedure has exceeded the ninety (90) day time frame, the HCM shall identify whether there is a pattern of delay in a specific specialty area and shall forward the matter to the Quality Management Committee for an evaluation and recommendation.

## D. Health Care Manager/Chief Medical Officer Monitoring of Pending Specialty Appointment

1. The specialty clinic staff person shall notify the Health care Manager/Chief Medical Officer (HCM/CMO) and the PCP when a high priority consultation cannot be scheduled within and/or exceeds the 14-day time frame.

2. Upon notification, the HCM/CMO shall take steps, including if appropriate, contacting the proposed provider or directing the use of another provider, to ensure the consultation is completed within policy time frames.

3. The specialty clinic staff person shall maintain a log/record indicating the date the high priority specialty service was requested, the date of approval of a high priority specialty services request, and the date the specialty service actually takes place.

4. The HCM/CMO shall review this log/record at least quarterly, and refer to the Quality Management Committee any matter related to systemic delays for high priority specialty

Exhibit H-3

consults.

## E. Specialty Appointments Outside the Institution

1. The designated specialty clinic staff person shall complete the medical portion of the CDCR Form 7252, Request of Authorization of Temporary Removal for Medical Treatment, for medical services that are provided off institutional grounds.

2. The designated specialty clinic staff person shall include the inmate-patient's Tuberculosis (TB) Alert Code, information about any disabilities (i.e., DD, DPP), and medical transportation needs in the "Remarks" section.

3. The designated specialty clinic staff person shall forward CDCR Form 7252 to the HCM or designee for signature. The designated specialty clinic staff person shall ensure that the CDCR Form 7252 is signed by the HCM and is forwarded to custody staff.

4. Custody shall prepare the "custodial portion" of the CDCR Form 7252 and shall ensure all necessary signatures are obtained. Custody staff shall contact the institutional transportation team that provides transportation for the inmate-patient to the scheduled appointment.

5. The HCM or the physician designee shall prioritize the scheduled appointments when transportation needs exceed custody availability. Appointments shall be rescheduled and shall not exceed the time frame based on UM approval/process.

6. The CDCR Form 7243 and any other pertinent medical information shall be placed in an envelope and provided to custody staff for delivery to the specialty provider. The custody staff person shall obtain the completed CDCR Form 7243 from the specialty provider and shall return the CDCR Form 7243 to the Triage and Treatment Area (TTA) or designated RN upon return of the inmate-patient to the institution.

7. All inmate-patients who receive specialty services outside the institution shall be processed upon return to the institution by an RN.

8. The designated RN shall assess the inmate-patient, review the recommendations made by the specialist, and document the assessment on a TTA form or Progress Note. The designated Nurse shall notify the PCP or Physician on Call (POC) of any immediate medication or follow-up requirements; note all orders; ensure the inmate-patient's current housing is consistent with clinical needs; and refer the inmate-patient to the appropriate yard clinic to schedule a follow-up with the PCP within fourteen (14) calendar days, or sooner if clinically appropriate; and ensure that the specialty provider's portion of the CDCR Form 7243 is completed.

9. The designated RN shall sign the CDCR Form 7243. The CDCR Form 7243 shall be filed in the UHR and a copy shall be forwarded to the PCP.

10. For all other routine consults the PCP will review the consultants report within three business days.

11. In the event that an inmate-patient returns without the CDCR Form 7243 or with an incomplete CDCR Form 7243, the designated RN shall call the specialty provider and shall ascertain/confirm the findings and recommendations. The telephone contact shall be documented by the designated RN on the CDCR Form 7243 and shall include the specialty provider's findings and recommendations, the designated RN's name, and the date and time of the telephone contact. If the specialty provider is unavailable, the designated RN shall contact the POC for direction.

Exhibit H- 4

12. Podiatry, Physical Therapy, and Optometry does not routinely require a fourteen (14) day follow up by the PCP unless requested by the consultant.

## F. Specialty Clinic Appointments Within the Institution

1. The specialty provider shall document their recommendations and findings on the CDCR Form 7243.
2. For inmate-patients seen within the institution, the designated RN or MTA shall review the CDCR Form 7243.
3. The RN or MTA shall notify the PCP or POC of any immediate medication or follow-up requirements; note all orders; ensure the inmate/patient's current housing is consistent with clinical needs and ensure that the specialty provider's portion of the CDCR Form 7243 is completed.
4. The RN or MTA shall sign the CDCR Form 7243. The CDCR Form 7243 shall be filed in the UHR and a copy forwarded to the PCP.
5. The PCP shall review the consult report within three (3) business days.
6. High priority consult inmate-patients shall be seen by the PCP within three business days and routine consult inmate-patients will be seen by the PCP within fourteen (14) calendar days. Podiatry, Physical Therapy, and Optometry do not routinely require a fourteen (14) day follow-up by the PCP unless requested by the consultant. However, the PCP shall still review the CDCR Form 7243 within three (3) business days.

## G. Specialty Provider Recommendations

1. Specialty providers may not order additional diagnostic tests or specialty services or make referrals directly.
2. Follow-up appointments recommended by a specialty provider (with the specialty provider) may occur according to the time frame indicated on the CDCR Form 7243, only with the approval of the PCP unless the PCP documents a reason to see the inmate-patient according to another time frame. The PCP shall document the reason for the modified time frame on a CDCR Form 7230.

## H. Follow-up Appointment/ PCP Responsibilities

1. At the follow-up appointment with the PCP, the PCP shall discuss the specialty provider's findings and recommendations with the inmate-patient. The PCP shall sign the CDCR Form 7243 and shall complete a CDCR Form 7230 documenting the discussion with the inmate-patient and the follow-up plan. The CDCR Form 7230 shall be filed in the UHR.
2. The PCP shall complete a CDCR Form 7243 for each service recommended by the specialty provider, as appropriate, and shall forward the CDCR Form 7243 to the UM Nurse for review. Ongoing treatments (e.g., chemotherapy) require only an initial approval by UM review to initiate the series of treatments.
3. For follow-up visits requested by the Specialist, the PCP is responsible to determine the necessity for the follow-up consult/visit and like all other consultant recommendations, the PCP is required to document reason(s) for choosing an alternative strategy. The PCP must see the inmate-patient as clinically indicated. Follow-up appointments do not require a new CDCR Form 7342, Request for Services or UM review. The PCP shall order the appropriate number of follow-up appointments, and determine the priority on a CDCR

Exhibit H- 5

Form 7221, Physician Order. The designated RN shall note the order and forward the order to the scheduling department for scheduling.

4. The PCP shall also write orders for follow-up with the specialist and diagnostic or other testing, as indicated in the Physician's Order, CDCR Form 7221. The CDCR Form 7221 shall be filed in the UHR.

Exhibit H- 6

# EXHIBIT - "I"

# R E Q U E S T   F O R   I N T E R V I E W

## (SECOND REQUEST)

November 2, 2008

TO:     Ms. Kelly Martinez, R/N;
        Medical Scheduling Coordinator

FR:     I/M Gorton, C.; T-43446; B10-116L

RE:     Prioritization of Medical Physician Request For Services
                                    Form# CDC-7243

Dear Ms. Martinez:

On August 19, 2008, Dr. Hoshimoto wrote a referral order for a 3 month follow up appointment for me at UCD Nephrology.

I have noticed that there is a Priority listing for "Requested Treatment/Service", listing **EMERGENT URGENT** and **ROUTINE**.

Could you please send me a copy of the MCSP's policy which explains what determines the priority of care requested for each of these levels?  I am especially interested in any reference to "HIGH-RISK" patients.

I have attempted to look this information up at the MCSP library, but there aren't any references to Medical policies.

Thank you for your assistance with this matter.

Sincerely,

Charles R. Gorton, T-43446

Mr. Gorton:
    I do not have Access to this information, nor
do I know where to find it.

                                    R/Martinez

Exhibit I- 1

EXHIBIT – "J"

SG

March 20, 2008

U.C. Davis Medical Center
Medical Records Department
4150 "V" Street; Suite-3500
Sacramento, CA 95817-1418

RECEIVED
MAY 0 1 2008
HEALTH INFO. MGTMT. DEPT.
U.C.D. MED CENTER
SACRAMENTO, CA 95817

Re:  Medical Record Release Form
     Patient - Charles R. Gorton
     M/R # - 1882127

Dear Records Clerk:

     This letter is to request a copy of a medical records release
form.  Could you please send it to me as soon as possible.
     Thank you!

Sincerely,

*Charles Robert Gorton*

Charles Robert Gorton

Mailing Address:

Gorton, C.; T-43446; MCSP
P.O. Box - 409040; B9-130U
Ione, CA  95640-9040

4/30/58

Gorton, Charles (MRN 1882127)



UC DAVIS HEALTH SYSTEM

| Transcription | Type | ID | Date and Time | Author |
| --- | --- | --- | --- | --- |
| | Neph Referral Letter Ext (1412) | 7056139-2 | 8/17/2007 3:59 PM | RAD, HANIEH J |

**Final Copy**

**This document replaces document 7056139-1**

**Document Text**

August 17, 2007    RE: GORTON, CHARLES
MRN: 1882127
DOB: 04/30/1958
Date of Service: 07/27/2007


CHRISTOPHER JEROME SMITH, MD
P.O. Box 409099
Ione, CA  95640


Dear Dr. Smith:

We had the pleasure of seeing your patient, Mr. Charles Gorton, in nephrology clinic today.  As you know, he is a 49-year-old man with recent onset of acute nephrotic syndrome of unknown etiology.

