IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

        Plaintiff,               No. CIV S-08-3069 LKK GGH P

    vs.

TODD, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 24, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant H. Rad was returned unserved because "per Med Center, not employed, per CDC locator, not in database." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 26, 2009;

        2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for each defendant;

        b. Two copies of the endorsed complaint filed February 26, 2009; and

        c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: May 14, 2009

        /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
gort3069.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,                    No. CIV S-08-3069 LKK GGH P

   vs.

TODD, et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____      completed summons form

    _____      completed USM-285 forms

    _____      copies of the _____

                       Complaint/Amended Complaint

DATED:

                                                     _____
                                                            Plaintiff