IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,                    No. CIV S-08-3069 LKK GGH P

    vs.

TODD, et al.,

    Defendant.              <u>ORDER</u>

_____/

       On July 22, 2009, plaintiff filed a letter requesting information regarding the status of service of defendant Rad. The background to this request is as follows. On April 30, 2009, service as to defendant Rad was returned unexecuted. On May 15, 2009, the court granted plaintiff sixty days to submit further information for attempted re-service of defendant Rad. On May 27, 2009, defendant Rad filed an answer before the court ordered attempted re-service by the U.S. Marshal. Because defendant Rad answered, the court need not order the U.S. Marshal to attempt re-service.

       In the July 22, 2009, letter, plaintiff also requests information regarding serving discovery on defendant Rad. On May 28, 2009, the court issued a scheduling order stating that plaintiff could serve defendants Chin, Pappoe, Stevenson and Don with discovery requests not later than sixty days prior to September 18, 2009. In the July 22, 2009, letter, plaintiff seeks

1

information regarding when he may serve defendant Rad with discovery.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff and defendant Rad may conduct discovery upon each other until November 6, 2009; any motion to compel shall be filed by that date; all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

2. All pretrial motions regarding plaintiff's claims against defendant Rad, except motions to compel discovery, shall be filed on or before January 15, 2010. Motions shall be briefed in accordance with paragraph 7 of this court's order filed March 24, 2009.

3. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: August 3, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

gor3069.ord