```
Charles Robert Gorton, T-43446
Mule Creek State Prison
P.O. Box - 409040; BG-142L
Ione, CA  95640-9040

(pro se & in forma pauperis)
```

**ORIGINAL FILED**

SEP 0 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Charles Robert Gorton, ) | 2:08-CV-03069-LKK-GGH (PC) |
| Plaintiff, ) | PLAINTIFF'S MOTION TO IMPOSE |
| ) | A STAY TOWARDS DISCOVERY AND |
| v. ) | IMPOSE SANCTIONS |
| Todd, et al, ) | |
| Defendants. ) | |
| _____ ) | The Honorable Gregory G. Hollows |

Plaintiff, Charles Robert Gorton, proceeding in the above referenced action, MOVES this Court to impose a STAY on the scheduling of Discovery for Defendant's Rad, Chin, Stevenson, Don and Pappoe, and impose Sanctions against Defendant's Counsel, Ronald R. Lamb, for the following reasons:

1) On August 25, 2009, Plaintiff was served with "NOTICE OF UNAVAILABILITY OF COUNSEL, stating that counsel for the Defendants "will be unavailable for discovery and/or law and motion from September 1, 2009 through October 2, 2009 and the scheduling of motions and/or discovery to attempt to take advantage of opposing counsel's absence can warrant the imposition of sanctions." Counsel then references California State case law [Tenderloin Housing Clinic, Inc. v. Sparks, (1992) 8 Cal.App.4th 299, 305.]. (see Ex. A.)

2) On May 28, 2009, this Court issued its Discovery ORDER to conduct Discovery for Defendants Chin, Pappoe, Stevenson, and Don, until September 18, 2009. Additionally, on August 3, 2009, this Court opened up Discovery until November 6, 2009, for Defendant Rad.

3) Plaintiff has not finished his Discovery for the above listed

(1)

1  Defendants and will be seeking Motions to Compel for Objected Interrogatories
2  and Requests for Documents.
3     4)  Defendants Counsel, Ronald Lamb is therefore overriding this Courts
4  ORDER and imposing its own deadline for Discovery, and all matters of law and
5  Motions pertaining to this action.
6     Therefore as stated above, Plaintiff seeks the following:
7  A)  This court impose a STAY for Discovery until October 3, 2009, when
8  Defendants counsel plans to return to practice law and tend to matters of this
9  case.
10 B)  If this Court were to find Counsel's actions inappropriate and in
11 violation of this Court's Discovery scheduling order, Plaintiff requests
12 sanctions imposed for having to apply this order.
13 C)  This Court extend Plaintiff's time to serve Discovery upon said Defendants
14    The Court should take note that Plaintiff has notified defendant's
15 Counsel of his objection to this action.  See Exhibit - B
16    For the foregoing reasons, this Court should grant Plaintiff's Motion
17 for Stay on Discovery Scheduling and Sanctions against defendant's Counsel,
18 Mr. Lamb.
19 Dated: September 1, 2009
20
21 *[signature]*
   Charles Robert Gorton, L43446
22 //
23 //
24 //
25 //
26 //
27 //
28 //

(2)

EXHIBIT — A

| | |
|---|---|
| 1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | RONALD R. LAMB, BAR NO. 99396 |
| 2 | RLAMB@WILKEFLEURY.COM |
| | 400 Capitol Mall, Twenty-Second Floor |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 441-2430 |
| 4 | Facsimile: (916) 442-6664 |
| 5 | Attorneys for Defendants ANDREW CHIN, M.D., A |
| | PAPPOE, M.D., F. STEVENSON, M.D., BURL R. DON, |
| 6 | M.D. and HANIEH RAD, M.D. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ROBERT GORTON, | | Case No. 2:08-CV-03069-LKK-GGH (PC) |
| Plaintiff, | | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| v. | | |
| TODD, et al., | | |
| Defendants. | | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for Defendants ANDREW CHIN, M.D., A PAPPOE, M.D., F. STEVENSON, M.D., BURL R. DON, M.D. and HANIEH RAD, M.D. will be unavailable for discovery and/or law and motion from September 1, 2009 through October 2, 2009 and the scheduling of motions and/or discovery to attempt to take advantage of opposing counsel's absence can warrant the imposition of sanctions. [*Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299, 305.]

