IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,        No. CIV S-08-3069 LKK GGH P

  vs.

TODD, et al.,

    Defendants.      <u>ORDER</u>

_____/

        On December 9, 2009, plaintiff was granted twenty-eight days from the date of the order to file his opposition to defendants' summary judgment motion. On December 14, 2009, plaintiff filed a motion for a ten day extension of time to file his opposition. On December 15, 2009, plaintiff filed his opposition. Because plaintiff's opposition was filed within twenty-eight days of December 9, 2009, plaintiff's December 14, 2009, motion for extension of time is denied as unnecessary.

        On January 14, 2010, plaintiff's motion to compel was granted in part and defendants were ordered to file supplemental responses to two discovery requests within fourteen days. Plaintiff may file a supplemental motion based on the two supplemental responses within twenty-eight days of the date of this order.

1   On December 15, 2009, and December 18, 2009, plaintiff filed motions for the
2   appointment of a court appointed medical expert. At this time, appointment of a medical expert
3   is not warranted. Fed. R. Evid. 706. Accordingly, plaintiff's motions are denied.
4   IT IS HEREBY ORDERED that:
5   1. Plaintiff's December 14, 2009, request for an extension of time (Docket No.
6   52) is denied as unnecessary;
7   2. Plaintiff may file a supplemental motion based on the supplemental responses
8   to his discovery requests within twenty-eight days of the date of this order;
9   3. Plaintiff's motions for appointment of a medical expert (Docket Nos. 53 and
10  61) are denied.
11  DATED: January 21, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
gort3069.36sec