1  Charles R. Gorton, T-43446
   Mule Creek State Prison
2  P.O. Box - 409040; BGym-142L
   Ione, CA  95640-9040
3
   (pro se & in forma pauperis)



ORIGINAL FILED

MAY -7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Charles Robert Gorton      )
                           )   2:08-CV-03069-LKK-GGH(PC)
           Plaintiff,      )
                           )   PLAINTIFF'S MOTION TO STAY
       v.                  )   DEFENDANT' MOTION FOR
                           )   SUMMARY JUDGMENT
Todd, et al,               )
                           )
           Defendants.     )
_____)   The Honorable Gregory G. Hollows

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN**, that Charles Robert Gorton, ("Plaintiff"), files his Motion to Stay Defendants, R. Hawkins, M.D.; K. Martinez, R.N.; B. Nale, M.D.; S. Naseer, M.D.; C. Smith, M.D.; K. Todd, P.A.; B. Williams, M.D., motion for summary judgment. This motion for summary judgment was filed by defendants on April 30, 2010 and was served on Plaintiff May 4, 2010. Plaintiff hereby justifies his motion on the following basis:

On December 11, 2008, Plaintiff filed with this court his 42 U.S.C. §1983, Civil Rights Complaint against defendants Todd, Martinez, Hawkins, Smith, Nale, and Williams, who are State employees at Mule Creek State Prison ("MCSP"). Additional defendants listed in this complaint are; H. Rad, M.D.; A.I. Chin, M.D.; A. Pappoe, M.D.; Stevenson, M.D.; and B.R. Don, M.D., all of whom were employees at U.C. Davis Medical Center (Sacramento, California).

-1-

1   This complaint was filed in the Eastern District Federal Court of California,
2   on December 18, 2008 and assigned to the Honorable Magistrate Gregory G.
3   Hollows on December 23, 2008.

4   On May 28, 2009, this court issued its ORDER to proceed with Discovery
5   and Scheduling ORDER on defendants; Chin, Pappoe, Stevenson and Don.

6   On August 3, 2009, this court issued its ORDER to proceed with Discovery
7   and Scheduling ORDER on defendant Rad.

8   On August 17, 2009, Plaintiff was deposed by U.C. Davis' defendants
9   counsel R. Lamb. During this deposition, counsel for Mule Creek State Prison
10  defendants, S. Pass, Deputy Attorney General, also took the liberty to depose
11  Plaintiff.

12  On August 21, 2009, Plaintiff filed an objection and motion for sanctions
13  against Attorney R. Lamb for failure to inform him that he would also be
14  deposed by defendants for MCSP. At that time Plaintiff brought to the court's
15  attention that this court had not issued any ORDER opening Discovery against
16  MCSP defendants. (motion of Objection; pg. 2, pp. 20-21.)

17  In this courts ORDER regarding Plaintiff's complaint, the court denied
18  the motion, but stated, "In pending motion...to his depostion by Mr.
19  Pass...Plaintiff may object to use of his deposition when it is introduced as
20  evidence in this action." (Order of Court; pg. 1, pp. 20-24.)

21  On May 4, 2010, Plaintiff was served with a Motion For Summary Judgment
22  by Mr. Pass. Within this motion, Mr. Pass has utilized the above referenced
23  deposition as supporting evidence against Plaintiff.

24  In accordance with Rule 56(f), of the Federal Rules of Civil Procedure,
25  Plaintiff hereby again objects to this motion for on the grounds that
26  Plaintiff has not been granted any ORDER for Discovery on MCSP defendants and
27  placed Plaintiff in an unfair disadvantage to oppose defendants summary
28  judgment. Additionally, both the 2nd and 9th Circuit courts have held that,

1  "A court should not grant summary judgment against a party who has not had an
2  opportunity to pursue discovery..." Salahuddin v. Coughlin, (2nd Cir. 1993)
3  998 F.2d 306, 309-10; Klingele v. Eikenberry, (9th. Cir. 1988) 849 F.2d 409,
4  412-13.

Therefore Plaintiff motions this court to place a STAY on defendants motion for summary judgment until such time that Plaintiff has been granted an order to proceed with discovery against MCSP defendants. For the above listed reasons this court should GRANT Plaintiff's Motion to Stay Summary Judgment.

### DECLARATION

I, Charles Robert Gorton, hereby declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2010, at Mule Creek State Prison, in Ione, California.

Dated: May 5, 2010

_____
Charles Robert Gorton, T-43446