IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

     Plaintiff,                             No. CIV S-08-3069 LKK GGH P

    vs.

TODD, et al.,

     Defendant.                       <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently pending are plaintiff's motion for subpoenas (Doc. 77) and two motions to compel (Docs. 80, 81).

        Plaintiff's motions to compel concern plaintiff's attempts to send his objections regarding a prior findings and recommendations, to all parties in this case.  Plaintiff states that the prison mailroom will not let him send out copies to all parties.  The court notes that plaintiff's objections were timely and properly served on the court.  To the extent that Attorney Ronald Lamb who represents several of the defendants on this case was not sent a copy of the objections, the court will direct Attorney Lamb to view the objections (Doc. 78) on the court's electronic filing system.  Therefore plaintiff need not send out additional copies of the objections and the motions to compel are denied as moot.

1

Plaintiff requests subpoenas for non parties to produce documents and plaintiff has provided two properly filled out subpoenas duces tecum. As plaintiff has described the items to be produced with reasonable particularity and they are relevant to the case the court will order the United States Marshall to serve the subpoenas. See Fed. R. Civ. P. 34(c), 45(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel (Docs. 80, 81) are denied.

2. Plaintiff's motion for subpoenas is granted (Doc. 77);

3. The Clerk of the Court is directed to issue the subpoenas duces tecum and forward them to the United States Marshal;

4. The United States Marshal is directed to promptly effect service of plaintiff's subpoenas.

DATED: July 20, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
gort3069.ord3