1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES ROBERT GORTON,

11           Plaintiff,                    No. CIV S-08-3069 LKK GGH P

12       vs.

13   TODD, et al.,

14           Defendant.              ORDER

15   _____/

16           Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

17   1983.  On June 8, 2010, the undersigned issued findings and recommendations that summary

18   judgment be granted for certain defendants (UC Defendants).  On September 29, 2010, the

19   Honorable Lawrence K. Karlton declined to adopt the findings and recommendations.  Judge

20   Karlton also stated that attempts would be made to find volunteer counsel to represent plaintiff

21   and that discovery may be reopened with respect to the UC Defendants.

22           Discovery is currently pending with respect to other defendants (Prison

23   Defendants) in this case and plaintiff has filed 7 motions to compel.  Docs. 84-89, 93.  As

24   counsel may be appointed to represent plaintiff and discovery reopened with respect to the UC

25   Defendants, it would be a poor use of the limited judicial resources in this district to proceed

26   with the pending discovery motions for the Prison Defendants, only to repeat the same process

1    for the UC Defendants if counsel is appointed.  Moreover, counsel might desire also to reopen

2    discovery against the Prison Defendants and might withdraw the motions against the Prison

3    Defendants.

4              Therefore, plaintiff's pending discovery motions are vacated, until a final

5    determination is made concerning the appointment of counsel by the District Judge.  Plaintiff's

6    motions to appoint a medical expert and counsel are also vacated while the search for counsel

7    continues.  Should counsel not be appointed the court will address these motions.

8              Accordingly, IT IS HEREBY ORDERED that:

9              1.  Plaintiff's motions to compel, Docs. 84, 85, 86, 87, 88, 89 and 93, are vacated;

10             2.  Plaintiff's motions, Docs. 94, 99, are vacated.

11   DATED: October 7, 2010

12                                             /s/ Gregory G. Hollows

13                                             UNITED STATES MAGISTRATE JUDGE

14
     GGH: AB
15   gort3069.vac

16

17

18

19

20

21

22

23

24

25

26