UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

      Plaintiff,

    v.                            NO. CIV. S-08-3069 LKK/GGH P

TODD, et al.,                         O R D E R

      Defendants.
_____/

      On August 11, 2010, the court issued an order referring this case to the King Hall Civil Rights Clinic ("Clinic"). Specifically, the court sought limited representation for plaintiff on the issue of whether he is entitled to a medical expert. On September 10, 2010, the Clinic notified the court that it is declining to represent plaintiff. On September 29, 2010, the court issued an order indicating that it was seeking to find other volunteer counsel. The court has recently found volunteer counsel for plaintiff.

      The court finds as follows:

      (1)  On December 18, 2008, plaintiff filed an application to proceeding in forma pauperis, which the Magistrate Judge

1

1       granted on January 26, 2009. In this application,
2       plaintiff declared that he earned $0.10 per hour, did
3       not receive money from any sources, and had $450 in a
4       checking or savings account. An authorized officer
5       certified that plaintiff had no money on account to his
6       credit and that his average monthly balance was $1.57.
7       Thus, plaintiff's income is 125 percent or less of the
8       current poverty threshold established by the Office of
9       Management and Budget of the United States and is
10      otherwise without resources to obtain counsel.
11  (2) This case is of a type that attorneys in this district
12      ordinarily do not accept without prepayment of a fee.
13  (3) This case is not a fee generating case within the
14      meaning of California Business and Professions Code §
15      8030.4(g).
16  (4) This case has sufficient merit to warrant appointment
17      pursuant to General Order No. 230.
18  Therefore, this court orders as follows:
19  (1) Nicholas Short and Dean Morehous are appointed as
20      attorneys for plaintiff pursuant to General Order No.
21      230.
22  (2) All contemplated costs shall be handled as described in
23      General Order 230.
24  ////
25  ////
26  ////

2

(3) A status conference shall be held on January 10, 2011 at 10:30 a.m. All parties shall file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: November 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3