UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES R. GORTON,

        NO. CIV. S-08-3069 LKK/GGH P

    Plaintiff,

  v.

K. TODD, et al.,

    Defendants.

_____/

On January 10, 2011, the court held a status conference in the above captioned case. Upon agreement of the parties, the court ORDERS as follows:

    (1) Counsel for defendants Rad, Chin, Pappoe, Stevenson, and Don SHALL PROVIDE appointed, limited representation plaintiff's counsel all discovery no later than thirty (30) days from the issuance of this order.

    (2) Plaintiff SHALL FILE a motion on whether the denial of plaintiff's request for an expert witness offends his constitutional rights no later than sixty (60) days

1

1         thereafter.
2     (3) Defendants SHALL RESPOND to the motion no later than
3         thirty (30) days thereafter.
4     (4) Plaintiff MAY FILE a reply twenty (20) days thereafter.
5     (5) The motion SHALL BE HEARD on June 20, 2011 at 10:00 a.m.
6     IT IS SO ORDERED.
7     DATED:  January 11, 2011.

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2