IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,          No. CIV S-08-3069 LKK GGH P

    vs.

TODD, et al.,

    Defendant.          <u>ORDER</u>

_____/

        Plaintiff is proceeding with appointed counsel with a civil rights action pursuant to 42 U.S.C. § 1983. When plaintiff was still proceeding pro se he filed several discovery requests that the undersigned vacated in light of the appointment of counsel. See Doc. 101, October 7, 2010. Plaintiff filed an additional motion for the return of medical records that the undersigned was unaware of when the order vacating the motions was docketed. Doc. 100. As all other discovery motions were vacated and as plaintiff is now proceeding with counsel, plaintiff's motion for the return of medical records is vacated.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the return of medical records (Doc. 100) is vacated.

DATED: August 17, 2011

                                     /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

GGH: AB
gort3069.vac(2)

1