Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ROBERT GORTON | Case No. 2:08-CV-03069-LKK-GGH (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |
| v. | |
| TODD, et al. | The Honorable Lawrence K. Karlton |
| Defendants. | Amended Complaint Filed: February 26, 2009<br>Trial Date:  None Set |

Having reviewed Plaintiff's Request to Seal Documents pertaining to Plaintiff's Request for Authority to Incur Costs (Appointed Counsel) and Request for Payment, and for good cause shown, the Court hereby GRANTS the Request to Seal Documents as it pertains to confidential information and attorney work-product and directs the Clerk to file under seal all three (3) pages of the following: Request for Authority to Incur Costs (Appointed Counsel) and Request for Payment.

**IT IS SO ORDERED.**

Dated:  August 30, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS
CASE NO. 2:08:-CV-03069-LKK-GGH (PC)

SF:317777.1