Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Jocelyn M. Wang (SBN: 267937)
jmwang@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT GORTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD, et al.<br><br>　　　　　Defendants. | **Case No. 2:08-CV-03069-LKK-GGH (PC)**<br><br>**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**<br><br>The Honorable Lawrence K. Karlton<br><br>Amended Complaint Filed: February 26, 2009<br>Trial Date:  February 20, 2013 |

## PART I

I, Nicholas Short, attorney for Charles Robert Gorton ("Plaintiff") declare as follows:

I was appointed to represent Plaintiff in this action on November 3, 2010 by the Honorable Lawrence K. Karlton, United States District Judge.  I believe that the following course of action is necessary to the prosecution of this action: further consultation with nephrologist David Lovett, M.D. in connection with the preparation of his expert report and expert discovery, and preparation for his deposition.

On August 29, 2011, I filed a Request for Authority to Incur Costs (Appointed Counsel) and Request for Payment ("Request") with this Court in the amount of $3,750.  At this time, the

requested funds have been incurred (see chart below) for the purposes set forth in the August 29, 2011 Request. I have made reasonable inquiry and believe that it is necessary to incur additional costs for the purposes stated above, and that the cost of the course of action will not exceed $7500. Should this case proceed to trial, however, it will become necessary to incur additional costs for the expert's trial preparation and attendance, and I will submit another request at that time.

I therefore request that this court authorize the expenditure, in an amount not to exceed that stated above, for the completion of this contemplated course of action.

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
| --- | --- | --- |
| $3,750 | Consultation with nephrologist; preparation of report | $2750 paid $1000 incurred and billed |

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 16th day of May, 2012 in San Francisco, California.

WINSTON & STRAWN LLP


By:  /s/ Nicholas Short
     Nicholas Short
     Attorney for Plaintiff

Pursuant to General Order 230 (E.D. Cal. May 17, 1988), the above expenditure is:

__x__   Approved.

_____   Disapproved.


Dated: May 21, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT
CASE NO. 2:08-CV-03069-LKK-GGH (PC)

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

## **PART II**

To the clerk of the above-entitled court:

I declare under the penalty of perjury that I have completed the action contemplated above, that I have incurred actual cost in the amount of $_____, and that I have paid that cost.

I therefore request reimbursement of this cost. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed this \_\_\_ day of _____, 2012, at San Francisco, California.

WINSTON & STRAWN LLP


By: _____
Nicholas Short
Attorney for Plaintiff

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802