Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Jocelyn M. Wang (SBN: 267937)
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ROBERT GORTON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD, et al.<br><br>　　　　Defendants. | Case No. 2:08-CV-03069-LKK-GGH (PC)<br><br>**PLAINTIFF CHARLES ROBERT GORTON'S MID-LITIGATION STATEMENT**<br><br>Dept: 4<br>The Honorable Lawrence K. Karlton<br><br>Amended Complaint Filed:  February 26, 2009<br>Trial Date:  February 20, 2013 |

Pursuant to this Court's Scheduling Order (Dkt. No. 129, p. 5), Plaintiff Charles Robert Gorton, by and through his attorneys, hereby files this Mid-Litigation Statement with the Court. This Mid-Litigation Statement has been served on all parties.

### Law and Motion Practice

Mr. Gorton filed the initial complaint *pro se* on December 18, 2008.  Before Winston & Strawn entered the case, the parties engaged in the following law and motion practice:

　　1.　　Plaintiff's Motion of Objection and Demand for Sanctions, filed August 21, 2009

(Dkt. No. 29)

        a.     Denied by Order dated September 14, 2009 by Magistrate Judge Hollows (Dkt. No. 35)

    2.     Plaintiff's Motion for Court Appointed Counsel, filed August 27, 2009 (Dkt. No. 30)

        a.     Denied by Order dated September 14, 2009 by Magistrate Judge Hollows (Dkt. No. 35)

    3.     Plaintiff's Motion to Stay Discovery, filed September 1, 2009 (Dkt. No. 31)

        a.     Denied by Order dated November 17, 2009 by Magistrate Judge Hollows (Dkt. No. 43)

    4.     Plaintiff's Motion to Compel Discovery and Impose Sanctions, filed September 21, 2009 (Dkt. No. 36)

        a.     Denied by Order dated December 9, 2009 by Magistrate Judge Hollows (Dkt. No. 51)

    5.     Plaintiff's Motion for Extension of Time to Conduct Discovery, filed September 21, 2009 (Dkt. No. 37)

        a.     Denied by Order dated November 17, 2009 by Magistrate Judge Hollows (Dkt. No. 43)

    6.     U.C. Davis Defendants' Motion for Summary Judgment, filed November 6, 2009 (Dkt. No. 41)

        a.     Amended by Docket Number 49

    7.     Plaintiff's Motion to Vacate Defendant Motion for Summary Judgment, filed November 16, 2009 (Dkt. No. 44)

        a.     Denied by Order dated December 9, 2009 by Magistrate Judge Hollows (Dkt. No. 51)

    8.     Plaintiff's Motion for Extension of Time, filed November 19, 2009 (Dkt. No. 46)

        a.     Granted by Order dated December 9, 2009 by Magistrate Judge Hollows (Dkt. No. 51)

9. Plaintiff's Amended Motion for Extension of Time, filed November 20, 2009 (Dkt. No. 48)

    a. Granted by Order dated December 9, 2009 by Magistrate Judge Hollows (Dkt. No. 51)

10. U.C. Davis Defendants' Amended Motion for Summary Judgment, filed November 24, 2009 (Dkt. No. 49)

    a. Granted by Findings and Recommendations dated June 7, 2010 by Magistrate Judge Hollows (Dkt. No. 75)

    b. Denied by Order dated September 29, 2010 by Judge Karlton (Dkt. 97)

11. Plaintiff's Motion for Extension of Time to File Opposition to Summary Judgment, filed December 14, 2009 (Dkt. No. 52)

    a. Denied by Order dated January 21, 2010 by Magistrate Judge Hollows (Dkt. No. 69)

12. Plaintiff's Second Motion to Compel Discovery, filed December 15, 2009 (Dkt. No. 58)

    a. Granted by Order dated January 14, 2010 by Magistrate Judge Hollows (Dkt. No. 68)

13. Plaintiff's Motion for Court Appointed Medical Expert Witness and Motion for Continuance, filed December 15, 2009 (Dkt. No. 53)

    a. Denied by Order dated January 21, 2010 by Magistrate Judge Hollows (Dkt. No. 69)

14. Plaintiff's Motion for Court Appointed Medical Expert Witness and Motion for Continuance, filed December 18, 2009 (Dkt. No. 61)

    a. Denied by Order dated January 21, 2010 by Magistrate Judge Hollows (Dkt. No. 69)

15. State Defendants' Motion for Summary Judgment, filed April 30, 2010 (Dkt. No. 71)

    a. Vacated by Order dated May 21, 2010 by Magistrate Judge Hollows (Dkt. No.

