1  Dean A. Morehous (SBN: 111841)
   dmorehous@winston.com
2  Nicholas W. Short (SBN: 253922)
   nshort@winston.com
3  Jocelyn M. Wang (SBN: 267937)
   jmwang@winston.com
4  Winston & Strawn LLP
   101 California Street, Suite 3900
5  San Francisco, CA  94111-5802
   Telephone:    (415) 591-1000
6  Facsimile:    (415) 591-1400

7  Attorneys for Plaintiff,
   CHARLES ROBERT GORTON

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11                      **SACRAMENTO DIVISION**

12

13  CHARLES ROBERT GORTON          )    **Case No. 2:08-CV-03069-LKK-GGH (PC)**
                                    )
14             Plaintiff,          )    **ORDER GRANTING STIPULATION FOR**
                                    )    **VOLUNTARY DISMISSAL OF THE U.C.**
15        v.                       )    **DAVIS DEFENDANTS**
                                    )
16  TODD, et al.                   )    The Honorable Lawrence K. Karlton
                                    )
17             Defendants.         )    Amended Complaint Filed: February 26, 2009
                                    )
18                                 )    Trial Date:  February 20, 2013
                                    )
19  ─────────────────────────────────

20        The Court hereby GRANTS the parties' Stipulation for Voluntary Dismissal of the U.C.

    Davis Defendants (the "Stipulation").  Plaintiff's claims against defendants Hanieh Rad, Andrew
21
    Chin, Burl Don, Akhenaton Pappoe, and Frazier Stevenson are hereby dismissed with prejudice in
22
    accordance with the terms of the Stipulation.
23
          **IT IS SO ORDERED.**
24
          Dated:  July 9, 2012.
25

26                                       _____
                                         LAWRENCE  K.  KARLTON
27                                       SENIOR  JUDGE
                                         UNITED  STATES  DISTRICT  COURT
28
                                    1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802