Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Jocelyn M. Wang (SBN: 267937)
jmwang@winston.com
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLES ROBERT GORTON<br><br>            Plaintiff,<br><br>    v.<br><br>TODD, et al.<br><br>            Defendants. | **Case No. 2:08-CV-03069-LKK-GGH (PC)**<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF K. MARTINEZ, R.N.; B. NALE, M.D.; K. TODD, P.A.; B. WILLIAMS, M.D.; AND C. SMITH, M.D.**<br><br>The Honorable Lawrence K. Karlton<br><br>Amended Complaint Filed: February 26, 2009<br><br>Trial Date:  February 20, 2013 |

The Court hereby GRANTS the parties' Stipulation for Voluntary Dismissal of K. Martinez, R.N.; B. Nale, M.D.; K. Todd, M.D.; and C. Smith, M.D. (the "Stipulation").  Plaintiff's claims against defendants Kelly Martinez, R.N., Boru Nale, M.D., Karen Todd, P.A., B. Williams, M.D., and Christopher Smith, M.D. are hereby dismissed with prejudice in accordance with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated:  August 1, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1