UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,

                                     NO. CIV. S-08-3069 LKK/GGH P

    v.

TODD, et al.,                               O R D E R

    Defendants.

                                     /

The parties have filed a joint stipulation to modify the Status (Pretrial Scheduling) Conference Order ("Scheduling Order") of September 23, 2011. The Stipulation does not show good cause for the court to alter the Scheduling Order. If the parties wish to make informal arrangements regarding discovery deadlines they are free to do so. However, any such consensual modifications to the Scheduling Order will not be enforced by the court.

Accordingly, the "Joint Stipulation" (Dkt. No. 155), is **DENIED.**

IT IS SO ORDERED.

DATED: October 23, 2012.

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT