Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Jocelyn M. Wang (SBN: 267937)
jmwang@winston.com
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ROBERT GORTON | **Case No. 2:08-CV-03069-LKK-AC (PC)** |
| Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| HAWKINS, et al. | The Honorable Lawrence K. Karlton |
| Defendants. | Amended Complaint Filed: February 26, 2009<br>Trial Date: February 20, 2013 |

Charles Robert Gorton, inmate CDCR # T-43446, a necessary and material witness in proceedings in this case on February 20, 2013, is confined in California Institution for Men ("CIM"), 14901 Central Avenue, Chino, CA 91710, in the custody of the Warden, Mr. Gary S. Sandor. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to temporarily transfer the inmate to Mule Creek State Prison ("MCSP"), and for the Warden of MCSP, Mr. William Knipp, to produce the inmate in Court, located at 501 I Street, Sacramento, California, 95814, 15th Floor (the "Courthouse"), Courtroom No. 4, on February 20, 2013 at 10:30 a.m., and from day to day thereafter for the duration of the jury trial.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding Warden Sandor to (1) transport Mr. Gorton directly from CIM to MCSP by February 13, 2013 for the purposes of preparing for, attending, and participating in this trial; (2) reserve Mr. Gorton's current housing and bed assignment at CIM, A-Yard during the period he is away from CIM; (3) receive transfer of Mr. Gorton from MCSP to CIM immediately after the conclusion of trial; and (4) maintain Mr. Gorton's personal property in his assigned secured locker until his return to CIM.

2. The Writ also command Warden Knipp to (1) receive Mr. Gorton directly from CIM to MCSP by February 13, 2013; (2) house Mr. Gorton in Administrative Segregation (single-cell status) during his time at MCSP; (3) allow for Mr. Gorton to meet confidentially with his attorneys while he is housed at MCSP; (4) to transport Mr. Gorton to and from the Courthouse each day during the trial; and (5) transport Mr. Gorton directly from MCSP to CIM immediately after the conclusion of trial.

3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California State Prison – Sacramento, P.O. Box 290007, Represa, California 96571.

1

[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO WARDEN OF CALIFORNIA INSTITUTION FOR MEN                     CASE NO. 2:08:-CV-03069-LKK-AC (PC)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** **Warden of California Institution for Men, 14901 Central Avenue, Chino, CA 91710.**

WE COMMAND you to produce inmate Charles Robert Gorton to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

FURTHER, you have been ordered to transport Mr. Gorton directly from CIM to MCSP by February 13, 2013.

FURTHER, you have been ordered to reserve Mr. Gorton's current housing and bed assignment at CIM, A-Yard during the period that he is away from CIM.

FURTHER, you have been ordered to receive transfer of Mr. Gorton from MSCP to CIM after the conclusion of trial.

FURTHER, you have been ordered to maintain Mr. Gorton's personal property in his assigned secured locker until he returns to CIM.

FURTHER, you have been ordered to notify the court of any change in custody of Mr. Gorton and have been ordered to provide the new custodian with a copy of this writ.

**To:** **Warden of Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640.**

WE COMMAND you to produce Mr. Gorton to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

FURTHER, you have been ordered to receive transfer of Mr. Gorton directly from CIM to MCSP by February 20, 2013, and house Mr. Gorton in Administrative Segregation (single-cell status) during his time at MCSP.

FURTHER, you have been ordered to allow for Mr. Gorton to meet confidentially with his attorneys while he is housed at MCSP.

FURTHER, you have been ordered to transport Mr. Gorton directly from MCSP to CIM immediately after the conclusion of trial.

FURTHER, you have been ordered to notify the court of any change in custody of

2

[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO WARDEN OF CALIFORNIA INSTITUTION FOR MEN                   CASE NO. 2:08:-CV-03069-LKK-AC (PC)

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1    Mr. Gorton and have been ordered to provide the new custodian with a copy of this writ.

3    IT IS SO ORDERED.

5    Dated: January 3, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

SF:342460.3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

3

[Proposed] Order and Writ of Habeas Corpus Ad Testificandum
to Warden of California Institution for Men     Case No. 2:08:-cv-03069-LKK-AC (PC)