IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT GORTON,<br><br>        Plaintiff,<br><br>    v.<br><br>R. HAWKINS, M.D.; S. NASEER, M.D.,<br><br>        Defendants. | 2:08-cv-03069-LKK-AC<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

The Final Pretrial Order filed on November 29, 2012, scheduled a settlement conference before the undersigned judge on January 11, 2013, and required the parties to submit to the undersigned judge settlement conference statements "no later than seven (7) days prior to the conference." (ECF No. 163, 11:5-10.) Plaintiff timely submitted a confidential settlement conference statement on January 4, 2013. Defendants did not timely submit a settlement conference statement; therefore, the undersigned judge telephoned defense counsel, Stephen Pass, on January 7, 2013, to inquire whether Defendants intended to submit a settlement conference statement. Defendants subsequently submitted an untimely confidential settlement conference statement on January 7, 2013.

Each confidential settlement statement, as well as comments made by defense counsel during his and the undersigned judge's January

7, 2013 telephone conversation, reveal it would not be fruitful to conduct the settlement conference. Therefore, it is vacated.

Dated: January 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge