Dean A. Morehous (SBN: 111841)
dmorehous@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
Jocelyn M. Wang (SBN: 267937)
jmwang@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff,
CHARLES ROBERT GORTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT GORTON,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD, et al.<br><br>        Defendants. | Case No. 2:08-CV-03069-LKK-AC (PC)<br><br>**PLAINTIFF'S THIRD REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**<br><br>The Honorable Lawrence K. Karlton<br><br>Amended Complaint Filed: February 26, 2009<br>Trial Date:  February 20, 2013 |

## **PART I**

I, Nicholas Short, attorney for Charles Robert Gorton ("Plaintiff") declare as follows:

I was appointed to represent Plaintiff in this action on November 3, 2010 by the Honorable Lawrence K. Karlton, United States District Judge.  I believe that the following course of action is necessary to the prosecution of this action: further consultation with nephrologist David Lovett, M.D. to prepare for trial, and for his time to testify at trial (set to begin on February 20, 2013).

On August 29, 2011, I filed a Request for Authority to Incur Costs (Appointed Counsel) and Request for Payment with this Court in the amount of $3,750.  On May 16, 2011, I filed a second Request for Authority to Incur Costs (Appointed Counsel) and Request for Payment with this Court

in the amount of $7,500. The Court approved both of those request, and at this time, the requested funds have been incurred (see chart below).

In the second request, I indicated my intent to file a third request for the costs of expert preparation and attendance should the case proceed to trial. I have made reasonable inquiry and believe that the cost of this course of action will not exceed $7,000, which includes $3,000 for one day of Dr. Lovett's attendance at trial and 16 hours of consultation for preparation at Dr. Lovett's standard rate of $250 per hour.

I therefore request that this court authorize the expenditure, in an amount not to exceed **$7,000**, for the completion of this contemplated course of action.

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $3,750 | Consultation with nephrologist; preparation of report | $3,750 paid |
| $7,500 | Further consultation with nephrologist; preparation of expert report and discovery; preparation for expert depositions | $7,675 paid |

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 25th day of January, 2013 in San Francisco, California.

WINSTON & STRAWN LLP

By: */s/ Nicholas Short*
    Nicholas Short
    Attorney for Plaintiff

The above expenditure is:

__X__ Approved.

_____ Disapproved.

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to Rule _____, on _____, 2013, at_____ in Courtroom Number ___.

2

PLAINTIFF'S THIRD REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT
CASE NO. 2:08-CV-03069-LKK-AC (PC)

SF:348598.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

Dated: January 31, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

PLAINTIFF'S THIRD REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT
CASE NO. 2:08-CV-03069-LKK-AC (PC)

SF:348598.1

## **PART II**

To the clerk of the above-entitled court:

I declare under the penalty of perjury that I have completed the action contemplated above, that I have incurred actual cost in the amount of $_____, and that I have paid that cost.

I therefore request reimbursement of this cost. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed this \_\_\_ day of _____, 2013, at San Francisco, California.

                                                      WINSTON & STRAWN LLP

By: _____
      Nicholas Short
      Attorney for Plaintiff

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

4

PLAINTIFF'S THIRD REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT
CASE NO. 2:08-CV-03069-LKK-AC (PC)

SF:348598.1