UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA



FILED
MAR - 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

CHARLES ROBERT GORTON,
  Plaintiff,

  v.

TODD, et al.
  Defendants.

CASE #:   Civ. S-08-3069 LKK AC (PC)

### NOTE # ___
### FROM THE JURY

Date: 3-1-13

Time: 4:30 pm

THE JURY HAS REACHED A UNANIMOUS VERDICT  __X__

THE JURY REQUESTS THE FOLLOWING:



Dated  3-1-13           Foreperson William G. _____