FILED
MAR - 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON

    Plaintiff,

    v.

ROBERT HAWKINS, M.D. and
SAHIR NASEER, M.D.,

    Defendants.
_____/

NO. CIV. S-08-3069 LKK/AC

V E R D I C T

We, the jury in the above-entitled case, find as follows:

1. Do you find that Defendant Dr. Hawkins was negligent in the diagnosis or treatment of Mr. Gorton?

_____    \_\_\_\_✓\_\_\_\_\_
Yes              No

If your answer to question 1 is "yes", then answer question 2. If you answered "no", go to question 3.

2. Do you find that Dr. Hawkins's negligence was a substantial factor in causing harm to Mr. Gorton?

_____    _____
Yes              No

1

3. Do you find that Dr. Hawkins violated Mr. Gorton's rights by being deliberately indifferent to his serious medical needs?

Yes _____    No \_\_✓\_\_\_\_

If you answer to question 3 is "yes", then answer question 4. If you answered "no", skip question 4 and proceed directly to question 5.

4. Do you find that Dr. Hawkins's deliberate indifference caused Mr. Gorton injury or harm?

Yes _____    No _____

5. Do you find that Dr. Naseer was negligent in the diagnosis or treatment of Mr. Gorton?

Yes _____    No \_\_✓\_\_\_\_

If you answer to question 5 is "yes", then answer question 6. If you answered "no", go to question 7.

6. Do you find that Dr. Naseer's negligence was a substantial factor in causing harm to Mr. Gorton?

Yes _____    No _____

////
////

2

1    7.   Do you find that Dr. Naseer violated Mr. Gorton's
2 rights by being deliberately indifferent to his serious medical
3 needs?

4    _____       \_\_\_✓\_\_\_\_\_
     Yes              No
5

6    If your answer to question 7 is "yes", then answer question
7 8.  If you answered "no", go to question 9.

8

9    8.   Do you find that Dr. Naseer's deliberate indifference
10 caused Mr. Gorton injury or harm?

11   _____       _____
     Yes              No
12

13   Complete the following paragraphs only if one or more of
14 the above findings is in favor of the plaintiff.

15

16   9.   We find plaintiff Mr. Gorton's actual damages to be:
17 $_____ (Stating the amount, or if you find that the
18 plaintiff's damages have no monetary value, set for a nominal
19 amount such as $1.00).

20   10.  What percentage of responsibility for plaintiff's harm
21 do you assign to:

22                         Dr. Hawkins:      _____%
23                         Dr. Naseer:       _____%
24
25                         TOTAL:            100%
26 ////

3

You may not award punitive damages against any defendant for mere negligence, and you may not award punitive damages against any defendant unless you have first found against that defendant and awarded the plaintiff nominal or actual damages.

11. We assess punitive damages against defendant Dr. Hawkins as follows:   $_____
(State the amount or, if none, writ the word "none").

12. We assess punitive damages against defendant Dr. Naseer as follows:   $_____
(State the amount, or, if none, write the word "none").

Dated: 3-1-13                             *William C. [signature]*
                                          FOREPERSON

4