Patient has been incarcerated for the past five years.  He states that prior to his incarceration and up to approximately one year ago, he was fairly healthy with no medical problems.  He was fully active and jogging on a regular basis.
Approximately one year ago, he began to notice swelling in his lower extremities.  Then over the course of the past year, the swelling has become worse, and he has developed shortness of breath, orthopnea and weakness.  In April, his shortness of breath and edema were severe enough for him to be sent to an outside facility, where he was diagnosed nephrotic range proteinuria.  There he was aggressively diuresed and sent back to the prison.  Unfortunately we do not have any of those results available for our review today.  The patient says that labs were drawn for hepatitis and HIV, but he does not know the results of any of the tests.  He has no history of diabetes, no history of IV drug use and no history of autoimmune disorders.  Denies chronic NSAID use.

Past Medical History:  Hypertension, hyperlipidemia, migraines, asthma, genital herpes.

No surgical history.

Family History:  Mother deceased secondary to heart disease.  Father alive and well.  Brother died secondary to colon cancer, and also had diabetes.

Social History:  As previously stated, incarcerated for the past five years.  Previously an avid runner.  Denies IV drug use or alcohol use.  Does have remote history of tobacco use.

Allergies:  Codeine, which causes nausea and vomiting.

Medications:  Lisinopril 10 mg q.d., Lasix 80 mg b.i.d., Lipitor 20 mg q.d., potassium as needed.

Review of Systems:  Positive for weight gain secondary to water retention.  No fevers, chills or night sweats.  Occasional shortness of breath with orthopnea and PND when swelling gets severe enough.  No rashes, no joint pain, stiffness or swelling.  No easy bleeding or bruisability.

Physical Exam:  Blood pressure 135/79, pulse 79, height 6 feet.  Weight 237 pounds.  General:  No acute distress.  HEENT:  Pupils equal and reactive to light and accommodation bilaterally, anicteric.  Moist mucous membranes.  No cervical or supraclavicular lymphadenopathy.  No thyromegaly.  CVS:  Regular rate and rhythm.  No murmurs, rubs or gallops.  Lungs:  Clear to auscultation bilaterally.  Abdomen:  Soft, nontender, nondistended.  Extremities:  3+ pitting edema bilaterally.  Unable to assess how far up this edema went given his present state.  Neuro:  No focal neurological deficits.

Labs submitted from the prison significant for Chem. 7:  Sodium 139, potassium 4.8, chloride 104, BUN 10, creatinine 1.0, glucose 83.  Calcium 8.3, albumin 2.0, alk



phos 85, AST 37, ALT 34, t. bili 0.5. White count 4.9, HH 13.6 and 39.7, platelets 195. UA: 3+ protein, 20 to 40 RBCs, microalbumin 2311, microalbumin to creatinine ratio 3040.79.

Assessment and Plan: A 49-year-old man with new onset of nephrotic syndrome, unclear etiology. Given that we do not have records of the work up done at the outside hospital, we will check hep B, hep C, HIV< C3, C4, CH50 as well as UPEP and SPEP. Our recommendation is for continuation of ACE inhibitor. We would like to see him back in our clinic in three months. At that time, we will consider possible biopsy for further diagnosis if his labs are not helpful.

Thank you for allowing us to partake in the care of your patient. We look forward to following him in clinic.

Sincerely,


HANIEH RAD, MD
RESIDENT
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 08/29/2007 12:37 PM PST BY:

I have seen and examined the patient with Dr. Rad, repeated and verified her note above and we developed the care plan jointly. Mr. Gorton has nephrotic range proteinuria, and probably the nephrotic syndrome. We will complete a serologic workup for secondary causes of this process, continue with the ACEI and will see him back when these tests are concluded. We will discuss, at the next visit, whether or not a kidney biopsy is required for further guidance in therapy. Thanks!

THIS WAS ELECTRONICALLY SIGNED - 08/31/2007 9:04 AM PST BY:        ANDREW I CHIN,
MD
ASSISTANT PROFESSOR


HR:dmh(trs303)

D:  08/17/2007 03:59 PM
T:  08/21/2007 08:39 PM
C#: 2976671

COPY - Protected Health Information - 05/05/2008 22:44:35-MR0136        Page 2 of 2
Exhibit J-3


| | | | |
|---|---|---|---|
| **Transcription** | **Type** | **ID** | **Date and Time** | **Author** |

Final Copy

**Transcription Type**  GEN MED HBC Letter (1214)  **ID** 7647603-4  **Date and Time** 12/5/2007 4:35 PM  **Author** PAPPOE, AKHENATON ALLOTEI

**This document replaces document 7647603-3**

**Document Text**

ADDENDUM

December 05, 2007   RE:  GORTON, CHARLES
 MR#: 1882127
DOB: 04/30/1958
Date of Service: 12/05/2007


JEROME SMITH, MD
PO Box 409099
IONE, CA 95640


Dear Dr. Smith:

Reason for consultation: Proteinuria.

We had the pleasure of seeing your patient, Mr. Charles Gorton, in Nephrology Clinic today.

This is a 49-year-old male with a past medical history significant for hypertension, dyslipidemia, migraines, asthma and genital herpes. He was seen in Nephrology Clinic 07/07 for acute onset nephrotic syndrome.  At that time, the patient was not noted to have any prior history of any renal disease and was very healthy.  The patient, at that time, noticed to have increased swelling, which had progressively gotten worse leading to shortness of breath, orthopnea, weakness.  In April the patient was diagnosed with nephrotic range proteinuria and at that time patient was aggressively diuresed.  Patient was subsequently referred to Nephrology Clinic for further workup of his nephrotic syndrome.

On initial evaluation the patient was noted to have 3+ edema as well as 3 gram proteinuria.  The plan at that time was for further workup of patient's likely nephrotic syndrome and hep B, hep C, HIV complement levels as well as UPEP and SPEP subsequently sent. The patient was also at that time instructed to continue on his ACE inhibitor. Plan was to see the patient back in approximately three months with the plan of consideration of biopsy for diagnosis of the patient's nephrotic syndrome. Since that visit, patient reports no hematuria, but notes foamy urine. The patient also reports recently having left-sided kidney pain, which is dull and constant and occurs at night, which is rated as 6/10. Per pt for two weeks prior to office visit he was starving himself and not taking his diuretics for the last week. Patient notes improvement of his edema at that time. Patient reports resuming eating and increased swelling back to his baseline.  Patient denies any symptoms of shortness of breath, chest pain or any other symptoms other than left-sided kidney pain. Of note, patient is not currently taking lisinopril secondary to respiratory side effects and patient was switched to Micardis.

Past medical history: Please refer to previous dictation.

Medications: The patient is currently on albuterol inhaler, Crestor 20 q day, Lasix 80 b.i.d., metolazone 2.5 mg taking 4 tabs q day as needed, Micardis 20 mg q day, potassium chloride 20 mEq twice a day.

Review of systems: As per HPI.  The patient reports left-sided kidney pain. The patient also notes foamy urine, but denies hematuria and dysuria. Patient also notes total body swelling.  Review of systems is otherwise negative.

Physical exam: Blood pressure 145/75, pulse 83.  The patient's weight is 225 pounds.  At last visit patient noted to have a weight of 237 pounds.  Generally the patient is in no apparent distress.  Neck supple.  HEENT: Extraocular movements are intact. Cardiovascular: Regular rate and rhythm. No murmurs, rubs or gallops.  Lungs: Clear to auscultation bilaterally.  Back: No flank pain.  No pain with palpation.  Abdomen: Nontender, nondistended, + bowel sounds.  Extremities: Patient is anasarca with 2-3+ edema bilaterally up to the waistline.  Neurologic exam: No focal deficits.

Labs: Note these labs were collected 11/21/07. Basic metabolic panel: Sodium 136,

potassium 3.4, chloride 98, CO2 26, BUN 19, creatinine 1.46 up from 1.0, glucose 96, calcium 7.9. Liver function tests total protein 4.3, albumin 1.9, alkaline phos 85, total bili 0.5, AST 27, ALT 18. Liver profile: Total cholesterol 349, triglycerides 32, LDL 228. Patient also had urine protein electrophoresis, which was nonselective for proteinuria, no anomalous protein detected. Normal panel and no monoclonal protein detected. The patient also had urine protein electrophoresis, which showed hypogammaglobulinemia. Patient also had complement levels. The patient's CH-50 was 60, C3 was 130 and a C4 was 33, all within normal limits. The patient had a TSH elevated at 5.7. Antibody nonreactive hep B surface antigen nonreactive, hep C antibody nonreactive. Hepatitis B surface antibody less than 5. The patient also had a CBC, white count 7.2, hemoglobin 12.9, hematocrit 37, platelets of 274. The patient had a urine dipstick showing 4+ proteinuria, negative for ketones, negative for bilirubin, 100 glucose, otherwise negative. Microscopic evaluation of urine showed many RBCs. No dysmorphic RBCs and no RBC casts or hyaline casts or WBC casts.

Assessment and plan: This 49-year-old man with a history of nephrotic syndrome of unclear etiology, patient was found to be HIV negative, hepatitis C negative and no history of diabetes, returns to clinic for further workup of nephrotic disease.

1. Nephrotic range proteinuria: given the patient's nephrotic disease and worsening renal function, the patient will benefit from renal biopsy within the next 1-2 weeks. Possible causes for patient's nephrotic syndrome include membranous nephropathy, minimal chain disease, focal segmental glomerulosclerosis. Given patient his negative for HIV, hepatitis C, low suspicion of a secondary FSGS.

Plan of renal biopsy will help elucidate patient's underlying nephrotic disease. Patient should continue on his current medical regimen including Micardis, Lasix and metolazone. Patient also should optimize his blood pressure with a goal of systolic less than 130 and a diastolic less than 80. Patient will also need coagulation studies done prior to renal biopsy, which can be done at the prison facility. Patient will be notified at the time of scheduled renal biopsy.

2. Hypertension. The patient's blood pressure 145/75. Blood pressure needs to be optimized with a goal of 130/80. Patient reports blood pressure at the prison running 120s/70s, which is at goal. Patient should continue on current medical regimen for blood pressure control.

3. Dyslipidemia. The patient currently on Crestor. Can continue on current regimen and be managed by PCP.

Thank you for allowing us to partake in the care of your patient. We look forward to following him in clinic.