///
///
///
///
///

1 | DATED: August 24, 2009.　　　　WILKE, FLEURY, HOFFELT,
　　　　　　　　　　　　　　　　　　GOULD & BIRNEY, LLP

　　　　　　　　　　　　　　　　　　By: /s/ Ronald R. Lamb
　　　　　　　　　　　　　　　　　　　　RONALD R. LAMB
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　ANDREW CHIN, M.D., A PAPPOE,
　　　　　　　　　　　　　　　　　　　　M.D., F. STEVENSON, M.D., BURL R.
　　　　　　　　　　　　　　　　　　　　DON, M.D. and HANIEH RAD, M.D.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

Notice of Unavailability of Counsel
460092.1

- 2 -

2:08-CV-03069-LKK-GGH (PC)

## PROOF OF SERVICE

I, Roxine Andrade, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, Twenty-Second Floor, Sacramento, California 95814. On August 24, 2009, I served a copy of the within document(s):

**NOTICE OF UNAVAILABILITY OF COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**CHARLES R. GORTON, T-43446**  **Stephen C. Pass**
**Mule Creek State Prison**          **Deputy Attorney General**
**P.O. Box 409040; B10-116L**       **P.O. Box 944255**
**Ione, CA 94540-9040**              **Sacramento, CA 94244-2550**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 24, 2009, at Sacramento, California.

*Roxine Andrade*
Roxine Andrade



August 25, 2009

Ronald R. Lamb
Attorney at Law
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814

RE:  Your NOTICE OF UNAVAILABILITY dated 8/24/09
     2:08-CV-03069-LKK-GGH (PC)

Dear Mr. Lamb:

    This letter is specifically to object to your above referenced NOTICE for the following reasons:

    1)  On May 28, 2009, this Court issued its Discovery ORDER to conduct Discovery for Defendants Chin, Pappoe, Stevenson, and Don, until September 18, 2009. Additionally, on August 3, 2009, this Court opened up Discovery until November 6, 2009, for Defendant Rad.

    2)  Plaintiff has not finished his Discovery for the above listed Defendants and will be seeking Motions to Compel for Objected Interrogatories and Requests for Documents.

    3)  You are effectively overriding this Courts ORDER and imposing your own deadline for Discovery, and all matters of law and Motions pertaining to this action.

    4)  You are implementing California State case law in a Federal Civil action. Hence you have no judicial merit for your claim.

    If you persist in this plan and take leave for whatever reason, preventing me from pursuing this case as ordered by this Court, I will be forced to notify this Court and request the imposition of sanctions against you and the Defendants at UCD.

Respectfully,

Charles R. Gorton, T-43446

Mule Creek State Prison
P.O. Box - 409040; BG-142L
Ione, CA  95640-9040

## PROOF OF SERVICE BY U.S. MAIL

I, Charles Robert Gorton, do declare:

That I am over the age of 18 years, am a party to the within cause of action, that I reside at Mule Creek State Prison, Ione, California, and I gave to prison officials for mailing, in an indigent envelope, with postage to be affixed thereto:

PLAINTIFF'S MOTION TO IMPOSE A STAY TOWARDS DISCOVERY AND
IMPOSE SANCTIONS

to the following address:

> Eastern District Court of California
> Clerk of the Court D.A.G.
> 501 "I" Street; Suite 4-200
> Sacramento, CA   95814
>
> Attorney General of California
> Stephen C. Pass; D.A.G.
> 1300 "I" Street, Ste 125
> P.O. Box - 944255
> Sacramento, CA   94244-2500
>
> Ronald R. Lamb
> Attorney at Law
> 400 Capitol Mall, 22nd Floor
> Sacramento, CA   95814

I declare under penalty of perjury that the foregoing is true and correct and was executed on September 1, 2009, at Mule Creek State Prison, in Ione, California

_____
Charles Robert Gorton, T-43446