74)

16. Plaintiff's Motion to State Defendant's Motion for Summary Judgment, filed May 7, 2010 (Dkt. No. 72)

    a. Vacated by Order dated May 21, 2010 by Magistrate Judge Hollows (Dkt. No. 74)

17. Plaintiff's Motion for Extension of Time to File Opposition to Summary Judgment, filed May 19, 2010 (Dkt. No. 73)

    a. Denied by Order dated May 21, 2010 by Magistrate Judge Hollows (Dkt. No. 74)

18. Plaintiff's Motion to Serve Subpoena Upon Quest Diagnostics, Inc. and U.C. Davis Medical Center, filed June 10, 2010 (Dkt. No. 77)

    a. Granted by Order dated July 20, 2010 by Magistrate Judge Hollows (Dkt. No. 82)

19. Plaintiff's Motion to Compel Mule Creek State Prison to Send Plaintiff's Objections to U.C. Davis Medical Center Defendant's Attorney Ronald R. Lamb, filed July 7, 2010 (Dkt. No. 80)

    a. Denied by Order dated July 20, 2010 by Magistrate Judge Hollows (Dkt. No. 82)

20. Plaintiff's Motion to Compel Mule Creek State Prison to Send Plaintiff's Objections to U.C. Davis Medical Center Defendant's Attorney Ronald R. Lamb, filed July 7, 2010 (Dkt. No. 81)

    a. Denied by Order dated July 20, 2010 by Magistrate Judge Hollows (Dkt. No. 82)

21. Plaintiff's Motion to Compel Interrogatory Discovery from Defendant Martinez, R/N, filed August 10, 2010 (Dkt. No. 89)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

22. Plaintiff's Motion to Compel Interrogatory Discovery from Defendant Todd, P.A., filed August 10, 2010 (Dkt. No. 88)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

23. Plaintiff's Motion to Compel Interrogatory Discovery from Defendant Williams, M.D., filed August 10, 2010 (Dkt. No. 87)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

24. Plaintiff's Motion to Compel Interrogatory Discovery from Defendant Nale, M.D., filed August 10, 2010 (Dkt. No. 86)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

25. Plaintiff's Motion to Compel Interrogatory Discovery from Defendant Hawkins, M.D., filed August 10, 2010 (Dkt. No. 85)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

26. Plaintiff's Motion to Compel Requests for Production of Documents from Defendant Williams, M.D., filed August 10, 2010 (Dkt. No. 84)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

27. Plaintiff's Motion to Compel Discovery from U.C. Davis Medical Center, filed August 20, 2010 (Dkt. No. 93)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

28. Plaintiff's Motion to Provide Plaintiff with Court Appointed Medical Expert Witness, filed August 26, 2010 (Dkt. No. 94)

    a. Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt.

No. 101)

29.   Plaintiff's Motion for Appointment of Counsel, filed October 4, 2010 (Dkt. No. 99)

    a.   Vacated by Order dated October 7, 2010 by Magistrate Judge Hollows (Dkt. No. 101)

30.   Plaintiff's Motion for Defendant's Counsel Ronald R. Lamb to Return Plaintiff's Psychological Records, filed October 5, 2010 (Dkt. No. 100)

    a.   Vacated by Order dated August 18, 2011 by Magistrate Judge Hollows (Dkt. No. 119)

Since Winston & Strawn LLP's appointment as counsel by Order of this Court dated November 3, 2010 (Dkt. No. 105), the parties have engaged in the following law and motion practice:

31.   Plaintiff's Motion for Reconsideration by the District Court of the Magistrate Judge's Rulings Regarding Expert Testimony, filed April 11, 2011 (Dkt. No. 111)

    a.   Granted by Order dated June 29, 2011 by Judge Karlton (Dkt. No. 117)

Since this Court's Scheduling Order dated September 22, 2011 (Dkt. No. 125), the parties have not engaged in any law and motion practice to date. No motions are pending before the Court.

**Anticipated Motions**

Prior to the close of law and motion on August 19, 2012, Plaintiff may file a motion to amend the complaint pursuant to Federal Rule of Civil Procedure 15. The motion shall be timely noticed. Plaintiff does not, at this time, anticipate filing any summary judgment or other motions other than pre-trial motions, such as motions *in limine*, before trial.

**Other Filings**

Plaintiff also anticipates filing with this Court the parties' Stipulation and [Proposed] Order for Voluntary Dismissal of the U.C. Davis Defendants.

| | |
|---|---|
| Dated: June 5, 2012 | WINSTON & STRAWN LLP |

By: ____/s/ Nicholas W. Short____
Dean A. Morehouse
Nicholas W. Short
Jocelyn M. Wang
Attorneys for Plaintiff
CHARLES ROBERT GORTON