Sincerely,


AKHENATON PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 12/10/2007 11:05 PM PST BY:



AP:dm(usa200)

D: 12/05/2007 04:35 PM
T: 02/13/2008 06:53 AM
C#: 3252231


cc:
DR. STEVENSON


Addendum



Co-Signer Added: Frazier T Stevenson, MD
Corrected by HIM: Dianne Gregory
Revision Date: 2/5/08

THIS WAS ELECTRONICALLY SIGNED - 02/07/2008 9:48 AM PST BY:      AKHENATON
PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE

LINKING LANGUAGE;
 I have seen and examined the patient with the housestaff and concur with their
history, physical exam, and assessment/plan, which we developed together.


THIS WAS ELECTRONICALLY SIGNED - 02/13/2008 6:53 AM PST BY:      FRAZIER T
STEVENSON, MD
ASSOCIATE PROFESSOR
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE


AP:dm(usa200)

T:  02/13/2008 06:53 AM

Exhibit J-6

Gorton, Charles (MRN 188212...  UC DAVIS HEALTH SYSTEM

| **Transcription** | **Type** | **ID** | **Date and Time** | **Author** |
| | GEN MED HBC Letter (1214) | 7891534-2 | 1/23/2008 5:55 PM | PAPPOE, AKHENATON ALLOTEI |

**Final Copy**

This document replaces document 7891534-1

**Document Text**

January 23, 2008  RE:  GORTON, CHARLES
 MR#: 1882127
DOB: 04/30/1958
Date of Service: 01/23/2008


JEROME SMITH, MD
PO BOX 409099


Reason for consultation:  Proteinuria.

Dear Dr. Smith:

We had the pleasure of seeing your patient, Mr. Charles Gorton, in the Nephrology Clinic today.  This is a 49-year-old male with a past medical history significant for hypertension, dyslipidemia, migraines, asthma, and genital herpes, who was last seen in the Nephrology Clinic 12/05/07.  At that time a decision was made to set up patient for a renal biopsy to determine the etiology of his proteinuria.  Since patient's visit he reports monitoring his diet with decreased salt intake, but notes at the prison he is on a high protein diet with a large amount of meat in his diet.  The patient does note improvement of his symptoms, which were shortness of breath and lower extremity edema.  The patient also notes good urine output.  He reports having episodes of hypotension and subsequently decreasing his Atacand dose from 4 mg to 2 mg once a day.  Otherwise the patient denies any other acute events.

Past medical history, social history, surgical history:  Please refer to previous dictation.

Medications:  Atacand written for 4 mg q. day, the patient is taking 2 mg q. day, Crestor 20 q. day, Lasix 80 mg b.i.d., metolazone 2.5 mg tabs, 10 mg q. day as needed, potassium chloride 10 mEq two tabs b.i.d.

Allergies:  Codeine.

Physical exam:  Blood pressure 140/84, pulse 73, weight 94.76 kg, he is 208 pounds.  Previously the patient's weight was 225 pounds.  Generally the patient is in no apparent distress.  Cardiovascular:  Regular rate and rhythm.  Lungs:  Clear to auscultation bilaterally.  Abdomen:  Nontender, nondistended, positive bowel sounds.  Extremities:  One to two plus pitting edema to the waist.

Labs:  The patient has no recent lab tests.

Studies:  The patient had a renal ultrasound 01/17/08.  Findings per radiologist:  Right kidney normal size.  Left kidney slightly larger than the right, but within normal limits.  Parenchyma texture is normal.  No evidence of renal parenchymal mass or cyst.  No signs of hydronephrosis or renal calculi.  Impression was normal kidneys.  The patient was unable to void for postvoid study of the bladder.

Assessment and plan:  A 49-year-old man with a history of nephrotic syndrome, unclear etiology.  The patient noted to be HIV negative, hep C negative, no history of diabetes, who returns to the clinic for followup for nephrotic syndrome.

1)  Nephrotic syndrome of unclear etiology:  Plan for renal biopsy in the next one to two weeks.  Differential includes membranous nephropathy, minimal change, focal segmental glomerulosclerosis.  The patient is noted to have improvement of his edema and symptoms, and it could be in resolution state.  We will obtain protein urine creatinine today.  Also we will obtain a basic metabolic panel, CBC to assess patient's renal function.  For renal biopsy, the patient will need labs such as a CBC and coags, as well as blood pressure less than 130 systolic.

2)  Hypertension:  The patient's blood pressure not yet at goal at 140/84.  Goal is 130/80.  The patient reports blood pressure within normal limits at prison.  We will continue patient on his current medical regimen of blood pressure control.



3) **Dyslipidemia:** The patient currently on Crestor. Will continue and management per PCP.

Thank you for allowing us to partake in the care of your patient. We look forward to following him in our clinic in the future.

Sincerely,


AKHENATON PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 01/31/2008 7:21 AM PST BY:

I have seen and examined the patient. I have reviewed Dr. Pappoe's history and verified it, I have repeated the physical exam and helped develop the assessment and plan.

Burl R. Don, MD

THIS WAS ELECTRONICALLY SIGNED - 02/05/2008 4:41 PM PST BY:          BURL R DON, MD
PROFESSOR


AP:rh(usa184)

D:  01/23/2008 05:55 PM
T:  01/24/2008 03:34 AM
C#: 3362428

---

UC DAVIS HEALTH SYSTEM

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Akhenaton Pappoe, MD | (none) | *PHYSICIAN: FELLOW | 01/28/2008 0000 |

**Related Notes**

Original Note : PAPPOE, AKHENATON at 02/07/2008 1136

PATIENT: GORTON, CHARLES    LOCATION: E4AA
MR #: 1882127  SEX: M  AGE: 49
OPERATION DATE: 01/28/2008  DOB: 04/30/1958

INPATIENT OPERATION RECORD

PREOPERATIVE DIAGNOSIS:

Nephrotic syndrome.

POSTOPERATIVE DIAGNOSIS: Same.

PROCEDURE:

Left-sided percutaneous native kidney biopsy, localized with ultrasound.

INDICATION:

History of nephrotic syndrome, status post extensive workup negative for secondary causes.

COMPLICATIONS: None.
ESTIMATED BLOOD LOSS: Minimal.

DESCRIPTION OF PROCEDURE:

The risks and benefits of the procedure were explained in detail to the patient, including the risk of infection, bleeding, loss of kidney function and potential death. The patient understood and gave his informed consent in both written and verbal form, which was placed in the chart.

Both right and left kidneys were visualized and the left kidney was chosen. A cutaneous mark was placed after direct visualization of the lower pole of the kidney, in the transverse section. The area was prepped and draped in the in the usual sterile fashion. The patient was anesthetized locally with approximately 10 cc of 1% lidocaine, both superficially and deep to the level of the capsule. A small incision was made with a straight blade at the skin overlying the site of the planned biopsy. A 16-gauge, 16-cm biopsy gun was introduced into the kidney. Two passes were made with the return of two pieces of renal tissue. The renal tissue was sent to pathology. Ultrasound images after the biopsy demonstrated no hematoma. The patient remained hemodynamically stable throughout the entire procedure and was transferred to the radiology recovery area without incident.

Please note, my attending doctor, Dr. Demattos, was present and supervised the entire procedure.

ADDENDUM: I was present during the entire procedure and provided supervision to Dr. Pappoe.
No apparent complications from biopsy.

THIS WAS ELECTRONICALLY SIGNED - 02/07/2008 12:43 PM PST BY:      ANGELO M
DEMATTOS, MD
ATTENDING
SURGEON

THIS WAS ELECTRONICALLY SIGNED - 02/07/2008 11:23 AM PST BY:      AKHENATON
PAPPOE, MD
ASSISTANT SURGEON
DEPARTMENT OF INTERNAL MEDICINE

AP:mab(trs345)gs

D: 01/31/2008 07:25 AM
T: 01/31/2008 07:36 AM
C#: 3380896

Gorton, Charles (MRN 188212~~  ~~UC DAVIS HEALTH SYSTEM

| Author | Service | Author Type | Filed |
|---|---|---|---|
| Akhenaton Pappoe, MD | (none) | *PHYSICIAN: FELLOW | 01/28/2008 0000 |

**Related Notes**

Original Note : PAPPOE, AKHENATON at 01/29/2008 1603

PATIENT: GORTON, CHARLES    LOCATION:
MR #: 1882127  SEX: M    AGE: 49
ADMISSION DATE: 01/28/2008  DOB: 04/30/1958

INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT:

Renal biopsy.

HISTORY OF PRESENT ILLNESS:

This is a 49-year-old male with a past medical history significant for hypertension, dyslipidemia. He was seen in Nephrology Clinic on July 7, 2007, for acute onset of nephrotic syndrome. At that time, the patient was noted to have no known history of renal disease. He was found to have a nephrotic range proteinuria as well as anasarca. The patient had an extensive workup for underlying cause of nephrotic syndrome and there is no clear etiology. The patient was noted to be negative for HIV, hepatitis B, hepatitis D, had normal SPEP, UPEP, normal complement and no cryoglobulin. Given these findings, decision was made to obtain a renal biopsy for further workup of patient's nephrotic syndrome. The patient was scheduled for biopsy on January 28, 2008. He was admitted on that day for native kidney renal biopsy. At this time of admission, the patient was reported as being in the normal state of health with no acute symptoms.

REVIEW OF SYSTEMS:

All systems reviewed and are negative unless stated in the HPI.

PAST MEDICAL HISTORY:

Hypertension, dyslipidemia, migraines, asthma, genital herpes and recently diagnosed nephrotic syndrome.

PAST SURGICAL HISTORY:

None.

FAMILY HISTORY:

Coronary artery disease, colon cancer, diabetes.

SOCIAL HISTORY:

The patient denies IV drug use or alcohol use. Smoking history in the past. The patient is currently incarcerated.

MEDICATIONS:

Albuterol inhaler, Crestor 20 mg daily, Lasix 80 mg b.i.d., metolazone 2.5 mg 4 tabs a day as needed, Atacand, potassium supplements.

ALLERGIES: Codeine.

PHYSICAL EXAMINATION:

VITALS: Temperature 36.3, blood pressure 118/71, pulse 65, respiratory rate 18, sating 100% on room air.

GENERAL: The patient is in no apparent distress.

NECK: Supple.

CARDIOVASCULAR: Regular rate and rhythm.

LUNGS: Clear to auscultation bilaterally.



ABDOMEN: Nontender, nondistended, positive bowel sounds.

EXTREMITIES: 2+ to 3+ pitting edema up to the hips. ·

SKIN: No rashes.

NEUROLOGIC: No focal deficits appreciated.

LABS: INR 1.

ASSESSMENT:

This is a 49-year-old male with a past medical history significant for hypertension and dyslipidemia with recent diagnosis of nephrotic syndrome who was admitted for a renal biopsy.

1. Nephrotic syndrome - of unclear etiology with no obvious cause on previous workup and for renal biopsy with pathology report to determine patient's cause for nephrotic syndrome. The patient will be admitted to Short Stay for renal biopsy and will stay overnight. Monitor the patient's urine output and watch for hematuria as well as monitor the patient's vitals. We will also obtain a CBC to monitor the patient's H&H. If the patient remains stable, plan to discharge in the a.m. The patient will follow up in the outpatient clinic once pathology report has been obtained.

2. History of hypertension. The patient's blood pressure is currently stable. Continue outpatient hypertensive medications.

3. History of dyslipidemia. The patient will be continued on his outpatient Crestor.

TREATMENT PLAN:


DVT RISK ASSESSMENT AND PREVENTION PLAN:


THIS WAS ELECTRONICALLY SIGNED - 01/31/2008 7:21 AM PST BY:    AKHENATON
PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE


ATTENDING NOTE:

THIS WAS ELECTRONICALLY SIGNED - 01/29/2008 4:00 PM PST BY:    ANDREW I CHIN,
MD
ASSISTANT PROFESSOR

AP:dld(arc015)

D:  01/29/2008 06:18 AM
T:  01/29/2008 06:27 AM
C#:  3374492



**Imaging Results**     US GUIDED NEEDLE PLACEMENT WITHOUT RADIOLOGIST (Order# 22844209) (Acc# 1362630)

---

**PACS Images**    Show images for US GUIDED NEEDLE PLACEMENT WITHOUT RADIOLOGIST [RADUS00939]

Click here for General Information or Troubleshooting Tips on launching PACS Images from the EMR, or contact I.S. Customer Support at 734-HELP.

---

**Result Narrative**   Non-Reportable Exam

---

**Result History**   US GUIDED NEEDLE PLACEMENT WITHOUT RADIOLOGIST (Order#22844209) on 1/28/08 - Order Result History Report

| **Exam Information** | **Exam Date** 1/28/2008 | **Exam Time** 1008 | |
|---|---|---|---|

| **Result Information** | **Result Date and Time** 1/28/2008 10:09 AM | **Status** Final result |
|---|---|---|

| **Patient Information** | **Patient Name** Gorton, Charles | **MRN** 1882127 | **Sex** Male | **DOB** 4/30/1958 |
|---|---|---|---|---|

**Unit**
RENCAR

---

# Order

US GUIDED NEEDLE PLACEMENT WITHOUT RADIOLOGIST (Order# 22844209)

**Allergies:**

CODEINE

**Order Information**

| Order Date and Time | Ordering User | Department |
|---|---|---|
| 12/26/2007 1428 | Rad Results Interface | Renal Acc |

**Comments**

Non-Reportable Exam

**Web Links**

Radiology facilitiesOrdering Physician Rad. Contact Info.Outpts. PrepsInpts. / ED Preps

**Isolation**

No Isolation

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | UCD RAD |

**Schedule Information**

| Release Date/Time | Schedule Date/Time |
|---|---|
| None | |

**Provider Information**

| Ordering User | Authorizing Provider |
|---|---|
| Rad Results Interface | Akhenaton Allotei Pappoe, MD |

**PCP**
No Pcp No Pcp, MD

**Lab Collection Information**

Collection Date and Time
1/28/2008 1008

**Patient Information**

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Gorton, Charles | 1882127 | Male | 4/30/1958 |

Unit

---

RENCAR

**Parent Child Order Details**

Order ID
22844209

**Lab Results**                                    SURGICAL PATHOLOGY (Order# 23408847)

| Collection Information | Collection Date and Time | Received Date and Time |
|---|---|---|
| | 1/28/2008 1000 | 1/28/2008 1018 |

**Results**

DIAGNOSIS

KIDNEY, NATIVE (NEEDLE CORE BIOPSY):
-Membranous nephropathy (stage 2)
-Mild interstitial lymphocytic infiltrate with tubulitis, consistent with interstitial
nephritis (see Comment)
-Mild chronic tubulointerstitial changes

COMMENT:
The degree of interstitial infiltrate and tubulitis is greater than that seen in
most cases of membranous nephropathy. This may represent chronic injury of the
interstitium due to proteinuria, however, a separate process such as drug-induced
interstitial nephritis cannot be entirely excluded based on this material.

Charles R. Lassman, M.D.

This report is a duplicate copy of the interpretation performed by Dr. Lassman at
UCLA.

CLINICAL INFORMATION

            Suspected Diagnosis: Unlisted
            Clinical Information: Unlisted
                    Collected by: PI# 10656
        Other/Special Requests: EM, IF, LM

GROSS DESCRIPTION

A. Received without fixative, designated as "allo. native kidney biopsy," are two
cores of pink-tan soft tissue (1.6 x 0.1 cm and 1.8 x 0.1 cm). Tissue is separated.
A portion is forwarded for electron microscopy. A portion is forwarded for
immunofluorescence. The remaining soft tissue is forwarded for light microscopy.
dwp:ds

MICROSCOPIC DESCRIPTION

The specimen for conventional light microscopy, studied with hematoxylin and eosin,
periodic acid-Schiff, periodic acid-methenamine silver (Jones), and Masson's
trichrome stained sections consists of cortex, corticomedullary junction and a small
portion of medulla. There are more than 25 glomeruli. All demonstrate near uniform
thickening of capillary loop basement membranes which on the trichrome stain
demonstrate occasional subepithelial fuchsinophilic deposits, and on the silver
stain demonstrate formation of spikes. Most of the glomeruli demonstrate mild
prominence of the mesangium and at least half demonstrate lesions of mild segmental
mesangial proliferation. A few demonstrate segmental sclerosis with solidification
of the capillary tuft and fibrous adhesion to Bowman s capsule basement membrane.
There are no cellular or fibrocellular crescents. Epithelial cells are, however,
hypertrophic but without prominent vacuolization.

The tubulointerstitium is mildly edematous and there is a mild, diffuse lymphocytic
infiltrate with numerous foci of lymphocytic tubulitis most consisting of one
lymphocyte per tubular cross-section. Tubules demonstrate extensive irregular
attenuation of brush border, and many tubules contain prominent protein reabsorption
droplets. There is scattered tubular atrophy involving approximately 15% of the
tubular basement membranes. Interlobular arteries are either unremarkable or
demonstrate mild intimal fibrosis. Arterioles are unremarkable.

Immunofluorescence microscopy is performed on frozen sections stained with
fluoresceinated antisera to human IgG, IgA, IgM, C1q, C3, albumin, fibrinogen, and

                                    Exhibit J-14



kappa and lambda immunoglobulin light chains. Each frozen section consists of cortex with two glomeruli. Both demonstrate extensive fine granular staining of capillary walls for IgG (4+), C3 (2+) and both kappa and lambda light chains (2+). There is no staining of tubular basement membranes for any of the immunoglobulins. There is rare staining of tubular basement membranes for C3 (2+). Casts within tubular lumens stain for IgA (4+) and both kappa and lambda light chains (2+ each).

Electron microscopy is performed in the laboratory at the University of California, Davis. Scanned images of the toluidine blue-stained,1 micron thick sections and images of the ultrastructural analysis are made available for our review, digitally. There are approximately eight glomeruli, one of which is completely sclerotic. All of the others demonstrate findings similar to those described above. Epithelial cells demonstrate complete foot process effacement. Capillary loop basement membranes are markedly thickened by large subepithelial electron dense, granular deposits which are separated by spikes of basement membrane material. Many of the spikes are completely surrounded by basement membrane material. An area of segmental sclerosis demonstrates prominent insudate. Convincing deposits are not seen within the mesangium, however, they are seen along the paramesangial basement membrane. The mesangium is widened due to increased matrix and cellularity. Tubuloreticular inclusions are not identified within endothelial cells.

Insudates are present within Bowman s capsule basement membrane, however, convincing deposits are not seen on tubular basement membranes.

Charles R. Lassman, M.D./wjw

RESIDENT ASSIGNED

Specimen examined and dictated by none

My electronic signature below is attestation that I have personally reviewed the gross specimen(s) and/or glass slides of the submitted material(s) and the description and diagnosis on this report reflects this evaluation.

Signed _____(signature on file)_____ R. RAMSAMOOJ, MD 02/20/08

| Other IDs | Lab Specimen # |
| --- | --- |
| | 08:SP1455 |

| Patient Information | Patient Name | MRN | Sex | DOB | Home Phone |
| --- | --- | --- | --- | --- | --- |
| | Gorton, Charles | 1882127 | M | 4/30/1958 (50yr) | 209-274-4911 |

| | Unit | Room | | Isolation | |
| --- | --- | --- | --- | --- | --- |
| | UCDREG | 4103 | | N | |

| Lab Information | Lab | Lab Director |
| --- | --- | --- |
| | UC DAVIS MED CTR | Ralph Green, MD |
| | 2315 Stockton Blvd | |
| | Sacramento, CA 95817 | |

## Order

SURGICAL PATHOLOGY (Order# 23408847)

**Allergies:**

CODEINE

**Order Information**

| Order Date and Time | Department |
| --- | --- |
| 1/28/2008 1000 | Ucd Registration |

**Isolation**

NONE

**Order Details**

| Frequency | Duration | Priority | Order Class |
| --- | --- | --- | --- |
| None | 1 Occurrence | Routine | Normal |

**Schedule Information**

| Release Date/Time | Schedule Date/Time |
| --- | --- |

Gorton, Charles (MRN 1882127) 

1/28/2008 1000        1/28/2008 1000

## Provider Information

**Ordering Provider**
Akhenaton Allotei Pappoe, MD

**Authorizing Provider**
Akhenaton Allotei Pappoe, MD

**Attending Provider(s)**
Frazier Stevenson, MD

**Admitting Provider**
Frazier Stevenson, MD

**PCP**
No Pcp No Pcp, MD

**Ordering Provider**
PAPPOE, AKHENATON ALLOTEI [10656]

**Pager**

## Lab Collection Information

**Collection Date and Time**
1/28/2008 1000

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Gorton, Charles | 1882127 | Male | 4/30/1958 |

| Unit | Room | Bed |
|---|---|---|
| UCDREG | 4103 | 410302 |

## Account Information

**Acct Number**
050013230417

## Order Details

| Parent Order ID | Child Order ID |
|---|---|
| 23408849 | 23408847 |

| Component | Reference Range | 7/27/2007 | 12/5/2007 | 1/23/2008 | 1/28/2008 | 1/28/2008 | 1/29/2008 | 2/13/2008 |
|---|---|---|---|---|---|---|---|---|
| POC COLLECTION METHOD | | | clean catch | clean catch | | | | |
| POC CLARITY | | | clear | clear | | | | |
| POC COLOR | | | yellow | | | | | |
| POC GLUCOSE URINE | | | 100 | negative | | | | |
| POC BILIRUBIN URINE | | | neg | negative | | | | |
| POC KETONES | | | neg | negative | | | | |
| POC SP GRAVITY | | | 1.010 | 1.020 | | | | |
| POC OCCULT BLOOD URINE | | | mod | moderate | | | | |
| POC PH URINALYSIS | | | 7.0 | 7.0 | | | | |
| POC PROTEIN URINE | | | 2000 | 300mg/dL | | | | |
| POC UROBILINOGEN | | | 0.2 | 0.2E.U.dL | | | | |
| POC NITRITE URINE | | | neg | negative | | | | |
| POC LEUK. ESTERASE | | | neg | negative | | | | |
| POC UA READER ID | | | | UBE | | | | |
| WHITE BLOOD CELL COUNT | 4.5-11.0 K/MM3 | | | | 5.2 | 5.9 | 5.8 | |
| RED CELL COUNT | 4.5-5.9 M/MM3 | | | | 3.13 (L) | 3.21 (L) | 3.07 (L) | |
| HEMOGLOBIN | 13.5-17.5 GM/DL | | | | 9.8 (L) | 10.2 (L) | 9.8 (L) | |
| HEMATOCRIT | 41-53 % | | | | 28.2 (L) | 29.2 (L) | 27.9 (L) | |
| MCV | 80-100 UM3 | | | | 90.3 | 91.0 | 90.8 | |
| MCH | 27-33 PG | | | | 31.5 | 31.7 | 31.8 | |
| MCHC | 32-36 % | | | | 34.9 | 34.8 | 35.0 | |
| RDW | 0-14.7 UNITS | | | | 12.9 | 12.9 | 12.8 | |
| PLATELET COUNT | 130-400 K/MM3 | | | | 225 | 236 | 218 | |
| SODIUM | 135-145 mEq/L | | | | 137 | | 138 | 137 |
| POTASSIUM | 3.3-5.0 mEq/L | | | | 3.3 | | 3.4 | 2.7 (L) |
| CHLORIDE | 95-110 mEq/L | | | | 104 | | 102 | 97 |
| CARBON DIOXIDE TOTAL | 24-32 mEq/L | | | | 31 | | 33 (H) | 32 |
| UREA NITROGEN, BLOOD (BUN) | 8-22 mg/dL | | | | 13 | | 18 | 18 |
| CREATININE BLOOD | 0.5-1.3 mg/dL | | | | 1.5 (H) | | 1.5 (H) | 1.5 (H) |
| GLUCOSE | 70-110 mg/dL | | | | 135 (H) | | 92 | 100 |
| CALCIUM | 8.6-10.5 mg/dL | | | | 7.8 (L) | | 8.0 (L) | 8.1 (L) |
| INR | 0.75-1.19 | 0.90 | | | | | | 0.90 |
| APTT | 21.8-31.5 SECONDS | 23.0 | | | | | | 23.5 |
| CREATININE SPOT URINE | mg/dL | | | 47.0 | | | | |
| PROTEIN TOTAL SPOT URINE | mg/dL | | | 107.8 | | | | |
| MAGNESIUM (MG) | 1.5-2.6 mg/dL | | | | | | | 2.6 |
| PHOSPHORUS (PO4) | 2.4-5.0 mg/dL | | | | | | | 3.8 |

Exhibit J-17

Final Copy

| Transcription Type | ID | Date and Time | Author |
|---|---|---|---|
| GI Letter (1114) | 8126921-2 | 3/5/2008 10:42 PM | PAPPOE, AKHENATON ALLOTEI |

This document replaces document 8126921-1

**Document Text**

March 05, 2008  RE: GORTON, CHARLES
MR#: 1882127
DOB: 04/30/1958
Date of Service: 02/13/2008

JEROME SMITH, MD
P.O. BOX 409099
IONE, CA  95640

Dear Dr. Smith:

This is a Nephrology Outpatient Clinic note.  Reason for consultation:  Nephrotic syndrome proteinuria.

Referring physician:  Dr. Jerome Smith.

We had the pleasure of seeing our mutual patient, Mr. Charles Gorton, in Nephrology Clinic.  This is a 29-year-old male with past medical history significant for hypertension, nephrotic-oriented proteinuria, and chronic kidney disease was last seen in the Nephrology Clinic January 23, 2008.  Patient's workup for proteinuria has been negative with serologic tests and patient subsequently had a renal biopsy performed 01/28/08.  Biopsy report showed membranous nephropathy stage II with mild interstitial lymphocytic infiltrates with tubulitis consistent with interstitial nephritis and mild chronic tubal interstitial changes.  Since biopsy and last visit, patient reports improvement of his swelling.  Over the last week or so, patient does note feeling weak but denies fever, chills, night sweats, nausea, vomiting, or diarrhea.  No other acute issues at the time of this visit.

For past medical history, social history, surgical history, please refer to previous dictation.

Medications: Crestor 20, Atacand 2 mg, metolazone 2.5 mg b.i.d., potassium 10 mEq b.i.d., Lasix 80 mg b.i.d.

Allergies: Codeine.

Review of systems:  All systems are reviewed and are negative unless otherwise specified in history of present illness.

Physical exam:  Blood pressure 123/74, pulse 75, weight 85 kg.

Generally:  Patient is no apparent distress.

Lungs are clear to auscultation bilaterally.

Cardiovascular:  Regular rate and rhythm.  No murmurs, rubs, or gallops.

Abdomen:  Nontender, nondistended.  Positive bowel sounds.

Extremities:  Patient has trace to 1+ edema to the hips.

Labs:  Patient's most recent labs were 01/29/08:  Sodium 138, potassium 3.4, chloride 102, O2 33, BUN 18, creatinine 1.5, glucose 92, calcium 8.  CBC:  White count 5.8, hemoglobin 9.8, hematocrit 27.9, and platelets 218.

Assessment and plan:  A 49-year-old male with a past medical history significant for chronic kidney disease stage III with an estimated GFR of 52.8 with nephrotic-oriented proteinuria status post ultrasound- guided kidney biopsy January 28 and found to have membranous nephropathy.  1) Membranous nephropathy/proteinuria:  Patient is currently on ARB which is appropriate but, given the diagnosis of membranous nephropathy, patient is a candidate for treatment with CellCept for 6-12 months as well as prednisone for 3-6 months.  Recommend dosing for CellCept will be 500 mg p.o. b.i.d. and prednisone 40 mg p.o. q. day.  Prior to initiation of

medication, would like to rule out secondary causes of diabetic nephropathy which include malignancy and colon cancer. Patient does have a family history of colon cancer. Recommend obtaining colonoscopy to rule out this as secondary cause. If colonoscopy is negative, would recommend starting medication. Will hold off starting medication at this time as would prefer, given patient is a prisoner, that this treatment be initiated by staff physician and monitored by a prison physician as a patient on CellCept would require monitoring of his white count on a weekly to biweekly basis, and this cannot be accomplished given we do not have access to patient's labs. Therefore, for closer monitoring, will try to contact coordinator, Kelly Martinez, number 209-274-4911 ext. 6918, for this. 2) Chronic kidney disease: Estimated GFR 50. Likely secondary glomerular disease. Continue to monitor. Continue blood pressure management. Unclear if patient may have some improvement of kidney function with treatment of membranous disease. 3) Dyslipidemia: Patient is on a statin. 4) Diet: Recommend patient be on low protein .8mg/kg/day, low sodium renal diet.

Thank you for allowing us to partake in the care of this interesting patient.

Sincerely,


AKHENATON PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 03/27/2008 11:15 AM PST BY:

I have seen and examined the patient. I have reviewed Dr. Pappoe's history and verified it, I have repeated the physical exam and helped develop the assessment and plan.

THIS WAS ELECTRONICALLY SIGNED - 04/03/2008 9:25 AM PST BY:          BURL R DON, MD
PROFESSOR


AP:dlh(usa249)

D:   03/05/2008 10:42 PM
T:   03/06/2008 05:39 AM
C#:  3469492

**Final Copy**

**Transcription Type** | **ID** | **Date and Time** | **Author**
GI Letter (1114) | 8279725-2 | 4/3/2008 2:03 PM | PAPPOE, AKHENATON ALLOTEI

**This document replaces document 8279725-1**

**Document Text**

April 03, 2008  RE:  GORTON, CHARLES
MR#: 1882127
DOB: 04/30/1958
Date of Service: 03/26/2008

DR. SMITH
P.O. BOX 409099
IONE, CA 95640

Dear Dr. Smith:

Reason for Visit: Membranous nephropathy.

We had the pleasure of seeing our mutual patient, Mr. Charles Gorton, in nephrology clinic. As you may recall, this is a 49-year-old male with a past medical history significant for membranous nephritis confirmed by renal biopsy January 28, 2008, as well as hypertension and chronic kidney disease. He was last seen in nephrology clinic on February 13, 2008. At that time, the plan was to obtain a colonoscopy to rule out any underlying colon disease and start patient on CellCept for treatment of his membranous nephropathy.

Since last visit, patient reports being in a relatively good state of health. Reports improvement of his edema. Patient does note issues with his diet, as he is instructed to have a low-protein diet of 1 mg/kg per day of protein. Patient reports getting a high-protein diet. Patient reports no other issues. Patient notes being compliant with medications and generally feeling better.

For past medical history, social history, surgical history, please refer to previous dictation.

Medication: Crestor 20, Atacand 2 mg, metolazone 2.5 mg b.i.d., potassium 10 mEq b.i.d., Lasix 80 mg b.i.d.

Allergies: Codeine.

Review of Systems: All systems were reviewed and are negative unless otherwise specified in the history of present illness.

Physical Exam: Blood pressure 125/76. Pulse 74. Weight 90.1 kg. General: No apparent distress. Cardiovascular: Regular rate and rhythm. No murmurs, rubs, or gallops. Lungs: Clear to auscultation bilaterally. Abdomen: Nontender, nondistended, with positive bowel sounds. Extremities: Trace to 1+ pitting edema bilaterally.

Labs: From February 13, 2008, basic metabolic panel: Sodium 137, potassium 3.7, chloride 97, CO2 32, BUN 18, creatinine 1.5, glucose 100. Calcium 8.1, phos 3.8, magnesium 2.6.

Assessment and Plan: This is a 49-year-old male with a past medical history significant for chronic kidney disease, stage III, with estimated GFR of 52.8 with a diagnosis of membranous nephropathy by biopsy January 18, 2008. Returns to nephrology clinic for a followup.

1) Membranous nephropathy. Patient is currently on ARB, which is appropriate, but would like to initiate patient on treatment of CellCept for six to twelve months along with prednisone for treatment of his underlying membranous nephropathy. Prior to this treatment, would like to obtain a colonoscopy to rule out underlying malignancy, which could make membranous nephropathy secondary to colon cancer, given patient has family history of colon CA. If patient's colonoscopy is negative, would recommend patient being started on CellCept 500 mg p.o. b.i.d. and prednisone 40 mg p.o. q. day. Given patient is currently incarcerated, would feel more comfortable if patient's CBC was monitored at the prison as well as managing of medications of CellCept and prednisone also managed by prison physician, which can given patient closer followup. At this time, patient has not had a colonoscopy. I will put in the



request, as patient would need colonoscopy in the near future so he can be initiated on said treatment.

2) Chronic kidney disease. Estimated GFR of 52. This is likely secondary to patient's underlying glomerular disease. Continue to monitor. Patient's blood pressure is currently at goal. It was less than 130/80. Patient may recover some function after treatment of membranous nephropathy, but this is unclear at the time.

3) History of dyslipidemia. Patient is currently on Crestor. Continue to monitor. Defer to primary.

4) Issue with diet. Patient is to be on a low-protein, low-sodium renal diet. Low protein of 0.8 mg/kg per day and low sodium of 2 g per day.

Thank you for allowing us to participate in the care of this interesting patient.

Total consultation and counseling time was approximately 30 minutes with greater than 50% of the time spent on counseling on aspects of a low protein diet and salt restriction.

Sincerely,


AKHENATON PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 04/21/2008 10:37 PM PST BY:

I have seen and examined the patient with the Nephrology fellow, Dr. Pappoe. I subsequently reviewed, repeated and verified the key aspects of the history and exam. I agree with the findings and we developed the care of plan together as outlined above.

THIS WAS ELECTRONICALLY SIGNED - 04/22/2008 5:21 PM PST BY:        JOSE A MORFIN, MD, FASN
ASSISTANT CLINICAL PROFESSOR OF MEDICINE


AP:dmh(trs329)

D:  04/03/2008 02:03 PM
T:  04/03/2008 04:12 PM
C#: 3538939

## Office Visit

**Charles Gorton (MRN 1882127)**

### Selected Appointment

| | Provider | Department | |
|---|---|---|---|
| 07/30/2008 2:30 PM | Akhenaton Allotei Pappoe | Renal Acc | T43446 |

### Reason for Visit

**Follow Up With Specialist**
**Fatigue**
**Tremors**                                    times 3 weeks

### Visit Summary

**Vitals - Last Recorded**

| BP | Pulse | Temp (Src) | Ht | Wt | SpO2 |
|---|---|---|---|---|---|
| 108/74 | 109 | 37.5 °C (99.5 °F) (Oral) | 1.829 m (6') | 94.167 kg (207 lb 9.6 oz) | 100% |

Vitals History Recorded

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| No pain | | | |

### Transcription

| Type | ID | Date and Time | Author |
|---|---|---|---|
| Neph Referral Letter Ext (1412) | 8912569-1 | 8/6/2008 2:27 PM | PAPPOE, AKHENATON ALLOTEI |

This document replaces document 8912569

Document Text

```
        August 06, 2008  RE:  GORTON, CHARLES
          MR#: 1882127
          DOB: 04/30/1958
          Date of Service: 07/30/2008


        JEROME SMITH, MD
        P.O. BOX 409099
        IONE, CA 95640


        Dear Dr. Smith:

        Reason for consultation:  Membranous nephropathy and proteinuria.

        We had the pleasure of seeing our mutual patient, Mr. Charles Gorton, in
        Nephrology Clinic.

        As you recall, this is a 50-year-old male with a past medical history
        significant for a biopsy-proven membranous nephropathy and nephrotic
        syndrome.  Patient also has a history of chronic kidney disease stage II
        with estimated GFR of 64 based on his most recent creatinine of 1.6.
        Patient was last seen in Nephrology Clinic 03/26/08.  Since then, patient
        has been initiated on CellCept and prednisone per our recommendation for
        treatment of his membranous nephropathy.  Since that time, patient has
        tolerated his CellCept but is noted to have mild agitation, sleep
```

Aug 12 2008 03:30pm  P002/006
UCDMC CARDIOLOGY CLINI  Fax 9163703370
RECEIVED:  8/12/08 16:54;  ->MULE STATE PRISON;  #380; PAGE 2

Exhibit J-22

deprivation, and decreased energy level, as well as tremors, likely
secondary to his prednisone. Patient was initially started on 40 mg q.d.,
which was decreased to 30 mg q.d. Patient still reports symptoms of
tremulousness and insomnia. Patient also notes flare of his genital
herpes. Otherwise, patient is relatively stable but notes increased
facial swelling and no marked improvement in his generalized edema.

For past medical history, social history, surgical history, please refer
to previous dictations.

Medications: Fish oil 1000 mg b.i.d., Atacand 4 mg q.d., CellCept 500 mg
b.i.d., Crestor 20 mg q.d., Deep Sea nose spray, doxepin 10 mg q.h.s.,
fiber one to two tablets p.o. b.i.d., Lasix 80 mg q.d., metolazone 10 mg
q.d. p.r.n., multivitamin, calcium with vitamin D, prednisone 30 mg q.d.,
Prilosec 20 mg q.d., Klor-Con 30 mg q.d., hydroxyzine.

Allergies: Codeine.

Review of systems as per HPI, as well as decreased energy. Otherwise, the
rest of the review of systems is negative.

Physical exam: Blood pressure 108/74, temperature 37.5, pulse 109,
respiratory rate 97.2. General: He is in mild distress, with swelling of
the face. Patient also anxious. Cardiovascular: Tachycardia. No
murmurs, rubs, or gallops. Lungs: Clear to auscultation bilaterally.
Abdomen: Nontender, nondistended. Positive bowel sounds. Extremities:
2+ edema to the thighs.

Labs: Basic metabolic panel from 07/25/08: Sodium 135, potassium 3.4,
chloride 97, CO2 28, BUN 34, creatinine 1.26, glucose 113, calcium 8.2.
Albumin 2.4. Urinalysis with 3+ protein. Patient had a CBC from
07/02/08: Hemoglobin 12.3, hematocrit 35.3, white count 18.1, platelets
of 251.

Assessment and Plan: This is a 50-year-old male with a past medical
history significant for membranous nephropathy and chronic kidney disease
stage II with estimated GFR of 64 returns to the clinic for a follow-up
visit.

1. Membranous nephropathy. Patient is currently on angiotensin receptor
blocker and patient started on CellCept and prednisone April 2008 for
treatment of membranous nephropathy. Plan was for CellCept for
approximately 6-12 months, as well as with prednisone with eventual taper.
Would recommend obtaining a spot urine protein to creatinine ratio to
assess the amount of proteinuria and the possible effectiveness of
CellCept and prednisone therapy. If patient does not have improvement of
his proteinuria may recommend weaning off prednisone but will await lab
results. Patient's blood pressure is currently at goal. We continue
patient on rest of that regimen.

2. Chronic kidney disease stage with an estimated GFR of 64 secondary to
patient's membranous nephropathy. Continue to monitor. Patient's blood
pressure at goal. Patient may gain some recovery if CellCept and
prednisone treatment proves to be effective.

3. Hypertension. Patient's blood pressure is stable.

4. Anemia. Patient's H&H is currently stable.

5. Herpes flare. Patient reports recurrence of herpes. Will initiate

Aug 12 2008 03:30pm P003/006          UCDMC CARDIOLOGY CLIN) Fax 9167340310

RECEIVED:  8/12/08 16:55: ->MULE STATE PRISON! #380(: PAGE 3

patient on treatment of Valtrex for 10-12 days and continue with prophylaxis dose. Hopefully, patient is on immunosuppression.

6. Disposition. Patient is to return to clinic in approximately three months. Please fax all lab results to 916-734-6474 and also please obtain urine protein to creatinine ratio q. month with the rest of patient's standing lab orders.

Thank you for allowing us to participate in the care of this patient.

Sincerely,


AKHENATON PAPPOE, MD
FELLOW
DIVISION OF NEPHROLOGY
DEPARTMENT OF INTERNAL MEDICINE
THIS WAS ELECTRONICALLY SIGNED - 08/07/2008 11:33 AM PST BY:



BURL R DON, MD
PROFESSOR


AP:rbm(usa278)

D:  08/06/2008 02:27 PM
T:  08/07/2008 07:21 AM
C#: 3828919



Display transcription (8912569-1) on 8/6/2008 2:27 PM by PAPPOE, AKHENATON ALLOTEI only

Document history for transcription (8912569-1) on 8/6/2008 2:27 PM by PAPPOE, AKHENATON ALLOTEI

**Procedure Notes**

**Visit Notes**

**LASLY BRADLEY, LVN**   Wed Jul 30, 2008 2:28 PM
Vital signs taken, allergies verified, screened for pain. Lasly R Bradley, LVN


**All Flowsheet Templates (all recorded)**

AMBULATORY VITALS FLOWSHEET Flowsheet


**Instructions and Follow-Up**

**Patient Instructions**

None

**Follow-up and Disposition**

Return in about 3 months (around 10/30/2008) for membranous nephropathy.

Routing History Recorded


COPY - Protected Health Information - 08/12/2008 16:12:26-AC0365

Exhibit J-24



# EXHIBIT — "K"

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS**
**FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 · www.governmentclaims.ca.gov**

State of California

For Office Use Only .
Claim No.:

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

### Claimant Information

**1** Inmate Gorton, Charles, Robert

**2** Tel: N / A -

Last name     First Name     MI

**3** Claim Number (if known):    NEW

### Employment Information

**4** My occupation: Inmate with the Department of Corrections

My employer:   N/A

N/A       N/A
*Employer's Mailing Address*     City     State   Zip

My spouse's or partner's employer:   N/A

N/Aa
*Employer's Mailing Address*   N/A    City     State   Zip

**5** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **23**.

*Inmate Identification Number:*    T-43446

### Financial Information

**6** I am receiving financial assistance from one or more of the following programs.    ☐ Yes   ☒ No

If no, proceed to step **7** If yes, check all that apply, then skip to step **24**.

☐   SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐   CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐   Food Stamps

☐   County Relief, General Relief (GR), or General Assistance (GA)

**7** Number in my household and my gross monthly household income, if it is the following amount or less: N/A

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number:   0    Total Income:   00.00

If you checked a box in step **7** A through I, complete steps **9** through **15**. Then skip to step **24**.

**8** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.    ☒ Yes    ☐ No

If yes, fill in steps **9** through **24**.

## Government Claims Form
### California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

| For Office Use Only |
| --- |
| Claim No.: |

### Is your claim complete?

| | |
| --- | --- |
| x | *New!* Include a check or money order for $25 payable to the State of California. |
| | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| | Attach receipts, bills, estimates or other documents that back up your claim. |
| | Include two copies of this form and all the attached documents with the original. |

### Claimant Information

**❶** Inmate Gorton, Charles, Robert; T-43446  **❷** Tel: N/A
Last name     First Name     MI   **❸** Email: N/A

**❹** Mule Creek State Prison, P.O. Box - 409040; B7-243U   Ione   CA   95640-
Mailing Address     City     State   Zip

**❺** Best time and way to reach you: U.S. Mail

**❻** Is the claimant under 18?  ☒ Yes  ☐ No  If YES, give date of birth: 04 / 30 / 1958
                                                          MM   DD   YYYY

### Attorney or Representative Information

**❼** In Pro Per  **❽** Tel: N/A
Last name     First Name     MI   **❾** Email: N/A

**❿** Same As Above     N/A     N/A   N/A
Mailing Address     City     State   Zip

**⓫** Relationship to claimant:  Same

### Claim Information

**⓬** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ☒ No

State agency that issued the warrant:  N/A     If NO, continue to Step **⓭**

Dollar amount of warrant:  N/A   Date of issue: [  ] [  ] [  ]
                                                 MM   DD   YYYY
Proceed to Step **㉒**.

**⓭** Date of Incident: May 18, 2007

Was the incident more than six months ago?  ☒ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing? N/A  ☐ Yes  ☐ No

**⓮** State agencies or employees against whom this claim is filed:

California Department of Corrections: Dr. Hopkins, M.D.; Dr. Naseer, M.D.; Dr. Nale, M.D.
Medical Sub-Contractors: Doctor's Hospital, Manteca; U.C. Davis Medical Center, Sacramento

**⓯** Dollar amount of claim: To receive proper medical care, plus - $5,000,000.00

If the amount is more than $10,000, indicate the type  ☐ Limited civil case ($25,000 or less)
of civil case: Malpractice with Medical negligence  ☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

For future medical care such as dialysis, kidney transplant, as well as pain & suffering, Cruel and
Unusual Punishment..

Exhibit K-2

| 16 | Location of the incident: |
|----|---------------------------|
|    | Mule Creek State Prison |

| 17 | Describe the specific damage or injury: |
|----|------------------------------------------|
|    | See Attachment for full explanation and history |

| 18 | Explain the circumstances that led to the damage or injury: |
|----|--------------------------------------------------------------|
|    | See Attachment |

| 19 | Explain why you believe the state is responsible for the damage or injury: |
|----|-----------------------------------------------------------------------------|
|    | I am a State Prisoner who's entire life is dependent upon the actions of the Department of Corrections |

| 20 | Does the claim involve a state vehicle? | ☐ Yes | ☒ No |
|----|------------------------------------------|-------|------|
|    | If YES, provide the vehicle license number, if known: N/a | | |

## Auto Insurance Information

| 21 | N/A |
|----|-----|

*Name of Insurance Carrier*

| | | | | |
|---|---|---|---|---|
| *Mailing Address* | *City* | | *State* | *Zip* |
| Policy Number: | | Tel: | | |
| Are you the registered owner of the vehicle? | | | ☐ Yes | ☐ No |
| If NO, state name of owner: | | | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | | | ☐ Yes | ☐ No |
| Have you received any payment for this damage or injury? | | | ☐ Yes | ☐ No |
| If yes, what amount did you receive? | | | | |
| Amount of deductible, if any: | | | | |
| Claimant's Drivers License Number: | | Vehicle License Number: | | |
| Make of Vehicle: | Model: | | Year: | |
| Vehicle ID Number: | | | | |

## Notice and Signature

| 22 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72). |
|----|---|
| | *Charles Robert Dalton* (signature)  9/13/07 |
| | *Signature of Claimant or Representative*  *Date* |

| 23 | Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento. |
|----|---|

## For State Agency Use Only

| 24 | |
|----|---|
| *Name of State Agency* | *Fund or Budget Act Appropriation No.* |
| *Name of Agency Budget Officer or Representative* | *Title* |
| *Signature* | *Date* |

VCGCB-GC-002 (Rev. 8/04)

Exhibit K-3

While symptoms for my current medical condition were first noted back in 2/07, my condition wasn't officially diagnosed as "Acute Niphrodic Syndrome" until 6/18/07, by physicians at Doctor's Hospital in Manteca California. Since then I have been repeatedly warned that this condition is "Life Threatening" and must be dealt with quickly or it could become fatal.

Even with this warning, the California Department of Corrections medical are providers have treated this condition with deliberate indifference towards providing proper medical care. Doctors Hawkins, Nale, and Naseer, have each seen me for repeated visits. Each of them have admitted they have no professional idea as to what the cause for this condition is. Yet they have also provided no assistance to expedite my follow-up appointment to be seen by the Kidney Specialist at U.C. Davis medical Center in Sacramento. As of this date I have still not been attended to for proper medical care.

As detailed in my Directors Level Response (Inmate Appeal 602, Log# MCSP-B-07-01183), I was transported to U.C. Davis on 27 July, 2007 and briefly seen by a Doctor of Niphrology. Unfortunately, because Mule Creek State Prison had failed to send any of the test results from the prior visit at Doctor's Hospital, the Niphrologist stated he wouldn't be able to start any diagnosis or treatment. He did however, order a complete re-test blood draw. He said the results would take only 5 days to process, at which time I would receive a follow-up to discuss the next course of action. To date, it has been well over a month since those blood tests were taken and I still have not been seen by anyone.

On August 1, I was seen by Dr. Naseer (Mule Creek Prison Clinic), who informed me he couldn't find the Manteca test results anywhere in my medical

Exhibit K- 4

record. He then called the Records Clerk, Kelly Martinez, who said she would look into it.

On August 8, I was again seen by Dr. Naseer who informed me he still had no idea where my test results were and also stated he didn't have any idea whether or not I had been rescheduled for the follow-up appointment at U.C. Davis.

On August 15, I was seen by the on-site Nurse, R/N Cricket, because of my continued discomfort dealing with sever "Whole-body" adema. When I explained to R/N Cricket my concerns for my well-being, I broke down in tears of frustration because nothing was being done to help me. R/N Cricket then privately consulted with Dr. Naseer.

Upon his return, the R/N informed me that Dr. Naseer had prescribed a new medication (Metolazone 2.5mg) that would "thicken up my blood" with the hope it would allow my kidneys to begin filtering out the water retained in my body. R/N Cricket then advised me, "If I didn't see any results within a few days, to come back to the clinic."

R/N Cricket also informed me that the reason I had not been rescheduled back to U.C. Davis was because Dr.'s Hospital had "lost" my medical records and were in the process of attempting to find them. He said that U.C. Davis "couldn't" reschedule the follow-up until they had possession of those records. If that were true, why did U.C. Davis re-take all the required blood tests on 7/27/07?

Since then, I am forced to continue waiting for proper medical care. As a prisoner, I am at the mercy of the California Department of Corrections medical care physicians. I hold them primarily responsible for their blatant acts of deliberate indifference toward my continuing medical condition, Under Color of State Law. While they have it in their means to expedite the assurance of providing proper medical care, they continue prolonging my suffering with a no care attitude.

Exhibit K-5

Even though I have been experiencing relief from adema upon taking this newly prescribed medication (Metolazone), this is only a means of dealing with the physical symptoms of water retention. But the medical condition which is the actual underlying cause of this condition known as "Acute Niphrodic Syndrome" continues on. This is evident from my recent blood test ordered by Dr. Hawkins.

This deliberate prolonged waiting and watching attitude is nothing more than a cruel form of punishment, considering the fact that this institution has the means available to expedite transportation to U.C. Davis to begin the diagnostic process and ultimately the proper treatment for this disease.

Had this condition been experienced by any Staff member of the medical department here at this prison, their diagnosis and treatment would have been handled in an expedient manner by qualified medical care providers. This fact alone demonstrates prejudice.

It could be argued by the respondents that treatment was underway during my emergency admittance at Doctor's Hospital in Manteca. But that I had refused treatment. This argument would be false. After the second day of my admittance the attending R/N informed me that the battery of blood tests and the 24 hour urine test would take as long as 14 days to process the results. It was only after this that I had asked if I could be taken back to Mule Creek State Prison until the results were determined. As I was signing the discharge papers I again asked for reassurance for a follow-up appointment. But the follow-up never did happen.

In conclusion, due to the deliberate indifference to expedite proper medical treatment in a timely manner, there isn't any way to predict the long term extent of future medical complications due to these delays. Neither is there now any means to predict the extent permanent damage to the kidneys, or prevention of damage had proper treatment been administered in a timely

Exhibit K-6

manner. Nor whether this damage could have been prevented had treatment been administered earlier. This deliberate indifference was also blatantly demonstrated by Doctor B. Williams, Mule Creek Health Care Manager, when he attempted to undermine the urgency of my treatment, in comparison to "providing health care services for approximately 4000 inmates." (Second Level Appeal Response).

I am therefore seeking immediate transportation to U.C. Davis to commence the follow-up diagnosis and treatment. I am also seeking $5,000,000 dollars in damages for pain and suffering, which will also cover any future medical needs from this gross form of medical malpractice and incompetence.

Respectfully Submitted,

Charles R. Gorton; T-43446



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Charles Robert Gorton T43446
PO Box 409040
Ione, CA 95640

October 22, 2007

RE: Claim G570055 for Charles Robert Gorton, T43446

Dear Charles Gorton,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on September 18, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the December 13, 2007 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G570055 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

Exhibit K- _8_



GOVERNMENT CLAIMS PROGRAM
400 R Street, 5ᵗʰ Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Charles Robert Gorton T43446
PO Box 409040
Ione, CA 95640

December 19, 2007

RE: Claim G570055 for Charles Robert Gorton, T43446

Dear Charles Gorton,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on December 13, 2007.

If you have questions about this matter, please mention letter reference 118 and claim number G570055 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Laura Alarcòn, Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

"Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim." See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately".

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board (Board) in your court action unless the Board was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 118 Board Claim Rejection

Exhibit K-9

Creditor

EXAMIN.
...history
America

...........
...people
.... ....
.... ... ..
. .
attorney
Member

Member

# EXHIBIT – "L"

U.C. Davis Medical Center
Department of Nephrology
Dr. Hanieh Rad, M.D.
4150 "V" Street, Suite 3500
Sacramento, CA  95817-1418

re:  Patient Charles R. Gorton
     M/R #1882127

Dear Doctor Rad:

On July 27, 2007, you had seen me for a very brief moment, but due to not having any of my medical records/tests, you said that you could not offer any treatment.  Instead you ordered a full work up on my blood panel, informed me the results would take up to 5 days to process and then you would call me back for a follow-up appointment.

It has now been close to 4 months since that appointment and yet I am still waiting patiently to be seen by a qualified specialist.  Consequently my conditions are becoming worse.

I was last seen by my prison Physician, Dr. Naseer, just this last week who was kind enough to review my current blood and urine tests; drawn 11/1/07.  Dr. Naseer seemed quite concerned over the continued decay in my blood panel results and has mentioned that my follow up appointment with you is now been postponed until sometime in January 2008.

I am very concerned about this continued delay in diagnostics and lack of treatment.  Currently my treatment plan consists of a double dosage of Metolazone (10 mg), Furosemide/Lasics (160 mg), Micardis (20 mg), Crestor (20 mg), and Potassium HCl (2x - 10 MEQ Cap SA).  Besides the addition of Metolazone, another diuretic, this is the same treatment plan I've been on since May 2007.

What I find surprisingly interesting is, absolutely nothing has been done in the way of addressing the type of diet I'm still on.  The dinner salad dressing alone contains 420 mg Sodium.  The peanut butter, which is given in lunches 2 to 3 times per week, contains 240 mg of Sodium and 14grams protein.  Once a week, Top Ramen soups are served for lunch which contains in excess of 800mg of Sodium.

This doesn't even address the Sodium content that's added to the other meals.  Needless to say this doesn't leave too many options to sustain someone like myself, who avoids food containing Sodium and Protein.

When Dr. Naseer saw that the loss of protein in my blood has become increasingly lower, he considered placing me on a protein supplement.  However after he consulted his computer medical digest on Nephrotic Syndrome, he recanted stating additional protein intake would increase the uric acid in the blood serum; my uric acid levels are already in the upper range of normal.

Dr. Rad, this tells me I should be on a low sodium and low protein diet.  Why have you not written the prison concerning a special diet for me,

Exhibit L- /



especially when you told me you would during my last momentary visit?

Another thing I find questionable is on 10/31/07, P.A. Housley, another attending Physician at this prison, stated my current condition is permanent, that I'd better face the reality there isn't any means for reversing my current condition. P.A. Housley state my current treatment was ordered by you, Dr. Rad and you are fully aware of my current condition. Is that accurate? What I find questionable is, how anyone could prescribe any type of treatment program without having taken the time to examine me, diagnose my condition, discover the cause and corrective action.

Additionally, whatever happened to the results from the Blood Tests that were taken at U.C. Davis? Each time I've asked Dr. Naseer about these results he states they are not found in my prison medical records. Why haven't I been informed as to the outcome of these tests? Is it because the results found something abnormal? If that were the case, why have I not been referred for proper treatment?

In conclusion Dr. Rad, the real issue I see is I'm still in dire need of medical treatment from a qualified specialist. Yet, Dr. Naseer has stated these current delays have been made at the request of U.C.Davis Medical Center. Is that true?

As far as my condition being permanent or not, as I've been informed by Mule Creek State Prison medical staff, these continued delays to receive proper diagnosis and treatment will result in that exact outcome. Therefore, since my current condition is considered "Life Threatening", what is the real reason for these delays to receive proper medical care?

Due to the sensitive nature of this letter and being forced to send it through "Non-confidential" channels, this letter will be reviewed and scrutinized by Mule Creek State Prison. Hence I'll have no guarantee you'll receive it. In the event that you do not receive it in a timely manner, I have contacted my Attorney and have also sent him a copy.

I anxiously await your reply.

Sincerely,

Charles R. Gorton, T-43446

Mule Creek State Prison
P.O. Box - 409040; B8-147U
Ione, CA  95640-9040

Exhibit L-2

**EXHIBIT - "M"**

**SAN JOAQUIN GENERAL HOSPITAL**

**PROGRESS NOTES**

615712058 000993631
GOLDEN CHARLES
4001 HIGHWAY 104
BUENA VISTA      CA  95640
473071958 050  M/  24
5/28/08
DR BRESNAHAN, WILLIAM

Physician's
Begin Here

Registered Nurses
Begin Here

Technical & Others
Begin Here

5/28/08  GD

COLONOSCOPY TO CECUM REVEALED ONE
DIMINUTIVE POLYP TRANSVERSE WHICH WAS
REMOVED E BIOPSY FORCEPS, AND MODERATE
INTERNAL HEMORRHOIDS. RECOMMEND REPEAT
COLONOSCOPY FOR SURVEILLANCE IN ~ 5 YRS.

Exhibit M-/

PROOF OF SERVICE BY MAIL

I, Charles Robert Gorton, do declare:

That I am over the age of 18 years, am a party to the within cause of action, that I reside at Mule Creek State Prison, Ione, California, and I gave to prison Officials, for mailing, in indigent envelope with postage to be affixed thereto:

1983 CIVIL COMPLAINT (1 of 3 copies)
APPLICATION TO PROCEED IN FORMA PAUPERIS

to the following address:

Clerk of the Court
For the Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA  95814

I declare under penalty of perjury that the foregoing is true and correct and was executed on December 16, 2008, at Mule Creek State Prison, in Ione, California.

Charles Robert Gorton, T-48446

## PROOF OF SERVICE BY MAIL

I, Charles Robert Gorton, do declare:

That I am over the age of 18 years, am a party to the within cause of action, that I reside at Mule Creek State Prison, Ione, California, and I gave to prison Officials, for mailing, in indigent envelope with postage to be affixed thereto:

1983 CIVIL COMPLAINT
2 of 3 copies

to the following address:

Clerk of the Court
For the Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct and was executed on December 16, 2008, at Mule Creek State Prison, in Ione, California.

Charles Robert Gorton, T-43446